UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE

| | |
|---|---|
| In re: | Chapter 11 |
| Tri-Valley Corporation, *et al.*, | Case No. 12-12291 (MFW)<br>(Jointly Administered) |
| Debtors.[1] | |

NOTICE OF APPOINTMENT OF
COMMITTEE OF UNSECURED CREDITORS

Pursuant to section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Myers, Widders, Gibson, Jones & Schneider, L.L.P.**, Attn: Erik Feingold, 5425 Everglades St., Ventura, CA 93003, Phone: (805) 644-7188, Fax (805) 650-5177.

2. **Petrawest LTD**, Attn: Gerald T. Raydon, 8986 Beacon Hill Trail, Reno, NV 89523, Phone: (760) 447-9666, Fax: (866) 7562758.

3. **Rutan & Tucker, LLP**, Attn: Eric Fromme, 611 Anton Blvd., 14th Floor, Costa Mesa, CA 92626, Phone: (714) 662-4698; Fax: (714) 546-9035.

ROBERTA A. DEANGELIS
United States Trustee, Region 3

 /s/ Tiiara N. A. Patton, for
T. PATRICK TINKER
ASSISTANT U.S. TRUSTEE

DATED: August 27, 2012

Attorney assigned to this Case: Tiiara N. A. Patton, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Adam G. Landis, Esq., Phone: 302-467-4410, Fax: 302-467-4450; Charles A. Dale, III, Esq., Phone: 617-261-3100, Fax: 617-261-3175

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are Tri-Valley Corporation (5250), Tri-Valley Oil & Gas Co. (7433), Select Resources Corporation, Inc. (0386), and TVC Opus I Drilling Program L.P. (0334). The Debtors' corporate headquarters and the mailing address for each Debtor is 4927 Calloway Drive, Bakersfield, CA 93312.