IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRI-VALLEY CORPORATION, et al.,[1] | Case No. 12-12291 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 561 and 612 |

## ORDER GRANTING MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE PAYMENT OF CERTAIN OIL AND GAS LIEN CLAIMS

This matter came before the Court on the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order: (a) pursuant to section 363(b) of the Bankruptcy Code, authorizing the Debtors to pay certain oil and gas lien claims

Having reviewed the Motion, the Court finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (L); (c) venue of these chapter 11 cases in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and (d) notice of the Motion was sufficient under the circumstances, and the Court having determined that the legal and factual bases set forth in the Motion establish cause for the relief sought therein, and it appearing that the relief requested is in the best interest of the Debtors, the estates, creditors, and other parties in interest; it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Debtors are authorized to pay certain oil and gas liens from the Sale Proceeds; and it is further

---

[1] The Debtors in these Cases, along with the last four digits of each Debtor's federal tax identification number, are Tri-Valley Corporation (5250), Tri-Valley Oil & Gas Co. (7433), Select Resources Corporation, Inc. (0386), and TVC Opus I Drilling Program L.P. (0334). The Debtors' corporate headquarters and the mailing address for each Debtor is 4927 Calloway Drive, Bakersfield, CA 93312.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

{944.002-W0024805.}

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: March 18, 2013

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

{944.002-W0024805.}