**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Tri-Valley Corporation, *et al.*,[1] | : | Case No. 12-12291 (MFW) |
| | : | |
| Debtors. | : | **Hearing Date: May 8, 2013 @ 2:00 p.m.** |
| | : | **Obj. Deadline: May 1, 2013 @ 4:00 p.m.** |

**APPLICATION OF THE CHAPTER 7 TRUSTEE FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF McCARTER & ENGLISH, LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE NUNC PRO TUNC TO MARCH 26, 2013**

Charles A. Stanziale, Jr., as Chapter 7 Trustee (the "Chapter 7 Trustee") for Tri-Valley Corporation, Tri-Valley Oil & Gas Co., and Select Resources Corporation, Inc. (the "Debtors"), hereby submits this application (the "Application") for entry of an order authorizing the Chapter 7 Trustee to retain and employ McCarter & English, LLP ("McCarter & English") as counsel to the Chapter 7 Trustee, *nunc pro tunc* to March 26, 2013, pursuant to Section 327(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure (the "Local Rules"). In support of the Application the Chapter 7 Trustee respectfully represents as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

---

[1] The Debtors in these cases are: Tri-Valley Corporation, Tri-Valley Oil & Gas, Co., and Select Resources Corporation, Inc.

ME1 15299360v.1

**BACKGROUND**

2. On August 7, 2012 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware.

3. On March 12, 2013, the Official Committee of Equity Security Holders of TVC Opus I Drilling Program, L.P. filed an emergency motion to convert the cases to one under chapter 7.

4. On March 25, 2013, an Order was entered converting the Debtors' Chapter 11 bankruptcy cases to cases under Chapter 7 of the Bankruptcy Code.

5. On March 26, 2013, a Notice of Appointment was filed by the Office of the United States Trustee appointing Charles A. Stanziale, Jr. as Chapter 7 Trustee with regard to the Debtors' cases.

**RELIEF REQUESTED**

Retention of McCarter & English

6. Subject to approval of this Court, the Chapter 7 Trustee wishes to employ McCarter & English as his counsel in connection with the performance and prosecution of the Chapter 7 Trustee's statutory duties in these cases. Pursuant to section 327(a) of the Bankruptcy Code, the Chapter 7 Trustee requests that the Court approve the employment of McCarter & English, *nunc pro tunc* to March 26, 2013, to perform the extensive legal services that will be necessary to administer this chapter 7 case.

7. The Chapter 7 Trustee has selected McCarter & English as his counsel because of the firm's extensive experience and knowledge in the field of bankruptcy, insolvency and creditors' rights and the Chapter 7 Trustee's familiarity with McCarter & English's lawyers. Accordingly, the Chapter 7 Trustee believes that McCarter & English is well qualified to represent him in these chapter 7 cases in a most efficient and timely manner.

Services to be Provided

8. The services of McCarter & English are necessary in order to enable the Chapter 7 Trustee to fully execute his duties under the Bankruptcy Code. Subject to the approval of this Court, the professional services McCarter & English will provide include, but are not limited to the following:

   a. Providing legal advice with respect to the Chapter 7 Trustee's powers and duties under the Bankruptcy Code;

   b. Preparing on behalf of the Chapter 7 Trustee all motions, applications, orders, reports and papers in connection with the administration of the Debtors' estate;

   c. Assist the Chapter 7 Trustee in investigating the financial affairs of the Debtors;

   d. Object to the allowance of any claim that the Chapter 7 Trustee deems improper;

   e. Appearing in Court and representing the interests of the estate;

   f. Assisting the Chapter 7 Trustee in the liquidation of assets in accordance with the Bankruptcy Code and Local Rules;

   g. Taking action to protect and preserve the Debtors' estate, including the prosecution of actions on the Chapter 7 Trustee's behalf, the commencement of actions commenced against the Debtors, the negotiation of disputes in which the Debtors and the Chapter 7 Trustee are involved; and

   h. Providing any other legal services and litigation services to the Chapter 7 Trustee that are appropriate, necessary and proper in this Chapter 7 case.

9. McCarter & English has stated its desire and willingness to act in these cases and to render the necessary professional services as counsel to the Chapter 7 Trustee. Furthermore, to the best of the Chapter 7 Trustee's knowledge, except as set forth in the Verified Statement of Charles A. Stanziale (the "**Stanziale Verified Statement**"), submitted with this Application, the partners and associates of McCarter & English: (i) do not have any connection with or any interest adverse to the Debtors, its creditors, or any other party in interest in these cases; (ii) do not hold any interest adverse to the Debtors' estate; and (iii) the McCarter & English law firm is a "disinterested person" as defined within section 101(14) of the Bankruptcy Code.

10. McCarter and English will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new facts or circumstances are discovered, McCarter and English will supplement its disclosure to the Court.

11. In the event that an actual conflict should arise the Chapter 7 Trustee will seek the employment of conflicts counsel to undertake the prosecution or defense of such claims on behalf of the Estate.

12. As set forth in the Stanziale Verified Statement, McCarter & English has not received payment or compensation from the Debtors or the Estate for services rendered in connection with the Debtors' cases, or per any other matter, and has not shared or agreed to share any of its compensation from the Estate with any other person, other than as permitted by section 504 of the Bankruptcy Code.

Professional Compensation

13. McCarter & English intends to apply to this Court for allowance of compensation for legal services rendered to the Chapter 7 Trustee and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the guidelines established by the Office of the United States Trustee. A schedule of current hourly rates for the attorneys and paralegals expected to be the most active in this chapter 7 case is set forth in the Stanziale Verified Statement.

Best Interest of the Estates

14. McCarter & English's bankruptcy and restructuring attorneys are, in the Chapter 7 Trustee's view, highly skilled. Therefore, the Chapter 7 Trustee believes, and therefore avers, that the retention of McCarter & English is in the best interest of the Chapter 7 Trustee, the Debtors' estate and its creditors.

15. On the basis of the foregoing, pursuant to §§ 327(a) and 328 of the Bankruptcy Code, the Chapter 7 Trustee requests that the Court approve the employment of McCarter & English *nunc pro tunc* to March 26, 2013.

ME1 15299360v.1

<u>Relief Requested</u>

16. The Chapter 7 Trustee respectfully seeks the entry of an Order authorizing the employment of McCarter & English as counsel for the trustee, *nunc pro tunc* to March 26, 2013, pursuant to section 327(a) of the Bankruptcy Code on an hourly-rate basis, plus properly reimbursable expenses and out-of-pocket costs as an expense of administration and/or in accordance with any order of this Court, subject to Court approval.

17. No prior request for the relief sought in this Application has been made to this or any other court.

WHEREFORE, the Chapter 7 Trustee requests that the Court enter an order (a) authorizing the Chapter 7 Trustee to retain and employ McCarter & English upon the terms specified herein *nunc pro tunc* to March 26, 2013, (b) granting the Chapter 7 Trustee such other relief as the Court deems just and proper.

Dated: April 11, 2013
      Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: */s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (DE #2936)
Kate R. Buck ( DE No. 5140)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone 302.984.6300
Facsimile 302.984.6399
wtaylor@mccarter.com
kbuck@mccarter.com

 - *and* -

Charles A. Stanziale, Jr.
Jeffrey T. Testa
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444

*Proposed Attorneys for the Chapter 7 Trustee*

ME1 15299360v.1