IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRI-VALLEY CORPORATION, et al.,[1] | ) | Case No. 12-12291 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**Objection Deadline: May 22, 2013 at 4:00 p.m.**
**Hearing Date: To be scheduled**

## NOTICE OF FILING OF FEE APPLICATION

Pachulski Stang Ziehl & Jones LLP, counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases, filed and served the *Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors, for the Period from August 27, 2012 through March 25, 2013* (the "Fee Application"), seeking compensation for the reasonable and necessary services rendered to the Committee in the amount of $667,726.75, and reimbursement for actual and necessary expenses in the amount of $28,226.56.

PLEASE TAKE FURTHER NOTICE that any objection or response to the Application, must be made in writing, and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 22, 2013 at 4:00 p.m. prevailing Eastern time.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Tri-Valley Corporation (5250), Tri-Valley Oil & Gas Co. (7433), Select Resources Corporation, Inc. (0386), and TVC Opus I Drilling Program L.P. (0334). The Debtors' corporate headquarters and the mailing address for each Debtor is 4927 Calloway Drive, Bakersfield, CA 93312.

At the same time, you must also serve a copy of the response or objection upon: (i) Tri-Valley Corporation, 4927 Calloway Drive, Bakersfield, CA 93312 (Attn: Maston N. Cunningham, President, Chief Executive Officer, and Interim Chief Financial Officer); (ii) co-counsel to the Debtors, (a) K&L Gates LLP, One Lincoln Street, Boston, MA 02111-2950 (Attn: Charles A. Dale, III, Esquire and Mackenzie L. Shea, Esquire), and (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19899 (Attn: Adam G. Landis, Esquire and Kerri K. Mumford, Esquire); (iii) counsel to the postpetition lender, Pillsbury, Winthrop, Shaw, Pittman, LLP, Two Houston Center, 909 Fannin Street, Suite 2000, Houston, TX 77010-1018 (Attn: Carol M. Burke); (iv) the Office of the United States Trustee for the District of Delaware, 844 North King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Tiiara Patton, Esquire); and (v) counsel to the Official Committee of Unsecured Creditors, (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: James E. O'Neill, Esquire, and (b) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: Ira D. Kharasch, Esq. and Jeffrey N. Pomerantz, Esq.).

IF YOU FAIL TO RESPOND OR OBJECT IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 22, 2013

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (DE Bar No. 2436)
Ira D. Kharasch (*admitted pro hac vice*)
Jeffrey N. Pomerantz (*admitted pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Shirley S. Cho *(admitted pro hac vice)*
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
ikharasch@pszjlaw.com
jpomerantz@pszjlaw.com
joneill@pszjlaw.com
scho@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors