# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Tri-Valley Corporation, et al.,[1] | ) | Case No. 12-12291 (MFW) |
| Debtors. | ) | |
| | ) | |

**Objection Deadline: March 20, 2013 at 4:00 p.m.**
**Hearing Date: Only If Objections Are Timely Filed**

**FIFTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM JANUARY 1, 2013 THROUGH JANUARY 31, 2013**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Effective *nunc pro tunc* to August 27, 2012 by order signed October 17, 2012 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2013 through January 31, 2013[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $40,715.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 8,126.52 |

This is a: _x_ monthly __ interim __ final application.

The total time expended for preparation of this fee application is anticipated to be approximately 3.0 hours and the corresponding compensation is anticipated to be approximately

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are Tri-Valley Corporation (5250), Tri-Valley Oil & Gas Co. (7433), Select Resources Corporation, Inc. (0386), and TVC Opus 1 Drilling Program L.P. (0334). The Debtors' corporate headquarters and the mailing address for each Debtor is 4927 Calloway Drive, Bakersfield, CA 93312.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

DATE 2/28/13
DOCKET # 602

$1,800.00. The actual fees and expenses incurred in preparation of this fee application will be reflected in subsequent fee applications.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 11/19/12 | 08/27/12 – 09/30/12 | $192,705.75 | $8,777.60 | $192,705.75 | $8,640.90[3] |
| 12/21/12 | 10/01/12 – 10/31/12 | $156,203.00 | $2,810.75 | $156,203.00 | $2,770.75[4] |
| 01/08/13 | 11/01/12 – 11/30/12 | $109,621.50 | $1,977.63 | $109,621.50 | $ 1,977.63 |
| 01/29/13 | 12/01/12 – 12/31/12 | $ 73,961.50 | $4,955.19 | $ 59,169.20 | $ 4,955.19 |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ira D. Kharasch | Partner 1987; Member of CA Bar since 1982 | $915.00<br>$457.50 | 13.10<br>11.00 | $11,986.50<br>$ 5,032.50 |
| Alan J. Kornfeld | Partner 1996; Member of CA Bar since 1987 | $895.00 | 7.80 | $ 6,981.00 |
| Jeffrey N. Pomerantz | Partner 1995; Member of CA Bar since 1989 | $850.00 | 0.10 | $ 85.00 |
| James E. O'Neill | Partner 2005; Member of PA Bar since 1985; Member of DE Bar since 2001 | $695.00 | 6.60 | $ 4,587.00 |
| Shirley S. Cho | Of Counsel 2009; Member of CA Bar since 1997; Member of NY Bar since 2002 | $695.00 | 0.90 | $ 625.50 |
| Beth E. Levine | Of Counsel 2002; Member of NY Bar since 1992 | $625.00 | 5.60 | $ 3,500.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $595.00 | 3.10 | $ 1,844.50 |
| Margaret L. McGee | Paralegal 2007 | $295.00 | 16.20 | $ 4,779.00 |
| Cheryl A. Knotts | Paralegal 2000 | $290.00 | 0.90 | $ 261.00 |

[3] This amount reflects a reduction of $136.70
[4] This amount reflects a reduction of $40.00

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sheryle L. Pitman | Case Management Assistant 2001 | $195.00 | 2.80 | $ 546.00 |
| Karen S. Neil | Case Management Assistant 2003 | $195.00 | 0.20 | $ 39.00 |
| Beatrice M. Koveleski | Case Management Assistant 2009 | $195.00 | 2.30 | $ 448.50 |

**Grand Total: $ 40,715.50**
**Total Hours: 70.60**
**Blended Rate: $ 576.71**

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 0.10 | $ 69.50 |
| Bankruptcy Litigation | 19.70 | $14,661.00 |
| Case Administration | 15.70 | $ 4,101.50 |
| Compensation of Professional | 8.00 | $ 3,805.50 |
| Compensation of Prof./Others | 2.70 | $ 1,116.50 |
| General Business Advice | 10.60 | $ 9,699.00 |
| General Creditors Comm. | 1.50 | $ 1,108.50 |
| Plan & Disclosure Statement | 1.30 | $ 1,121.50 |
| Travel | 11.00 | $ 5,032.50 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[5] (if applicable) | Total Expenses |
|---|---|---|
| Air Fare | | $4,449.80 |
| Working Meals | Taam Tov; Chopita; Apperitivo Pizza Bar; HudsonKeelee | $ 127.67 |
| Conference Call | CourtCall; AT&T Conference Call | $ 67.06 |
| Delivery/Courier Service | Digital Legal | $ 192.32 |
| Guest Parking | LA Parking | $ 53.36 |
| Hotel Expense | Marriott Hotel | $ 803.16 |
| Outside Services | Digital Legal Services | $ 3.75 |
| Court Research | Pacer | $ 47.90 |
| Postage | US Mail | $ 41.21 |
| Reproduction Expense | | $ 616.60 |
| Reproduction/ Scan Copy | | $ 20.50 |
| Overtime | K. Brown | $ 65.73 |
| Travel Expense | Taxi Fare; Travel Agency Fee | $ 135.40 |
| Legal Research | Westlaw | $1,502.06 |

[5] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Tri-Valley Corporation, et al.,[1] | ) | Case No. 12-12291 (MFW) |
| Debtors. | ) | |
| | ) | |

**Objection Deadline: March 20, 2013 at 4:00 p.m.**
**Hearing Date: Only If Objections Are Timely Filed**

**FIFTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM JANUARY 1, 2013 THROUGH JANUARY 31, 2013**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members," signed on or about August 28, 2012 (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), Counsel to the Official Committee of Unsecured Creditors, hereby submits its Fifth Monthly Application for Compensation and for Reimbursement of Expenses for the Period from January 1, 2013 through January 31, 2013 (the "Application").

