# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Tri-Valley Corporation, et al.,[1] | ) | Case No. 12-12291 (MFW) |
| Debtors. | ) | |
| | ) | |

Objection Deadline:  April 8, 2013 at 4:00 p.m.
Hearing Date:  Only If Objections Are Timely Filed

## SIXTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Effective *nunc pro tunc* to August 27, 2012 by order signed October 17, 2012 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2013 through February 28, 2013[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $18,130.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $  803.10 |

This is a:    _x_ monthly          __ interim          __ final application.

The total time expended for preparation of this fee application is anticipated to be

approximately 3.0 hours and the corresponding compensation is anticipated to be approximately

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are Tri-Valley Corporation (5250), Tri-Valley Oil & Gas Co. (7433), Select Resources Corporation, Inc. (0386), and TVC Opus 1 Drilling Program L.P. (0334).  The Debtors' corporate headquarters and the mailing address for each Debtor is 4927 Calloway Drive, Bakersfield, CA 93312.
[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

$1,800.00. The actual fees and expenses incurred in preparation of this fee application will be reflected in subsequent fee applications.

### PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 11/19/12 | 08/27/12 – 09/30/12 | $192,705.75 | $8,777.60 | $192,705.75 | $8,640.90[3] |
| 12/21/12 | 10/01/12 – 10/31/12 | $156,203.00 | $2,810.75 | $156,203.00 | $2,770.75[4] |
| 01/08/13 | 11/01/12 – 11/30/12 | $109,621.50 | $1,977.63 | $109,621.50 | $1,977.63 |
| 01/29/13 | 12/01/12 – 12/31/12 | $ 73,961.50 | $4,955.19 | $ 59,169.20 | $ 4,955.19 |
| 02/28/13 | 01/01/13 – 01/31/13 | $ 40,715.50 | $8,126.52 | Pending | Pending |

### PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ira D. Kharasch | Partner 1987; Member of CA Bar since 1982 | $915.00 | 3.70 | $3,385.50 |
| Bruce Grohsgal | Partner 2003; Member of PA Bar since 1984; Member of DE Bar since 1997 | $750.00 | 1.40 | $1,050.00 |
| James E. O'Neill | Partner 2005; Member of PA Bar since 1985; Member of DE Bar since 2001 | $695.00 | 8.20 | $5,699.00 |
| Shirley S. Cho | Of Counsel 2009; Member of CA Bar since 1997; Member of NY Bar since 2002 | $695.00 | 2.00 | $1,390.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $595.00 | 3.30 | $1,963.50 |
| Margaret L. McGee | Paralegal 2007 | $295.00 | 12.90 | $3,805.50 |
| Cheryl A. Knotts | Paralegal 2000 | $290.00 | 0.60 | $ 174.00 |
| Charles J. Bouzoukis | Case Management Assistant 2001 | $195.00 | 1.90 | $ 370.50 |
| Beatrice M. Koveleski | Case Management Assistant 2009 | $195.00 | 1.50 | $ 292.50 |

|  |  |
|---|---|
| **Grand Total:** | $  18,130.50 |
| **Total Hours:** | 35.50 |
| **Blended Rate:** | $    510.72 |

---

[3] This amount reflects a reduction of $136.70

[4] This amount reflects a reduction of $40.00

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 2.00 | $1,522.00 |
| Bankruptcy Litigation | 10.60 | $6,624.00 |
| Case Administration | 10.90 | $3,104.50 |
| Compensation of Professional | 7.40 | $4,103.00 |
| Compensation of Prof./Others | 3.30 | $1,697.50 |
| Executory Contracts | 0.10 | $   69.50 |
| General Creditors Comm. | 0.80 | $  732.00 |
| Plan & Disclosure Statement | 0.40 | $  278.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[5] (if applicable) | Total Expenses |
|---|---|---|
| Conference Call | CourtCall | $ 60.00 |
| Delivery/Courier Service | Digital Legal | $ 99.32 |
| Outside Services | Digital Legal Services | $203.38 |
| Court Research | Pacer | $ 48.30 |
| Postage | US Mail | $ 14.20 |
| Reproduction Expense | | $350.60 |
| Reproduction/ Scan Copy | | $ 27.30 |

---

[5] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Tri-Valley Corporation, et al.,[1] | ) | Case No. 12-12291 (MFW) |
| Debtors. | ) | |
| | ) | |

**Objection Deadline: April 8, 2013 at 4:00 p.m.**
**Hearing Date: Only If Objections Are Timely Filed**

### SIXTH MONTHLY APPLICATION FOR COMPENSATION
### AND REIMBURSEMENT OF EXPENSES OF
### PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
### FOR THE PERIOD FROM FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the

"Bankruptcy Rules"), and the Court's "Order Establishing Procedures for Interim Compensation

and Reimbursement of Expenses for Professionals and Official Committee Members," signed on

or about August 28, 2012 (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP

("PSZ&J" or the "Firm"), Counsel to the Official Committee of Unsecured Creditors, hereby

submits its Sixth Monthly Application for Compensation and for Reimbursement of Expenses for

the Period from February 1, 2013 through February 28, 2013 (the "Application").