By this Application PSZ&J seeks a monthly interim allowance of compensation in the amount of $40,715.50 and actual and necessary expenses in the amount of $8,126.52 for a total allowance of $48,842.02 and payment of $32,572.40 (80% of the allowed fees) and

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are Tri-Valley Corporation (5250), Tri-Valley Oil & Gas Co. (7433), Select Resources Corporation, Inc. (0386), and TVC Opus 1 Drilling Program L.P. (0334). The Debtors' corporate headquarters and the mailing address for each Debtor is 4927 Calloway Drive, Bakersfield, CA 93312.

reimbursement of $8,126.52 (100% of the allowed expenses) for a total payment of $40,698.92 for the period January 1, 2013 through January 31, 2013 (the "Interim Period"). In support of this Application, PSZ&J respectfully represents as follows:

**Background**

1. On August 7, 2012 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue in possession of their properties and continue to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2. On August 20, 2012, the Office of the United States Trustee held a formation meeting, but did not appoint an official committee of unsecured creditors. Given that the initial final DIP financing hearing was scheduled for August 30, 2012, an ad hoc group of unsecured creditors consisting of (i) Myers, Widders, Gibson, Jones & Schneider, L.L.P.; (ii) Petrawest LTD; and (iii) Rutan & Tucker, LLP, retained PSZ&J to represent the ad hoc group on August 24, 2012. PSZ&J, on behalf of the ad hoc group, prepared a DIP financing objection and was prepared to enter an appearance on behalf of the ad hoc group. On August 27, 2012, an official committee of unsecured creditors consisting of the members of the ad hoc group was appointed in these cases (the "Committee"), and PSZ&J was retained as counsel for the Committee in these cases as of such date. PSZ&J believes that its work prior to August 27, 2012 provided a substantial benefit to these estates and to the Committee. While PSZ&J is not presently seeking payment for fees and reimbursement of costs incurred prior to August 27, 2012, PSZ&J reserves all of its rights to file a substantial contribution claim or motion (or

otherwise seek payment of such fees and reimbursement of such costs) at such future date and time as may be appropriate given the circumstances of the case and upon approval of the Committee for its services performed and costs incurred on behalf of the ad hoc group prior to the appointment of the Committee.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4. On or about August 28, 2012, the Court signed the Administrative Order, authorizing certain professionals and members of the Committee ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty-one (21) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending November 30, 2011, and at four-month intervals or at such intervals that may be convenient to the Court, each Professional shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

5. The retention of PSZ&J, as counsel to the Committee, was approved by this Court's "Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 27, 2012", signed on or about October 17, 2012 (the "Retention Order"). The Retention Order

authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

**PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES**

**Compensation Paid and Its Source**

6. All services for which PSZ&J requests compensation were performed for or on behalf of the Committee.

7. PSZ&J has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in these cases. PSZ&J has received no retainer in this matter.

**Fee Statements**

8. The fee statements for the Interim Period are attached hereto as Exhibit A. These statements contain daily time logs describing the time spent by each attorney and paraprofessional during the Interim Period. To the best of PSZ&J's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Administrative Order. PSZ&J's time reports are initially handwritten by the attorney or paralegal performing the described services. The time reports are organized on a daily basis. PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular client, separate time entries are set forth in

the time reports. PSZ&J's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code. PSZ&J has reduced its charges related to any non-working "travel time" to fifty percent (50%) of PSZ&J's standard hourly rate. To the extent it is feasible, PSZ&J professionals attempt to work during travel.

**Actual and Necessary Expenses**

9. A summary of actual and necessary expenses incurred by PSZ&J for the Interim Period is attached hereto as part of Exhibit A. PSZ&J customarily charges $0.10 per page for photocopying expenses related to cases, such as this one, arising in Delaware. PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZ&J summarizes each client's photocopying charges on a daily basis.

10. PSZ&J charges $1.00 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services. PSZ&J does not charge the Committee for the receipt of faxes in these cases.

11. With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research. PSZ&J bills its clients the actual amounts charged by such services, with no premium. Any volume discount received by PSZ&J is passed on to the client.

12. PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, PSZ&J believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

**Summary of Services Rendered**

13. The names of the partners and associates of PSZ&J who have rendered professional services in these cases during the Interim Period, and the paralegals and case management assistants of PSZ&J who provided services to these attorneys during the Interim Period, are set forth in the attached Exhibit A.

14. PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Committee on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below. PSZ&J's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

**Summary of Services by Project**

15. The services rendered by PSZ&J during the Interim Period can be grouped into the categories set forth below. PSZ&J attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. These services performed, by categories, are generally described below, with a more

detailed identification of the actual services provided set forth on the attached Exhibit A. Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

**A. Asset Disposition**

16. During the Interim Period, the Firm, among other things: (1) reviewed and analyzed *de minimis* asset sale notices; (2) performed research regarding sale issues; and (3) corresponded regarding asset disposition issues.

Fees: $69.50; Hours: 0.10

**B. Bankruptcy Litigation**

17. During the Interim Period, the Firm, among other things: (1) performed work regarding an opposition to motion to dismiss; (2) performed work regarding an opposition brief; (3) attended to issues regarding a possible stay of Gamble litigation; (4) attended to discovery issues; (5) performed work regarding a standstill agreement; (6) performed work regarding Agenda Notices; (7) attended to scheduling issues; and (8) corresponded and conferred regarding litigation issues.

Fees: $14,661.00; Hours: 19.70

**C. Case Administration**

18. During the Interim Period, the Firm, among other things: (1) maintained document control; (2) reviewed documents and pleadings and forwarded them to appropriate parties; (3) maintained a memorandum of critical dates; and (4) maintained service lists.