By this Application PSZ&J seeks a monthly interim allowance of compensation

in the amount of $18,130.50 and actual and necessary expenses in the amount of $803.10 for a

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are Tri-Valley Corporation (5250), Tri-Valley Oil & Gas Co. (7433), Select Resources Corporation, Inc. (0386), and TVC Opus 1 Drilling Program L.P. (0334). The Debtors' corporate headquarters and the mailing address for each Debtor is 4927 Calloway Drive, Bakersfield, CA 93312.

total allowance of $18,933.60 and payment of $14,504.40 (80% of the allowed fees) and

reimbursement of $803.10 (100% of the allowed expenses) for a total payment of $15,307.50 for

the period February 1, 2013 through February 28, 2013 (the "Interim Period"). In support of this

Application, PSZ&J respectfully represents as follows:

<u>**Background**</u>

1.    On August 7, 2012 (the "Petition Date"), the Debtors filed voluntary

petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue in possession

of their properties and continue to operate and manage their businesses as debtors in possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been

appointed in the Debtors' chapter 11 cases.

2.    On August 20, 2012, the Office of the United States Trustee held a

formation meeting, but did not appoint an official committee of unsecured creditors. Given that

the initial final DIP financing hearing was scheduled for August 30, 2012, an ad hoc group of

unsecured creditors consisting of (i) Myers, Widders, Gibson, Jones & Schneider, L.L.P.; (ii)

Petrawest LTD; and (iii) Rutan & Tucker, LLP, retained PSZ&J to represent the ad hoc group on

August 24, 2012. PSZ&J, on behalf of the ad hoc group, prepared a DIP financing objection and

was prepared to enter an appearance on behalf of the ad hoc group. On August 27, 2012, an

official committee of unsecured creditors consisting of the members of the ad hoc group was

appointed in these cases (the "Committee"), and PSZ&J was retained as counsel for the

Committee in these cases as of such date. PSZ&J believes that its work prior to August 27, 2012

provided a substantial benefit to these estates and to the Committee. While PSZ&J is not

presently seeking payment for fees and reimbursement of costs incurred prior to August 27,

2012, PSZ&J reserves all of its rights to file a substantial contribution claim or motion (or

otherwise seek payment of such fees and reimbursement of such costs) at such future date and

time as may be appropriate given the circumstances of the case and upon approval of the

Committee for its services performed and costs incurred on behalf of the ad hoc group prior to

the appointment of the Committee.

        3.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

        4.      On or about August 28, 2012, the Court signed the Administrative Order,

authorizing certain professionals and members of the Committee ("Professionals") to submit

monthly applications for interim compensation and reimbursement for expenses, pursuant to the

procedures specified therein.  The Administrative Order provides, among other things, that a

Professional may submit monthly fee applications.  If no objections are made within twenty-one

(21) days after service of the monthly fee application the Debtors are authorized to pay the

Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the

requested expenses.  Beginning with the period ending November 30, 2011, and at four-month

intervals or at such intervals that may be convenient to the Court, each Professional shall file and

serve an interim application for allowance of the amounts sought in its monthly fee applications

for that period.  All fees and expenses paid are on an interim basis until final allowance by the

Court.

        5.      The retention of PSZ&J, as counsel to the Committee, was approved by

this Court's "Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones

LLP as Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 27,

2012", signed on or about October 17, 2012 (the "Retention Order"). The Retention Order

authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and

necessary out-of-pocket expenses.

### PSZ&J's APPLICATION FOR COMPENSATION AND
### FOR REIMBURSEMENT OF EXPENSES

#### Compensation Paid and Its Source

6.      All services for which PSZ&J requests compensation were performed for

or on behalf of the Committee.

7.      PSZ&J has received no payment and no promises for payment from any

source other than the Debtors for services rendered or to be rendered in any capacity whatsoever

in connection with the matters covered by this Application. There is no agreement or

understanding between PSZ&J and any other person other than the partners of PSZ&J for the

sharing of compensation to be received for services rendered in these cases. PSZ&J has received

no retainer in this matter.

#### Fee Statements

8.      The fee statements for the Interim Period are attached hereto as Exhibit A.

These statements contain daily time logs describing the time spent by each attorney and

paraprofessional during the Interim Period. To the best of PSZ&J's knowledge, this Application

complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the

Administrative Order. PSZ&J's time reports are initially handwritten by the attorney or

paralegal performing the described services. The time reports are organized on a daily basis.

PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time

frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports. PSZ&J's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code. PSZ&J has reduced its charges related to any non-working "travel time" to fifty percent (50%) of PSZ&J's standard hourly rate. To the extent it is feasible, PSZ&J professionals attempt to work during travel.

### Actual and Necessary Expenses

9.    A summary of actual and necessary expenses incurred by PSZ&J for the Interim Period is attached hereto as part of Exhibit A. PSZ&J customarily charges $0.10 per page for photocopying expenses related to cases, such as this one, arising in Delaware. PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZ&J summarizes each client's photocopying charges on a daily basis.

10.    PSZ&J charges $1.00 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services. PSZ&J does not charge the Committee for the receipt of faxes in these cases.