Fees: $4,101.50; Hours: 15.70

**D. Compensation of Professionals**

19. This category related to issues regarding compensation of the Firm. During the Interim Period, the Firm, among other things: (1) performed work regarding its October and November 2012 monthly and First quarterly fee applications; (2) drafted its December 2012 monthly fee application; and (3) monitored the status and timing of fee applications.

Fees: $3,805.50; Hours: 8.00

**E. Compensation of Professionals--Others**

20. This category related to issues regarding compensation of professionals, other than the Firm. During the Interim Period, the Firm, among other things, performed work regarding the Gavin matter.

Fees: $1,116.50; Hours: 2.70

**F. General Business Advice**

21. This category related to issues regarding general business advice. During the Interim Period, the Firm, among other things: (1) reviewed and analyzed a settlement proposal from the Equity Committee; (2) prepared for and attended a conference call with Equity Committee representatives regarding case resolution issues; (3) reviewed and analyzed case issues and documents, and prepared a memorandum regarding potential settlement and plan of reorganization; (4) prepared for and attended a meeting in New York with primary constituencies regarding possible global settlement; and (5) corresponded and conferred regarding general business issues.

Fees: $9,699.00; Hours: 10.60

**G. General Creditors Committee**

22. This category related to general Committee issues. During the Interim Period, the Firm, among other things, corresponded with the Committee regarding certifications and case status.

Fees: $1,108.50; Hours: 1.50

**H. Plan and Disclosure Statement**

23. This category related to issues regarding Plan of Reorganization ("Plan") and Disclosure Statement issues. During the Interim Period, the Firm, among other things, attended to issues regarding an extension of the exclusivity deadlines, and corresponded regarding Plan issues.

Fees: $1,121.50; Hours: 1.30

**I. Travel**

24. During the Interim Period, the Firm incurred non-working time while traveling on case matters. Such time is billed at one-half the normal rate.

Fees: $5,032.50; Hours: 11.00

**Valuation of Services**

25. Attorneys and paraprofessionals of PSZ&J expended a total 70.60 hours in connection with their representation of the Committee during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ira D. Kharasch | Partner 1987; Member of CA Bar since 1982 | $915.00<br>$457.50 | 13.10<br>11.00 | $11,986.50<br>$ 5,032.50 |
| Alan J. Kornfeld | Partner 1996; Member of CA Bar since 1987 | $895.00 | 7.80 | $ 6,981.00 |
| Jeffrey N. Pomerantz | Partner 1995; Member of CA Bar since 1989 | $850.00 | 0.10 | $ 85.00 |
| James E. O'Neill | Partner 2005; Member of PA Bar since 1985; Member of DE Bar since 2001 | $695.00 | 6.60 | $ 4,587.00 |
| Shirley S. Cho | Of Counsel 2009; Member of CA Bar since 1997; Member of NY Bar since 2002 | $695.00 | 0.90 | $ 625.50 |
| Beth E. Levine | Of Counsel 2002; Member of NY Bar since 1992 | $625.00 | 5.60 | $ 3,500.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $595.00 | 3.10 | $ 1,844.50 |
| Margaret L. McGee | Paralegal 2007 | $295.00 | 16.20 | $ 4,779.00 |
| Cheryl A. Knotts | Paralegal 2000 | $290.00 | 0.90 | $ 261.00 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $195.00 | 2.80 | $ 546.00 |
| Karen S. Neil | Case Management Assistant 2003 | $195.00 | 0.20 | $ 39.00 |
| Beatrice M. Koveleski | Case Management Assistant 2009 | $195.00 | 2.30 | $ 448.50 |

**Grand Total: $ 40,715.50**
**Total Hours: 70.60**
**Blended Rate: $ 576.71**

26. The nature of work performed by these persons is fully set forth in Exhibit A attached hereto. These are PSZ&J's normal hourly rates for work of this character. The reasonable value of the services rendered by PSZ&J for the Committee during the Interim Period is $40,715.50.

27. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent

of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that, for the period January 1, 2013 through January 31, 2013, an interim allowance be made to PSZ&J for compensation in the amount of $40,715.50 and actual and necessary expenses in the amount of $8,126.52 for a total allowance of $48,842.02 and payment of $32,572.40 (80% of the allowed fees) and reimbursement of $8,126.52 (100% of the allowed expenses) be authorized for a total payment of $40,698.92, and for such other and further relief as this Court may deem just and proper.

Dated: February 28, 2013

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (DE Bar No.2436)
Ira D. Kharasch (*admitted pro hac vice*)
Jeffrey N. Pomerantz (*admitted pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Shirley S. Cho *(admitted pro hac vice)*
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Email: ikharasch@pszjlaw.com
jpomerantz@pszjlaw.com
joneill@pszjlaw.com
scho@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

**VERIFICATION**

STATE OF DELAWARE :
:
COUNTY OF NEW CASTLE :

Laura Davis Jones, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b) I am familiar with many of the legal services rendered by Pachulski Stang Ziehl & Jones LLP as counsel to the Committee.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about August 28, 2012, and submit that the Application substantially complies with such Rule and Order.

Laura Davis Jones

SWORN AND SUBSCRIBED
before me this 28 day of Feb, 2013.