11.    With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research.  PSZ&J bills its clients the actual amounts charged by such services, with no premium.  Any volume discount received by PSZ&J is passed on to the client.

12.    PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, PSZ&J believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

13.    The names of the partners and associates of PSZ&J who have rendered professional services in these cases during the Interim Period, and the paralegals and case management assistants of PSZ&J who provided services to these attorneys during the Interim Period, are set forth in the attached Exhibit A.

14.    PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Committee on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below.  PSZ&J's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

## Summary of Services by Project

15.     The services rendered by PSZ&J during the Interim Period can be grouped into the categories set forth below.  PSZ&J attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A. Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

### A.     Asset Disposition

16.     During the Interim Period, the Firm, among other things:  (1) attended to issues regarding a *de minimis* asset sale notice; (2) reviewed and analyzed a motion to abandon oil and gas assets; and (3) corresponded and conferred regarding asset disposition issues.

Fees: $1,522.00;      Hours:  2.00

### B.     Bankruptcy Litigation

17.     During the Interim Period, the Firm, among other things:  (1) performed work regarding a standstill agreement; (2) attended to deadline issues; (3) attended to issues regarding the Gamble matter; (4) performed work regarding Agenda Notices and Hearing Binders; (5) attended to scheduling issues; (6) prepared for and attended an Omnibus hearing on February 20, 2013; and (7) corresponded and conferred regarding litigation.

Fees: $6,624.00;      Hours:  10.60

**C.**     <u>Case Administration</u>

        18.     During the Interim Period, the Firm, among other things: (1) maintained document control; (2) reviewed documents and pleadings and forwarded them to appropriate parties; (3) maintained a memorandum of critical dates; and (4) maintained service lists.

        Fees: $3,104.50;      Hours: 10.90

**D.**     <u>Compensation of Professionals</u>

        19.     This category related to issues regarding compensation of the Firm. During the Interim Period, the Firm, among other things: (1) performed work regarding its December 2012 monthly and First quarterly fee applications; (2) drafted its January 2013 monthly fee application; and (3) monitored the status and timing of fee applications.

        Fees: $4,103.00;      Hours: 7.40

**E.**     <u>Compensation of Professionals--Others</u>

        20.     This category related to issues regarding compensation of professionals, other than the Firm. During the Interim Period, the Firm, among other things, performed work regarding the Gavin matter.

        Fees: $1,697.50;      Hours: 3.30

**F.**     <u>Executory Contracts</u>

        21.     This category related to issues regarding executory contracts and unexpired leases of real property. During the Interim Period, the Firm, among other things, reviewed and analyzed a rejection motion.

        Fees: $69.50;      Hours: 0.10

**G.**     **General Creditors Committee**

22.     This category related to general Committee issues.  During the Interim

Period, the Firm, among other things, corresponded and conferred with Committee members

regarding case status.

Fees: $732.00;          Hours: 0.80

**H.**     **Plan and Disclosure Statement**

23.     This category related to issues regarding Plan of Reorganization and

Disclosure Statement issues.  During the Interim Period, the Firm, among other things, attended

to issues regarding an extension of the exclusivity deadlines.

Fees: $278.00;          Hours: 0.40

### Valuation of Services

24.     Attorneys and paraprofessionals of PSZ&J expended a total 35.50 hours in

connection with their representation of the Committee during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ira D. Kharasch | Partner 1987; Member of CA Bar since 1982 | $915.00 | 3.70 | $3,385.50 |
| Bruce Grohsgal | Partner 2003; Member of PA Bar since 1984; Member of DE Bar since 1997 | $750.00 | 1.40 | $1,050.00 |
| James E. O'Neill | Partner 2005; Member of PA Bar since 1985; Member of DE Bar since 2001 | $695.00 | 8.20 | $5,699.00 |
| Shirley S. Cho | Of Counsel 2009; Member of CA Bar since 1997; Member of NY Bar since 2002 | $695.00 | 2.00 | $1,390.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $595.00 | 3.30 | $1,963.50 |
| Margaret L. McGee | Paralegal 2007 | $295.00 | 12.90 | $3,805.50 |
| Cheryl A. Knotts | Paralegal 2000 | $290.00 | 0.60 | $ 174.00 |
| Charles J. Bouzoukis | Case Management Assistant 2001 | $195.00 | 1.90 | $ 370.50 |
| Beatrice M. Koveleski | Case Management Assistant 2009 | $195.00 | 1.50 | $ 292.50 |

Grand Total: $    18,130.50
Total Hours:           35.50
Blended Rate: $      510.72

25.    The nature of work performed by these persons is fully set forth in

Exhibit A attached hereto.  These are PSZ&J's normal hourly rates for work of this character.

The reasonable value of the services rendered by PSZ&J for the Committee during the Interim

Period is $18,130.50.

26.    In accordance with the factors enumerated in section 330 of the

Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and

reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent

of the services rendered, (d) the value of such services, and (e) the costs of comparable services

other than in a case under the Bankruptcy Code.  Moreover, PSZ&J has reviewed the

requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this

Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that, for the period February 1, 2013

through February 28, 2013, an interim allowance be made to PSZ&J for compensation in the

amount of $18,130.50 and actual and necessary expenses in the amount of $803.10 for a total

allowance of $18,933.60 and payment of $14,504.40 (80% of the allowed fees) and

reimbursement of $803.10 (100% of the allowed expenses) be authorized for a total payment of

$15,307.50, and for such other and further relief as this Court may deem just and proper.