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 13, 2014

Notary Public
My Commission Expires:

# EXHIBIT A

**PACHULSKI STANG ZIEHL & JONES LLP**

919 North Market Street
17th Floor
Wilmington, DE 19801

January 31, 2013

Invoice Number **101978** **84996 00002** **IDK**

IDK

| | |
|---|---|
| Balance forward as of last invoice, dated: December 31, 2012 | $550,836.22 |
| Payments received since last invoice, last payment received -- February 4, 2013 | $373,870.98 |
| Net balance forward | $176,965.24 |

Re: Official Committee

**Statement of Professional Services Rendered Through 01/31/2013**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | **Asset Disposition [B130]** | | | | |
| 01/02/13 | SSC | Review and analysis re de minimis asset sale notices. | 0.10 | 695.00 | $69.50 |
| | **Task Code Total** | | **0.10** | | **$69.50** |
| | **Bankruptcy Litigation [L430]** | | | | |
| 01/01/13 | AJK | Work on opposition to motion to dismiss. | 2.50 | 895.00 | $2,237.50 |
| 01/02/13 | AJK | Work on opposition to motion to dismiss. | 2.00 | 895.00 | $1,790.00 |
| 01/02/13 | BEL | Review and revise opposition to motion to dismiss. | 2.40 | 625.00 | $1,500.00 |
| 01/02/13 | BEL | Email Alan Kornfeld regarding status. | 0.20 | 625.00 | $125.00 |
| 01/02/13 | BEL | Telephone conference with Shirley Cho regarding brief. | 0.30 | 625.00 | $187.50 |
| 01/02/13 | BEL | Additional revisions to opposition brief. | 1.50 | 625.00 | $937.50 |
| 01/02/13 | MLM | Research regarding de minimis asset sales (Dodge and Ford trucks); correspondence with S. Cho regarding same | 0.60 | 295.00 | $177.00 |
| 01/02/13 | SSC | Review and analysis re opposition to motion to dismiss. | 0.50 | 695.00 | $347.50 |
| 01/02/13 | SSC | Review and analysis re critical dates. | 0.10 | 695.00 | $69.50 |
| 01/03/13 | AJK | Work on motion to dismiss. | 1.00 | 895.00 | $895.00 |
| 01/03/13 | JEO | Review Committee's opposition to Gamble Motion to dismiss and provide comments. | 0.80 | 695.00 | $556.00 |
| 01/03/13 | JEO | Emails with W. Weir regarding Committee Adv. Motion. | 0.80 | 695.00 | $556.00 |
| 01/03/13 | BEL | Review, revise and finalize opposition brief. | 0.80 | 625.00 | $500.00 |
| 01/03/13 | BEL | Review motion to seal. | 0.40 | 625.00 | $250.00 |
| 01/03/13 | MLM | Research re: sales (Dodge and Ford trucks); correspondence regarding same | 0.50 | 295.00 | $147.50 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/07/13 | IDK | Telephone conference with Wayne W. - F/A re case startup hearings. | 0.20 | 915.00 | $183.00 |
| 01/11/13 | IDK | Emails with Chad regarding proposal to stay Gamble litigation and issues on terms (.2); emails with Alan J. Kornfeld regarding same (.1); emails with equity committee regarding same (.2); emails with Alan J. Kornfeld regarding correspondence with equity committee regarding Gamble deposition (.1) | 0.60 | 915.00 | $549.00 |
| 01/14/13 | AJK | Review stipulation re standstill and email Debtor's counsel re same. | 0.30 | 895.00 | $268.50 |
| 01/14/13 | IDK | Emails with Chad and Alan J. Kornfeld regarding Chad's draft standstill agreement | 0.30 | 915.00 | $274.50 |
| 01/15/13 | AJK | Revise stipulation and email re same. | 0.40 | 895.00 | $358.00 |
| 01/15/13 | IDK | Emails with Chad D. and Alan J. Kornfeld regarding need for feedback on our concerns on stipulation with Gamble for standstill | 0.20 | 915.00 | $183.00 |
| 01/16/13 | AJK | Attention to standstill agreement. | 0.20 | 895.00 | $179.00 |
| 01/16/13 | AJK | Conference call with all counsel re standstill. | 0.30 | 895.00 | $268.50 |
| 01/16/13 | JEO | Review 1/18 Agenda and note to team re: same | 0.20 | 695.00 | $139.00 |
| 01/16/13 | JEO | Review Standstill Agreement | 0.60 | 695.00 | $417.00 |
| 01/16/13 | MLM | Correspondence re: 1/18 hearing | 0.10 | 295.00 | $29.50 |
| 01/16/13 | SSC | Analysis re critical dates. | 0.20 | 695.00 | $139.00 |
| 01/17/13 | AJK | Attention to standstill stipulation. | 1.00 | 895.00 | $895.00 |
| 01/17/13 | JEO | Review agenda cancelling hearing | 0.20 | 695.00 | $139.00 |
| 01/22/13 | JNP | Conference with Ira D. Kharasch regarding status. | 0.10 | 850.00 | $85.00 |
| 01/22/13 | JEO | Review entered order on Standstill agreement and foward to team. | 0.40 | 695.00 | $278.00 |
| | | **Task Code Total** | **19.70** | | **$14,661.00** |

**Case Administration [B110]**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/02/13 | SLP | Maintain docket control. | 0.70 | 195.00 | $136.50 |
| 01/02/13 | KSN | Maintain document control. | 0.20 | 195.00 | $39.00 |
| 01/02/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 295.00 | $88.50 |
| 01/02/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings; circulate same | 0.80 | 295.00 | $236.00 |
| 01/02/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.40 | 195.00 | $78.00 |
| 01/03/13 | SLP | Maintain docket control. | 0.70 | 195.00 | $136.50 |
| 01/03/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 295.00 | $29.50 |
| 01/03/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 295.00 | $29.50 |
| 01/03/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 01/04/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 295.00 | $29.50 |