Dated: March _18_, 2013          PACHULSKI STANG ZIEHL & JONES LLP

                                 Laura Davis Jones (DE Bar No.2436)
                                 Ira D. Kharasch (*admitted pro hac vice*)
                                 Jeffrey N. Pomerantz (*admitted pro hac vice*)
                                 James E. O'Neill (DE Bar No. 4042)
                                 Shirley S. Cho (*admitted pro hac vice*)
                                 919 North Market Street, 17th Floor
                                 P.O. Box 8705
                                 Wilmington, DE  19899-8705 (Courier 19801)
                                 Email:  ikharasch@pszjlaw.com
                                         jpomerantz@pszjlaw.com
                                         joneill@pszjlaw.com
                                         scho@pszjlaw.com

                                 Counsel to the Official Committee of Unsecured Creditors

## **VERIFICATION**

STATE OF DELAWARE     :
                              :
COUNTY OF NEW CASTLE  :

        Laura Davis Jones, after being duly sworn according to law, deposes and says:

        a)     I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

        b)     I am familiar with many of the legal services rendered by Pachulski Stang Ziehl & Jones LLP as counsel to the Committee.

        c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about August 28, 2012, and submit that the Application substantially complies with such Rule and Order.

                                       Laura Davis Jones

SWORN AND SUBSCRIBED
before me this _18_ day of _Mar_, 2013.

_____
Notary Public
My Commission Expires:

K A JOHN BOWER
~~NOTARY~~ PUBLIC
STATE OF DELAWARE
My commission expires Nov. 13, 2014

DOCS_DE:186441.1 84996/002

# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

919 North Market Street
17th Floor
Wilmington, DE 19801

February 28, 2013

Invoice Number 102074      84996 00002      IDK

Mr. Maston N. Cunningham
Tri-Valley Corporation
P.O. Box 20429
Bakersfield, CA 93390

| | |
|---|---:|
| Balance forward as of last invoice, dated:  January 31, 2013 | $69,976.82 |
| Net balance forward | $69,976.82 |

Re:   Official Committee

## Statement of Professional Services Rendered Through      02/28/2013

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **Asset Disposition [B130]** | | | | | |
| 02/06/13 | IDK | Emails with Shirley S. Cho regarding Debtor's new notice of de minimus asset sale; review of same | 0.30 | 915.00 | $274.50 |
| 02/19/13 | IDK | Office conference / emails with Shirley S. Cho regarding Debtor's motion to abandon oil and gas assets | 0.30 | 915.00 | $274.50 |
| 02/19/13 | SSC | Review and analysis of motion to abandon assets. | 0.50 | 695.00 | $347.50 |
| 02/22/13 | SSC | Correspond with Debtors' counsel re motion to abandon and motion to pay sale proceeds. | 0.10 | 695.00 | $69.50 |
| 02/26/13 | SSC | Review notice to abandon car. | 0.10 | 695.00 | $69.50 |
| 02/26/13 | SSC | Review notice of sale of de mnimis assets to Vaca. | 0.10 | 695.00 | $69.50 |
| 02/26/13 | SSC | Review second motion to abandon assets. | 0.10 | 695.00 | $69.50 |
| 02/26/13 | SSC | Telephone conference with M. Shea re asset disposition motions. | 0.20 | 695.00 | $139.00 |
| 02/26/13 | SSC | Meet and confer with I. Kharasch re status of asset disposition motions. | 0.20 | 695.00 | $139.00 |
| 02/27/13 | SSC | Meet and confer with I. Kharasch re status of various filings. | 0.10 | 695.00 | $69.50 |
| | **Task Code Total** | | **2.00** | | **$1,522.00** |
| | **Bankruptcy Litigation [L430]** | | | | |
| 02/07/13 | IDK | Emails with attorneys regarding critical dates memo and attendance at hearing next week and status of standstill with Gambel (.2); emails with Alan J. | 0.40 | 915.00 | $366.00 |