| | | | | | |
|---|---|---|---|---|---|
| 01/04/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 295.00 | $29.50 |
| 01/04/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 01/07/13 | SLP | Maintain docket control. | 0.20 | 195.00 | $39.00 |
| 01/07/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 295.00 | $59.00 |
| 01/07/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.20 | 295.00 | $59.00 |
| 01/07/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 01/08/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 295.00 | $29.50 |
| 01/08/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 01/09/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.30 | 295.00 | $88.50 |
| 01/09/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 295.00 | $29.50 |
| 01/10/13 | SLP | Maintain docket control. | 0.20 | 195.00 | $39.00 |
| 01/10/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 295.00 | $88.50 |
| 01/10/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings; circulate same | 0.50 | 295.00 | $147.50 |
| 01/10/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 01/11/13 | SLP | Maintain docket control. | 0.20 | 195.00 | $39.00 |
| 01/14/13 | SLP | Maintain docket control. | 0.20 | 195.00 | $39.00 |
| 01/14/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 01/14/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.30 | 295.00 | $88.50 |
| 01/14/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 01/15/13 | SLP | Maintain docket control. | 0.20 | 195.00 | $39.00 |
| 01/15/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.20 | 295.00 | $59.00 |
| 01/15/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 01/16/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 295.00 | $59.00 |
| 01/16/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 295.00 | $29.50 |
| 01/16/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 195.00 | $39.00 |
| 01/17/13 | SLP | Maintain docket control. | 0.20 | 195.00 | $39.00 |
| 01/17/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 295.00 | $88.50 |
| 01/17/13 | MLM | Coordinate updates to 2002 service list | 0.10 | 295.00 | $29.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/17/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.30 | 295.00 | $88.50 |
| 01/17/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 01/18/13 | SLP | Maintain docket control. | 0.20 | 195.00 | $39.00 |
| 01/18/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 295.00 | $88.50 |
| 01/18/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings; circulate same | 0.70 | 295.00 | $206.50 |
| 01/18/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 195.00 | $39.00 |
| 01/22/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 295.00 | $59.00 |
| 01/22/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 295.00 | $29.50 |
| 01/22/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 01/23/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 295.00 | $88.50 |
| 01/23/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 295.00 | $29.50 |
| 01/23/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 01/24/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 295.00 | $59.00 |
| 01/24/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings; discuss with J. O'Neill and circulate same | 1.20 | 295.00 | $354.00 |
| 01/24/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 01/25/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 295.00 | $29.50 |
| 01/28/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 295.00 | $29.50 |
| 01/28/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.20 | 295.00 | $59.00 |
| 01/28/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 01/29/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 295.00 | $88.50 |
| 01/29/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.20 | 295.00 | $59.00 |
| 01/29/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 01/30/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 295.00 | $59.00 |
| 01/30/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.20 | 295.00 | $59.00 |
| 01/30/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/31/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 01/31/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings; circulate same | 0.50 | 295.00 | $147.50 |
| 01/31/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| | | **Task Code Total** | **15.70** | | **$4,101.50** |

**Compensation Prof. [B160]**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/13 | CAK | Review and update November Fee Application. | 0.50 | 290.00 | $145.00 |
| 01/07/13 | JEO | Emails with Team regarding interim fee hearing. | 0.30 | 695.00 | $208.50 |
| 01/08/13 | MLM | Finalize and coordinate filing of PSZ&J's November 2012 fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 295.00 | $147.50 |
| 01/11/13 | WLR | Prepare Dec. 2012 fee application | 0.90 | 595.00 | $535.50 |
| 01/14/13 | WLR | Draft Dec. 2012 fee application | 1.30 | 595.00 | $773.50 |
| 01/15/13 | MLM | Draft certificate of no objection re: PSZ&J's October 2012 fee application | 0.20 | 295.00 | $59.00 |
| 01/17/13 | WLR | Review and revise Dec. 2012 fee application | 0.90 | 595.00 | $535.50 |
| 01/17/13 | MLM | Finalize and coordinate filing of PSZ&J's first quarterly fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 295.00 | $147.50 |
| 01/23/13 | JEO | Work on Cert of Counsel for PSZ&J October fee app. | 0.60 | 695.00 | $417.00 |
| 01/23/13 | MLM | Draft and coordinate filing of certification of counsel re: PSZ&J's October 2012 fee application (.4); prepare and coordinate service of same (.2) | 0.60 | 295.00 | $177.00 |
| 01/28/13 | CAK | Review and update December Fee Application. | 0.40 | 290.00 | $116.00 |
| 01/29/13 | MLM | Finalize and coordinate filing of PSZ&J's December 2012 fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 295.00 | $147.50 |
| 01/30/13 | JEO | Email to Debtors counsel with CNO for PSZ&J Nov 2012 fee app. | 0.20 | 695.00 | $139.00 |
| 01/30/13 | MLM | Draft and coordinate filing of certificate of no objection re: PSZ&J's November 2012 fee application (.2); prepare and coordinate service of same (.2) | 0.40 | 295.00 | $118.00 |
| 01/31/13 | JEO | Forward CNO for PSZ&J fee app to Debtor's counsel. | 0.20 | 695.00 | $139.00 |
| | | **Task Code Total** | **8.00** | | **$3,805.50** |