**Invoice number  102074**          84996  00002                    **Page  2**

| | | | | | |
|---|---|---|---|---|---|
| | | Kornfeld and equity committee regarding issues on standstill upcoming expiration (.2) | | | |
| 02/07/13 | JEO | Review standstill stipulation and email to Team regarding same. | 0.50 | 695.00 | $347.50 |
| 02/07/13 | MLM | Correspondence with J. O'Neill re: standstill order; research re: same | 0.20 | 295.00 | $59.00 |
| 02/07/13 | SSC | Review several emails from J. O'Neill re various case items. | 0.10 | 695.00 | $69.50 |
| 02/11/13 | IDK | Emails with attorneys regarding Gambel standstill and new deadlines | 0.30 | 915.00 | $274.50 |
| 02/11/13 | JEO | Review standstill agreement and emails from A. Kornfeld and Gamble's counsel regarding revised deadlines. | 0.90 | 695.00 | $625.50 |
| 02/11/13 | JEO | Email instructions to case paralegal regarding revised deadlines. | 0.20 | 695.00 | $139.00 |
| 02/12/13 | IDK | Emails with attorneys regarding challenge deadlines | 0.10 | 915.00 | $91.50 |
| 02/12/13 | JEO | Review deadline and email exchange with A. Kornfeld regarding same. | 0.60 | 695.00 | $417.00 |
| 02/12/13 | JEO | Email to Gamble's counsel to confirm deadlines. | 0.30 | 695.00 | $208.50 |
| 02/13/13 | IDK | Email attorneys regarding Gambel deadlines | 0.10 | 915.00 | $91.50 |
| 02/13/13 | JEO | Confirm deadline with Counsel for Gamble. | 0.30 | 695.00 | $208.50 |
| 02/15/13 | BG | Telephone conferences and correspondence regarding 2/20 hearing | 0.20 | 750.00 | $150.00 |
| 02/15/13 | IDK | Emails with Debtor and Jamie regarding agenda for 2/20 hearing and arrangement for Court Call; review agenda | 0.30 | 915.00 | $274.50 |
| 02/15/13 | JEO | Review matters scheduled for 2/20 hearing. | 0.30 | 695.00 | $208.50 |
| 02/15/13 | JEO | Review service lists and request update. | 0.20 | 695.00 | $139.00 |
| 02/15/13 | CJB | Prepare hearing binder for hearing on 2/20/13. | 1.90 | 195.00 | $370.50 |
| 02/15/13 | MLM | Review and circulate 2/20 hearing agenda and coordinate binder production re: same | 0.10 | 295.00 | $29.50 |
| 02/15/13 | MLM | Correspondence re: telephonic appearances for 2/20 hearing | 0.10 | 295.00 | $29.50 |
| 02/18/13 | IDK | Emails with Debtor's counsel and other professionals regarding Gambel and extending the current standstill agreement | 0.30 | 915.00 | $274.50 |
| 02/19/13 | BG | Prepare for omnibus hearing | 0.30 | 750.00 | $225.00 |
| 02/19/13 | SSC | Review hearing agenda and correspond with J. O'Neill re coverage. | 0.10 | 695.00 | $69.50 |
| 02/20/13 | BG | Prepare for and attend omnibus hearing | 0.90 | 750.00 | $675.00 |
| 02/21/13 | SSC | Review and analysis re motion re payment of lien claims. | 0.20 | 695.00 | $139.00 |
| 02/21/13 | JEO | Review and provide comments on amended stand still agreements. | 1.20 | 695.00 | $834.00 |
| 02/22/13 | JEO | Review extension stipulation - stand still agreement. | 0.40 | 695.00 | $278.00 |
| 02/22/13 | MLM | Review and circulate order re: challenge period deadlines to J. O'Neill | 0.10 | 295.00 | $29.50 |
| | **Task Code Total** | | **10.60** | | **$6,624.00** |

**Invoice number 102074**        84996  00002                                    **Page  3**

### Case Administration [B110]

| | | | | | |
|---|---|---|---|---|---|
| 02/01/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/01/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 295.00 | $88.50 |
| 02/01/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 295.00 | $29.50 |
| 02/04/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/04/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.40 | 295.00 | $118.00 |
| 02/05/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 295.00 | $29.50 |
| 02/06/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/06/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 295.00 | $29.50 |
| 02/06/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 295.00 | $29.50 |
| 02/07/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/07/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 295.00 | $59.00 |
| 02/07/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings; circulate same | 0.20 | 295.00 | $59.00 |
| 02/07/13 | SSC | Review and analysis re critical dates. | 0.10 | 695.00 | $69.50 |
| 02/08/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/08/13 | CAK | Review documents and organize to file | 0.10 | 290.00 | $29.00 |
| 02/08/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 295.00 | $59.00 |
| 02/08/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.20 | 295.00 | $59.00 |
| 02/11/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/11/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 295.00 | $29.50 |
| 02/11/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.20 | 295.00 | $59.00 |
| 02/12/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/12/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 295.00 | $88.50 |
| 02/12/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.20 | 295.00 | $59.00 |
| 02/13/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/13/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 295.00 | $29.50 |

**Invoice number 102074**     84996   00002                                          **Page 4**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/13/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.20 | 295.00 | $59.00 |
| 02/14/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/14/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 295.00 | $29.50 |
| 02/14/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings; circulate same | 0.10 | 295.00 | $29.50 |
| 02/15/13 | CAK | Review document and organize to file. | 0.10 | 290.00 | $29.00 |
| 02/15/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 295.00 | $29.50 |
| 02/15/13 | MLM | Coordinate updates to 2002 service lists | 0.10 | 295.00 | $29.50 |
| 02/15/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 295.00 | $29.50 |
| 02/19/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 02/19/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.40 | 295.00 | $118.00 |
| 02/19/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/20/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.70 | 295.00 | $206.50 |
| 02/20/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 295.00 | $59.00 |
| 02/20/13 | MLM | Coordinate updates to 2002 service lists | 0.10 | 295.00 | $29.50 |
| 02/20/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/21/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 295.00 | $29.50 |
| 02/22/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings; circulate same; discuss same with J. O'Neill | 0.90 | 295.00 | $265.50 |
| 02/25/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 295.00 | $88.50 |
| 02/25/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.20 | 295.00 | $59.00 |
| 02/25/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 02/26/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 295.00 | $88.50 |
| 02/26/13 | MLM | Coordinate updates to 2002 service lists | 0.10 | 295.00 | $29.50 |
| 02/26/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.60 | 295.00 | $177.00 |
| 02/26/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 195.00 | $39.00 |
| 02/27/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 295.00 | $88.50 |
| 02/27/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.80 | 295.00 | $236.00 |
| 02/27/13 | BMK | Prepared daily memo narrative and coordinated client | 0.10 | 195.00 | $19.50 |