**Comp. of Prof./Others**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/07/13 | MLM | Correspondence re: first interim fee application hearing | 0.10 | 295.00 | $29.50 |
| 01/09/13 | JEO | Review Gavin's November 2012 fee apps. | 0.20 | 695.00 | $139.00 |
| 01/09/13 | MLM | Finalize and coordinate filing of Gavin/Solmonese's November 2012 fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 295.00 | $147.50 |
| 01/17/13 | JEO | Review quarterly fee application for Gavin | 0.30 | 695.00 | $208.50 |

| | | | | | |
|---|---|---|---|---|---|
| 01/17/13 | MLM | Draft and coordinate filing of certificate of no objection re: Gavin/Solmonese's October 2012 fee application (.2); prepare and coordinate service of same (.2) | 0.40 | 295.00 | $118.00 |
| 01/17/13 | MLM | Finalize and coordinate filing of Gavin/Solmonese's first quarterly fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 295.00 | $147.50 |
| 01/31/13 | JEO | Review status GS fee app and email Debtor's counsel regarding same. | 0.30 | 695.00 | $208.50 |
| 01/31/13 | MLM | Draft and coordinate filing of certificate of no objection re: Gavin/Solmonese's November 2012 fee application (.2); prepare and coordinate service of same (.2) | 0.40 | 295.00 | $118.00 |
| | **Task Code Total** | | **2.70** | | **$1,116.50** |

**General Business Advice [B410]**

| | | | | | |
|---|---|---|---|---|---|
| 01/02/13 | IDK | Emails and telephone calls with Debtor's counsel re Debtor's view of recent proposal of equity committee to Gamble and how to resolve case, including my review of such equity committee proposal. | 0.50 | 915.00 | $457.50 |
| 01/03/13 | IDK | Emails with Jeffrey N. Pomerantz re equity committee "offer" and problem re same. | 0.20 | 915.00 | $183.00 |
| 01/10/13 | IDK | Emails with equity committee re coordination of call on case issues. | 0.20 | 915.00 | $183.00 |
| 01/10/13 | IDK | Consider case issues and brief look at credit agreement. | 0.30 | 915.00 | $274.50 |
| 01/11/13 | IDK | Prepare for conference call with equity committee regarding general case resolution issues (.2); attend conference call with equity committee regarding same (.3) | 0.50 | 915.00 | $457.50 |
| 01/17/13 | IDK | Emails with equity committee counsel on status and plan discussions | 0.20 | 915.00 | $183.00 |
| 01/25/13 | IDK | Emails with Gamble counsel and other constituents regarding need for meeting in NY; coordination of same today and over the weekend | 0.40 | 915.00 | $366.00 |
| 01/28/13 | IDK | Emails with Gamble counsel and others regarding further coordination for meeting on 1/30, including coordination for my attendance | 0.50 | 915.00 | $457.50 |
| 01/29/13 | IDK | Prepare for meeting in NY tomorrow; including organizing relevant materials for same | 0.80 | 915.00 | $732.00 |
| 01/29/13 | IDK | Email with Gamble counsel regarding his agenda and issues for tomorrow's meeting; considerations regarding same | 0.20 | 915.00 | $183.00 |
| 01/30/13 | IDK | Preparation of extensive memo analyzing key issues to settling numerous major disputes for potential plan resolution, including review of relevant documents; prepare for today's meeting regarding same with all primary constituencies | 2.30 | 915.00 | $2,104.50 |
| 01/30/13 | IDK | Attend meeting at Pillsbury in NY with primary constituencies regarding issues on getting a global settlement done with Gamble as well as resolving other case issues | 4.50 | 915.00 | $4,117.50 |

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Task Code Total** | **10.60** | | **$9,699.00** |
| | | **General Creditors Comm. [B150]** | | | |
| 01/07/13 | JEO | Email of Committee members regarding certifications. | 0.40 | 695.00 | $278.00 |
| 01/10/13 | JEO | Work on Committee certifications. | 0.80 | 695.00 | $556.00 |
| 01/29/13 | IDK | Emails with Jerry Raydun regarding status and Committee issues | 0.30 | 915.00 | $274.50 |
| | | **Task Code Total** | **1.50** | | **$1,108.50** |
| | | **Plan & Disclosure Stmt. [B320]** | | | |
| 01/05/13 | IDK | Emails with Chad re whether plan of reorganization is feasible and consider. | 0.20 | 915.00 | $183.00 |
| 01/08/13 | IDK | Office conference with Jeffrey N. Pomerantz re reorganization possibilities and consider. | 0.20 | 915.00 | $183.00 |
| 01/16/13 | IDK | Emails regarding upcoming deadline regarding Plan-Disclosure Statement | 0.20 | 915.00 | $183.00 |
| 01/29/13 | AJK | Attention to exclusivity extension. | 0.10 | 895.00 | $89.50 |
| 01/29/13 | IDK | Emails with attorneys regarding Debtor's motion regarding extension of exclusivity, including review of same and impact of standstill agreements | 0.30 | 915.00 | $274.50 |
| 01/29/13 | JEO | Review exclusivity extension Motion. | 0.30 | 695.00 | $208.50 |
| | | **Task Code Total** | **1.30** | | **$1,121.50** |
| | | **Travel** | | | |
| 01/29/13 | IDK | Non-working travel from LA to NY for meeting with all constituencies (Billed at 1/2 normal rate) | 5.00 | 457.50 | $2,287.50 |
| 01/31/13 | IDK | Non-working travel from New York to LA for yesterday's meeting in NY regarding settlement discussions (Billed at 1/2 normal rate) | 6.00 | 457.50 | $2,745.00 |
| | | **Task Code Total** | **11.00** | | **$5,032.50** |