**Invoice number  102074**        84996   00002                                        **Page  5**

| | | | | | |
|---|---|---|---|---|---|
| | | distribution. | | | |
| 02/28/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 295.00 | $29.50 |
| 02/28/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 295.00 | $29.50 |
| | **Task Code Total** | | **10.90** | | **$3,104.50** |

**Compensation Prof. [B160]**

| | | | | | |
|---|---|---|---|---|---|
| 02/01/13 | WLR | Review and revise Tri-Valley 2nd quarterly fee application | 0.70 | 595.00 | $416.50 |
| 02/08/13 | JEO | Review UST comments regarding PSZ&J December 2012 fee app. | 0.20 | 695.00 | $139.00 |
| 02/08/13 | MLM | Draft and coordinate filing of certificate of no objection re: PSZ&J's 1st quarterly fee application (.2); prepare and coordinate service of same | 0.40 | 295.00 | $118.00 |
| 02/13/13 | JEO | Respond to UST Comments to PSZ&J 4th fee app. | 0.20 | 695.00 | $139.00 |
| 02/15/13 | JEO | Review CNO's and COC's  filed regarding PSZ&J fee apps in preparation for fee hearing to confirm amounts for fee exhibit. | 0.80 | 695.00 | $556.00 |
| 02/15/13 | MLM | Research, review and correspondence re: certificates of no objection for PSZ&J fee applications in anticipation of 2/20 hearing | 0.20 | 295.00 | $59.00 |
| 02/19/13 | JEO | Email to Debtors' counsel in preparation for fee hearing. | 0.20 | 695.00 | $139.00 |
| 02/20/13 | IDK | Attend Quarterly fee hearing telephonically | 0.30 | 915.00 | $274.50 |
| 02/20/13 | IDK | Emails with James E. O'Neill and Val regarding collecting December monthly, holdbacks quarterly and chart regarding same | 0.30 | 915.00 | $274.50 |
| 02/20/13 | MLM | Draft and coordinate filing of certificate of no objection re: PSZ&J's December 2012 fee application (.2); prepare and coordinate service of same (.2) | 0.40 | 295.00 | $118.00 |
| 02/21/13 | WLR | Prepare Jan. 2013 fee application | 0.70 | 595.00 | $416.50 |
| 02/21/13 | MLM | Research regarding PSZ&J's first quarterly fee application; correspondence re: same | 0.20 | 295.00 | $59.00 |
| 02/25/13 | WLR | Draft January 2013 fee application | 1.00 | 595.00 | $595.00 |
| 02/25/13 | WLR | Review and revise January 2013 fee application | 0.90 | 595.00 | $535.50 |
| 02/28/13 | CAK | Review and update January Fee Application. | 0.40 | 290.00 | $116.00 |
| 02/28/13 | MLM | Finalize and coordinate filing of PSZ&J's January 2013 fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 295.00 | $147.50 |
| | **Task Code Total** | | **7.40** | | **$4,103.00** |

**Comp. of Prof./Others**

| | | | | | |
|---|---|---|---|---|---|
| 02/07/13 | JEO | Review fee chart for interim fee hearing. | 0.20 | 695.00 | $139.00 |
| 02/08/13 | MLM | Draft and coordinate filing of certificate of no objection | 0.40 | 295.00 | $118.00 |