**Total professional services:** 70.60 **$40,715.50**

***Costs Advanced:***

| | | | |
|---|---|---|---|
| 12/14/2012 | CC | Conference Call [E105] CourtCall 12/01/12 through 12/31/2012 | $65.00 |
| 12/14/2012 | OS | Digital Legal Services, Inv. 70836, 20 copies | $2.40 |
| 12/14/2012 | OS | Digital Legal Services, Inv. 70836, postage | $1.35 |
| 12/26/2012 | BM | Business Meal [E111] Seamless- Taam Tov, working meals, BEL | $23.97 |

| | | | |
|---|---|---|---|
| 12/27/2012 | CC | Conference Call [E105] AT&T Conferenc Call, AJK | $2.06 |
| 12/28/2012 | TE | Travel Expense [E110] Taxi Fare, BEL | $20.40 |
| 12/31/2012 | BM | Business Meal [E111] Seamless- Chopita, working meal, BEL | $25.40 |
| 12/31/2012 | TE | Travel Expense [E110] Taxi Fare, BEL | $17.90 |
| 12/31/2012 | TE | Travel Expense [E110] Taxi Fare, BEL | $17.90 |
| 12/31/2012 | TE | Travel Expense [E110] Taxi Fare, BEL | $16.80 |
| 01/01/2013 | TE | Travel Expense [E110] Taxi Fare, BEL | $17.40 |
| 01/02/2013 | DC | 84996.00002 Digital Legal Charges for 01-02-13 | $18.00 |
| 01/02/2013 | RE | ( 464 @0.10 PER PG) | $46.40 |
| 01/02/2013 | RE | ( 629 @0.10 PER PG) | $62.90 |
| 01/02/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | $0.60 |
| 01/02/2013 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | $1.60 |
| 01/02/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 01/02/2013 | SO | Secretarial Overtime, K. Brown | $65.73 |
| 01/02/2013 | WL | 84996.00002 Westlaw Charges for 01-02-13 | $1,463.07 |
| 01/02/2013 | WL | 84996.00002 Westlaw Charges for 01-02-13 | $38.99 |
| 01/03/2013 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 01/04/2013 | RE | ( 111 @0.10 PER PG) | $11.10 |
| 01/07/2013 | RE | ( 5 @0.10 PER PG) | $0.50 |
| 01/07/2013 | RE | ( 165 @0.10 PER PG) | $16.50 |
| 01/08/2013 | PO | 84996.00002 :Postage Charges for 01-08-13 | $6.30 |
| 01/08/2013 | RE | ( 85 @0.10 PER PG) | $8.50 |
| 01/08/2013 | RE | ( 193 @0.10 PER PG) | $19.30 |
| 01/09/2013 | DC | 84996.00002 Digital Legal Charges for 01-09-13 | $18.00 |
| 01/09/2013 | DC | 84996.00002 Digital Legal Charges for 01-09-13 | $8.46 |
| 01/09/2013 | PO | 84996.00002 :Postage Charges for 01-09-13 | $1.90 |
| 01/09/2013 | PO | 84996.00002 :Postage Charges for 01-09-13 | $5.70 |
| 01/09/2013 | RE | ( 144 @0.10 PER PG) | $14.40 |
| 01/09/2013 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 01/10/2013 | DC | 84996.00002 Digital Legal Charges for 01-10-13 | $7.25 |
| 01/10/2013 | RE | ( 65 @0.10 PER PG) | $6.50 |
| 01/10/2013 | RE2 | SCAN/COPY ( 70 @0.10 PER PG) | $7.00 |
| 01/10/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | $0.50 |
| 01/14/2013 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 01/14/2013 | RE | ( 13 @0.10 PER PG) | $1.30 |
| 01/14/2013 | RE | ( 116 @0.10 PER PG) | $11.60 |
| 01/14/2013 | RE | ( 253 @0.10 PER PG) | $25.30 |
| 01/14/2013 | RE | Reproduction Expense. [E101] WLR, 15 pgs | $1.50 |
| 01/14/2013 | RE | Reproduction Expense. [E101] WLR, 17 pgs | $1.70 |
| 01/16/2013 | RE | ( 276 @0.10 PER PG) | $27.60 |
| 01/16/2013 | RE | ( 342 @0.10 PER PG) | $34.20 |
| 01/17/2013 | PO | 84996.00002 :Postage Charges for 01-17-13 | $15.45 |
| 01/17/2013 | RE | ( 11 @0.10 PER PG) | $1.10 |

| | | | |
|---|---|---|---|
| 01/17/2013 | RE | ( 20 @0.10 PER PG) | $2.00 |
| 01/17/2013 | RE | ( 114 @0.10 PER PG) | $11.40 |
| 01/17/2013 | RE | ( 439 @0.10 PER PG) | $43.90 |
| 01/17/2013 | RE | ( 827 @0.10 PER PG) | $82.70 |
| 01/17/2013 | RE | Reproduction Expense. [E101] WLR, 17 pgs | $1.70 |
| 01/17/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 01/18/2013 | DC | 84996.00002 Digital Legal Charges for 01-18-13 | $18.00 |
| 01/18/2013 | DC | 84996.00002 Digital Legal Charges for 01-18-13 | $90.00 |
| 01/18/2013 | DC | 84996.00002 Digital Legal Charges for 01-18-13 | $7.78 |
| 01/18/2013 | RE | ( 57 @0.10 PER PG) | $5.70 |
| 01/18/2013 | RE | ( 91 @0.10 PER PG) | $9.10 |
| 01/18/2013 | RE | ( 204 @0.10 PER PG) | $20.40 |
| 01/18/2013 | RE | ( 379 @0.10 PER PG) | $37.90 |
| 01/18/2013 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | $3.20 |
| 01/21/2013 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 01/21/2013 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 01/22/2013 | RE | ( 23 @0.10 PER PG) | $2.30 |
| 01/22/2013 | RE | ( 63 @0.10 PER PG) | $6.30 |
| 01/23/2013 | RE | ( 7 @0.10 PER PG) | $0.70 |
| 01/23/2013 | RE | ( 8 @0.10 PER PG) | $0.80 |
| 01/23/2013 | RE | ( 9 @0.10 PER PG) | $0.90 |
| 01/23/2013 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 01/24/2013 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 01/24/2013 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 01/28/2013 | AF | Air Fare [E110] Airfare to NY, tkt 1672001949461, meeting primary constituencies, IDK | $4,449.80 |
| 01/28/2013 | PO | 84996.00002 :Postage Charges for 01-28-13 | $1.10 |
| 01/28/2013 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 01/28/2013 | RE | ( 5 @0.10 PER PG) | $0.50 |
| 01/28/2013 | RE | ( 126 @0.10 PER PG) | $12.60 |
| 01/28/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | $0.70 |
| 01/28/2013 | TE | Travel Expense [E110] Travel Agency Fee, flight to NY for meeting, IDK | $45.00 |
| 01/29/2013 | PO | 84996.00002 :Postage Charges for 01-29-13 | $6.30 |
| 01/29/2013 | PO | 84996.00002 :Postage Charges for 01-29-13 | $1.10 |
| 01/29/2013 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 01/29/2013 | RE | ( 5 @0.10 PER PG) | $0.50 |
| 01/29/2013 | RE | ( 66 @0.10 PER PG) | $6.60 |
| 01/29/2013 | RE | ( 81 @0.10 PER PG) | $8.10 |
| 01/29/2013 | RE | ( 128 @0.10 PER PG) | $12.80 |
| 01/29/2013 | RE | ( 184 @0.10 PER PG) | $18.40 |
| 01/30/2013 | BM | Business Meal [E111] Apperitivo Pizza Bar, working meal, IDK | $38.19 |
| 01/30/2013 | DC | 84996.00002 Digital Legal Charges for 01-30-13 | $18.00 |