**Invoice number  102074**          84996   00002                                              **Page  6**

| | | | | | |
|---|---|---|---|---|---|
| | | re: Gavin/Solmonese's 1st quarterly fee application (.2); prepare and coordinate service of same (.2) | | | |
| 02/12/13 | JEO | Email with paralegal regarding fee hearing. | 0.20 | 695.00 | $139.00 |
| 02/12/13 | MLM | Discuss and correspondence with F. Panchak (Landis) re: fee chart for 2/20 quarterly fee hearing | 0.20 | 295.00 | $59.00 |
| 02/15/13 | MLM | Correspondence re: interim fee application chart | 0.10 | 295.00 | $29.50 |
| 02/15/13 | JEO | Prepare for 2/20 fee hearing. | 0.30 | 695.00 | $208.50 |
| 02/18/13 | JEO | Email with Gavin regarding fee apps for December and January filing on 2/19. | 0.20 | 695.00 | $139.00 |
| 02/19/13 | IDK | Emails with Jeffrey W. Dulberg regarding tomorrow's hearing on all quarterlies | 0.20 | 915.00 | $183.00 |
| 02/19/13 | JEO | Review and finalize December 2012 and January 2013 fee apps for Gavin Solmonese. | 0.40 | 695.00 | $278.00 |
| 02/19/13 | JEO | Email to Gavin regarding fee hearing. | 0.20 | 695.00 | $139.00 |
| 02/19/13 | MLM | Finalize and coordinate filing of Gavin/Solmonese's December 2012 fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 295.00 | $147.50 |
| 02/19/13 | MLM | Finalize and coordinate filing of Gavin/Solmonese's January 2013 fee application (.3); coordinate service of same (.1) | 0.40 | 295.00 | $118.00 |
| | **Task Code Total** | | **3.30** | | **$1,697.50** |
| | | | | | |
| | **Executory Contracts [B185]** | | | | |
| 02/20/13 | SSC | Review rejection motion. | 0.10 | 695.00 | $69.50 |
| | **Task Code Total** | | **0.10** | | **$69.50** |
| | | | | | |
| | **General Creditors Comm. [B150]** | | | | |
| 02/06/13 | IDK | Email / telephone conference with Jerry Radon, committee member, regarding overall case status and result and cause of low price sale | 0.50 | 915.00 | $457.50 |
| 02/20/13 | IDK | Telephone conference with Erik F. from Committee regarding status of case and next steps | 0.30 | 915.00 | $274.50 |
| | **Task Code Total** | | **0.80** | | **$732.00** |
| | | | | | |
| | **Plan & Disclosure Stmt. [B320]** | | | | |
| 02/26/13 | JEO | Review exclusivity motion and circulate to team. | 0.40 | 695.00 | $278.00 |
| | **Task Code Total** | | **0.40** | | **$278.00** |
| | | | | | |
| | **Total professional services:** | | **35.50** | | **$18,130.50** |

**Invoice number  102074**        84996   00002                                    **Page  7**

### *Costs Advanced:*

| | | | |
|---|---|---|---|
| 01/17/2013 | OS | Digital Legal Services, Inv. 71626, postage | $117.70 |
| 01/17/2013 | OS | Digital Legal Services, Inv. 71626, 714 copies | $85.68 |
| 02/01/2013 | DC | 84996.00002 Digital Legal Charges for 02-01-13 | $5.55 |
| 02/01/2013 | DC | 84996.00002 Digital Legal Charges for 02-01-13 | $18.00 |
| 02/01/2013 | RE | Reproduction Expense. [E101] 26 pgs, WLR | $2.60 |
| 02/01/2013 | RE | ( 245 @0.10 PER PG) | $24.50 |
| 02/01/2013 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | $4.90 |
| 02/03/2013 | RE | ( 355 @0.10 PER PG) | $35.50 |
| 02/06/2013 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 02/07/2013 | RE | ( 79 @0.10 PER PG) | $7.90 |
| 02/07/2013 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 02/08/2013 | PO | 84996.00002 :Postage Charges for 02-08-13 | $3.36 |
| 02/08/2013 | RE | ( 50 @0.10 PER PG) | $5.00 |
| 02/08/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 02/08/2013 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 02/08/2013 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 02/08/2013 | RE2 | Reproduction Scan Copy | $0.10 |
| 02/08/2013 | RE2 | Reproduction Scan Copy | $0.60 |
| 02/11/2013 | DC | 84996.00002 Digital Legal Charges for 02-11-13 | $18.00 |
| 02/11/2013 | DC | 84996.00002 Digital Legal Charges for 02-11-13 | $8.46 |
| 02/11/2013 | RE | ( 23 @0.10 PER PG) | $2.30 |
| 02/11/2013 | RE | ( 7 @0.10 PER PG) | $0.70 |
| 02/12/2013 | RE | ( 22 @0.10 PER PG) | $2.20 |
| 02/12/2013 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 02/13/2013 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 02/14/2013 | RE | ( 53 @0.10 PER PG) | $5.30 |
| 02/14/2013 | RE2 | Reproduction Scan Copy | $2.30 |
| 02/15/2013 | RE | ( 15 @0.10 PER PG) | $1.50 |
| 02/15/2013 | RE | ( 26 @0.10 PER PG) | $2.60 |
| 02/15/2013 | RE | ( 149 @0.10 PER PG) | $14.90 |
| 02/15/2013 | RE | ( 7 @0.10 PER PG) | $0.70 |
| 02/15/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 02/15/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 02/15/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 02/15/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 02/15/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 02/15/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 02/15/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 02/15/2013 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | $1.30 |
| 02/19/2013 | PO | 84996.00002 :Postage Charges for 02-19-13 | $2.32 |
| 02/19/2013 | RE | ( 3 @0.10 PER PG) | $0.30 |