| | | | |
|---|---|---|---|
| 01/30/2013 | DC | 84996.00002 Digital Legal Charges for 01-30-13 | $6.83 |
| 01/30/2013 | RE | ( 7 @0.10 PER PG) | $0.70 |
| 01/30/2013 | RE | ( 11 @0.10 PER PG) | $1.10 |
| 01/30/2013 | RE | ( 119 @0.10 PER PG) | $11.90 |
| 01/31/2013 | BM | Business Meal [E111] HudsonKeelee, working meal, IDK | $40.11 |
| 01/31/2013 | GP | Guest Parking [E124] LA Parking fee during trip to NY for meeting, IDK | $53.36 |
| 01/31/2013 | HT | Hotel Expense [E110] Marriott Hotel Stay- trip to NY for meeting, IDK | $803.16 |
| 01/31/2013 | PAC | Pacer - Court Research | $47.90 |
| 01/31/2013 | PO | 84996.00002 :Postage Charges for 01-31-13 | $3.36 |
| 01/31/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 01/31/2013 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 01/31/2013 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 01/31/2013 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 01/31/2013 | RE | ( 214 @0.10 PER PG) | $21.40 |

Total Expenses: **$8,126.52**

## *Summary:*

| | |
|---|---|
| Total professional services | $40,715.50 |
| Total expenses | $8,126.52 |
| Net current charges | $48,842.02 |
| Net balance forward | $176,965.24 |
| **Total balance now due** | $225,807.26 |

| | | | | |
|---|---|---|---|---|
| AJK | Kornfeld, Alan J. | 7.80 | 895.00 | $6,981.00 |
| BEL | Levine, Beth E. | 5.60 | 625.00 | $3,500.00 |
| BMK | Koveleski, Beatrice M. | 2.30 | 195.00 | $448.50 |
| CAK | Knotts, Cheryl A. | 0.90 | 290.00 | $261.00 |
| IDK | Kharasch, Ira D. | 11.00 | 457.50 | $5,032.50 |
| IDK | Kharasch, Ira D. | 13.10 | 915.00 | $11,986.50 |
| JEO | O'Neill, James E. | 6.60 | 695.00 | $4,587.00 |
| JNP | Pomerantz, Jeffrey N. | 0.10 | 850.00 | $85.00 |
| KSN | Neil, Karen S. | 0.20 | 195.00 | $39.00 |

| | | | | |
|---|---|---|---|---|
| MLM | McGee, Margaret L. | 16.20 | 295.00 | $4,779.00 |
| SLP | Pitman, L. Sheryle | 2.80 | 195.00 | $546.00 |
| SSC | Cho, Shirley S. | 0.90 | 695.00 | $625.50 |
| WLR | Ramseyer, William L. | 3.10 | 595.00 | $1,844.50 |
| | | 70.60 | | $40,715.50 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 0.10 | $69.50 |
| BL | Bankruptcy Litigation [L430] | 19.70 | $14,661.00 |
| CA | Case Administration [B110] | 15.70 | $4,101.50 |
| CP | Compensation Prof. [B160] | 8.00 | $3,805.50 |
| CPO | Comp. of Prof./Others | 2.70 | $1,116.50 |
| GB | General Business Advice [B410] | 10.60 | $9,699.00 |
| GC | General Creditors Comm. [B150] | 1.50 | $1,108.50 |
| PD | Plan & Disclosure Stmt. [B320] | 1.30 | $1,121.50 |
| TR | Travel | 11.00 | $5,032.50 |
| | | 70.60 | $40,715.50 |

## Expense Code Summary

| | |
|---|---|
| Air Fare [E110] | $4,449.80 |
| Working Meals [E1 | $127.67 |
| Conference Call [E105] | $67.06 |
| Delivery/Courier Service | $192.32 |
| Guest Parking [E124] | $53.36 |
| Hotel Expense [E110] | $803.16 |
| Outside Services | $3.75 |
| Pacer - Court Research | $47.90 |
| Postage [E108] | $41.21 |
| Reproduction Expense [E101] | $616.60 |
| Reproduction/ Scan Copy | $20.50 |
| Overtime | $65.73 |
| Travel Expense [E110] | $135.40 |
| Westlaw - Legal Research [E106 | $1,502.06 |
| | $8,126.52 |