**Invoice number  102074**        84996   00002                                   **Page  8**

| | | | |
|---|---|---|---|
| 02/19/2013 | RE | ( 99 @0.10 PER PG) | $9.90 |
| 02/19/2013 | RE | ( 237 @0.10 PER PG) | $23.70 |
| 02/19/2013 | RE | ( 366 @0.10 PER PG) | $36.60 |
| 02/19/2013 | RE | ( 13 @0.10 PER PG) | $1.30 |
| 02/19/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 02/19/2013 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | $3.10 |
| 02/19/2013 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | $1.70 |
| 02/19/2013 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | $1.90 |
| 02/19/2013 | RE2 | Reproduction Scan Copy | $2.40 |
| 02/20/2013 | CC | Conference Call [E105]Court Call - IDK) | $30.00 |
| 02/20/2013 | DC | 84996.00002 Digital Legal Charges for 02-20-13 | $18.00 |
| 02/20/2013 | PO | 84996.00002 :Postage Charges for 02-20-13 | $3.36 |
| 02/20/2013 | RE | ( 7 @0.10 PER PG) | $0.70 |
| 02/20/2013 | RE | ( 212 @0.10 PER PG) | $21.20 |
| 02/20/2013 | RE | ( 112 @0.10 PER PG) | $11.20 |
| 02/21/2013 | DC | 84996.00002 Digital Legal Charges for 02-21-13 | $6.83 |
| 02/21/2013 | DC | 84996.00002 Digital Legal Charges for 02-21-13 | $18.00 |
| 02/21/2013 | DC | 84996.00002 Digital Legal Charges for 02-21-13 | $6.48 |
| 02/21/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 02/21/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 02/22/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | $0.50 |
| 02/25/2013 | RE | ( 150 @0.10 PER PG) | $15.00 |
| 02/25/2013 | RE | ( 11 @0.10 PER PG) | $1.10 |
| 02/25/2013 | RE | Reproduction Expense. [E101] 13 pgs, WLR | $1.30 |
| 02/25/2013 | RE | Reproduction Expense. [E101] 16 pgs, WLR | $1.60 |
| 02/26/2013 | RE | ( 765 @0.10 PER PG) | $76.50 |
| 02/26/2013 | RE | ( 5 @0.10 PER PG) | $0.50 |
| 02/26/2013 | RE | ( 79 @0.10 PER PG) | $7.90 |
| 02/26/2013 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 02/26/2013 | RE2 | Reproduction Scan Copy | $2.30 |
| 02/27/2013 | RE | ( 74 @0.10 PER PG) | $7.40 |
| 02/28/2013 | CC | Conference Call [E105]Court Call - JEO) | $30.00 |
| 02/28/2013 | PAC | Pacer - Court Research | $48.30 |
| 02/28/2013 | PO | 84996.00002 :Postage Charges for 02-28-13 | $5.16 |
| 02/28/2013 | RE | ( 159 @0.10 PER PG) | $15.90 |
| 02/28/2013 | RE | ( 71 @0.10 PER PG) | $7.10 |

Total Expenses:                                    **$803.10**

### Summary:

| | |
|---|---|
| Total professional services | $18,130.50 |
| Total expenses | $803.10 |
| Net current charges | $18,933.60 |

**Invoice number  102074**      84996   00002                                    **Page  9**

| | | | | |
|---|---|---|---|---|
| | Net balance forward | | $69,976.82 | |
| | **Total balance now due** | | **$88,910.42** | |

| | | | | |
|---|---|---|---|---|
| BG | Grohsgal, Bruce | 1.40 | 750.00 | $1,050.00 |
| BMK | Koveleski, Beatrice M. | 1.50 | 195.00 | $292.50 |
| CAK | Knotts, Cheryl A. | 0.60 | 290.00 | $174.00 |
| CJB | Bouzoukis, Charles J. | 1.90 | 195.00 | $370.50 |
| IDK | Kharasch, Ira D. | 3.70 | 915.00 | $3,385.50 |
| JEO | O'Neill, James E. | 8.20 | 695.00 | $5,699.00 |
| MLM | McGee, Margaret L. | 12.90 | 295.00 | $3,805.50 |
| SSC | Cho, Shirley S. | 2.00 | 695.00 | $1,390.00 |
| WLR | Ramseyer, William L. | 3.30 | 595.00 | $1,963.50 |
| | | 35.50 | | $18,130.50 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 2.00 | $1,522.00 |
| BL | Bankruptcy Litigation [L430] | 10.60 | $6,624.00 |
| CA | Case Administration [B110] | 10.90 | $3,104.50 |
| CP | Compensation Prof. [B160] | 7.40 | $4,103.00 |
| CPO | Comp. of Prof./Others | 3.30 | $1,697.50 |
| EC | Executory Contracts [B185] | 0.10 | $69.50 |
| GC | General Creditors Comm. [B150] | 0.80 | $732.00 |
| PD | Plan & Disclosure Stmt. [B320] | 0.40 | $278.00 |
| | | 35.50 | $18,130.50 |

**Invoice number  102074**          84996   00002                                                    **Page  10**

## Expense Code Summary

| | |
|---|---:|
| Conference Call [E105] | $60.00 |
| Delivery/Courier Service | $99.32 |
| Outside Services | $203.38 |
| Pacer - Court Research | $48.30 |
| Postage [E108] | $14.20 |
| Reproduction Expense [E101] | $350.60 |
| Reproduction/ Scan Copy | $27.30 |
| | $803.10 |