# EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Tri-Valley Corporation, et al.,[1] | ) | Case No. 12-12291 (MFW) |
| | ) | |
| Debtors. | ) | |

**Objection Deadline:  May 7, 2013 at 4:00 p.m.**
**Hearing Date:  Only If Objections Are Timely Filed**

## SEVENTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM MARCH 1, 2013 THROUGH MARCH 25, 2013

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Effective *nunc pro tunc* to August 27, 2012 by order signed October 17, 2012 |
| Period for which Compensation and Reimbursement is Sought: | March 1, 2013 through March 25, 2013[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $76,389.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $   952.47 |

This is a:     _x_ monthly          __ interim          __ final application.

The total time expended for preparation of this fee application is anticipated to be

approximately 3.0 hours and the corresponding compensation is anticipated to be approximately

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are Tri-Valley Corporation (5250), Tri-Valley Oil & Gas Co. (7433), Select Resources Corporation, Inc. (0386), and TVC Opus 1 Drilling Program L.P. (0334).  The Debtors' corporate headquarters and the mailing address for each Debtor is 4927 Calloway Drive, Bakersfield, CA 93312.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

$1,800.00. The actual fees and expenses incurred in preparation of this fee application will be reflected in subsequent fee applications.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 11/19/12 | 08/27/12 – 09/30/12 | $192,705.75 | $8,777.60 | $192,705.75 | $8,640.90[3] |
| 12/21/12 | 10/01/12 – 10/31/12 | $156,203.00 | $2,810.75 | $156,203.00 | $2,770.75[4] |
| 01/08/13 | 11/01/12 – 11/30/12 | $109,621.50 | $1,977.63 | $109,621.50 | $ 1,977.63 |
| 01/29/13 | 12/01/12 – 12/31/12 | $ 73,961.50 | $4,955.19 | $ 59,169.20 | $ 4,955.19 |
| 02/28/13 | 01/01/13 – 01/31/13 | $ 40,715.50 | $8,126.52 | $ 32,572.40 | $ 8,126.52 |
| 03/18/13 | 02/01/13 – 02/28/13 | $ 18,130.50 | $ 803.10 | $ 14,504.40 | $ 803.10 |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ira D. Kharasch | Partner 1987; Member of CA Bar since 1982 | $915.00 $457.50 | 29.00 10.00 | $26,535.00 $ 4,575.00 |
| Alan J. Kornfeld | Partner 1996; Member of CA Bar since 1987 | $895.00 | 0.40 | $ 358.00 |
| James E. O'Neill | Partner 2005; Member of PA Bar since 1985; Member of DE Bar since 2001 | $695.00 | 17.00 | $11,815.00 |
| Joshua M. Fried | Partner 2006; Member of CA Bar since 1995; Member of NY Bar since 1999 | $695.00 | 31.30 | $21,753.50 |
| Shirley S. Cho | Of Counsel 2009; Member of CA Bar since 1997; Member of NY Bar since 2002 | $695.00 | 4.70 | $ 3,266.50 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $595.00 | 2.90 | $ 1,725.50 |
| Margaret L. McGee | Paralegal 2007 | $295.00 | 14.70 | $ 4,336.50 |
| Cheryl A. Knotts | Paralegal 2000 | $290.00 | 2.00 | $ 580.00 |
| Kati L. Suk | Paralegal 2009 | $235.00 | 1.00 | $ 235.00 |

---

[3]  This amount reflects a reduction of $136.70
[4]  This amount reflects a reduction of $40.00

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sheryle L. Pitman | Case Management Assistant 2001 | $195.00 | 4.00 | $    780.00 |
| Charles J. Bouzoukis | Case Management Assistant 2001 | $195.00 | 0.80 | $    156.00 |
| Beatrice M. Koveleski | Case Management Assistant 2009 | $195.00 | 1.40 | $    273.00 |

**Grand Total:** $ 76,389.00
**Total Hours:** 119.20
**Blended Rate:** $ 640.85

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 0.80 | $    644.00 |
| Bankruptcy Litigation | 67.90 | $48,854.50 |
| Case Administration | 13.70 | $ 3,501.00 |
| Claims Admin./Objections | 0.60 | $    549.00 |
| Compensation of Professional | 5.80 | $ 2,571.50 |
| Compensation of Prof./Others | 7.70 | $ 4,953.50 |
| Financing | 2.50 | $ 1,781.50 |
| General Business Advice | 5.10 | $ 4,512.50 |
| General Creditors Comm. | 5.10 | $ 4,446.50 |
| Travel | 10.00 | $ 4,575.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[5]<br>(if applicable) | Total Expenses |
|---|---|---|
| Auto Travel Expense | Eagle Transportation | $226.34 |
| Delivery/Courier Service | Digital Legal | $253.47 |
| Court Research | Pacer | $ 90.50 |
| Postage | US Mail | $ 51.96 |
| Reproduction Expense | | $289.30 |
| Reproduction/ Scan Copy | | $ 40.90 |

---

[5] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Tri-Valley Corporation, et al.,[1] | ) | Case No. 12-12291 (MFW) |
| | ) | |
| Debtors. | ) | |

**Objection Deadline: May 7, 2013 at 4:00 p.m.**
**Hearing Date: Only If Objections Are Timely Filed**

### SEVENTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM MARCH 1, 2013 THROUGH MARCH 25, 2013

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the

"Bankruptcy Rules"), and the Court's "Order Establishing Procedures for Interim Compensation

and Reimbursement of Expenses for Professionals and Official Committee Members," signed on

or about August 28, 2012 (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP

("PSZ&J" or the "Firm"), Counsel to the Official Committee of Unsecured Creditors, hereby

submits its Seventh monthly Application for Compensation and for Reimbursement of Expenses

for the Period from March 1, 2013 through March 25, 2013 (the "Application").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are Tri-Valley Corporation (5250), Tri-Valley Oil & Gas Co. (7433), Select Resources Corporation, Inc. (0386), and TVC Opus 1 Drilling Program L.P. (0334). The Debtors' corporate headquarters and the mailing address for each Debtor is 4927 Calloway Drive, Bakersfield, CA 93312.

By this Application PSZ&J seeks a monthly interim allowance of compensation in the amount of $76,389.00 and actual and necessary expenses in the amount of $952.47 for a total allowance of $77,341.47 and payment of $61,111.20 (80% of the allowed fees) and reimbursement of $952.47 (100% of the allowed expenses) for a total payment of $62,063.67 for the period March 1, 2013 through March 25, 2013 (the "Interim Period"). In support of this Application, PSZ&J respectfully represents as follows:

### Background

1.      On August 7, 2012 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continued in possession of their properties and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. These cases were converted to proceeding under chapter 7 of the Bankruptcy Code by order signed March 25, 2013.

2.      On August 20, 2012, the Office of the United States Trustee held a formation meeting, but did not appoint an official committee of unsecured creditors. Given that the initial final DIP financing hearing was scheduled for August 30, 2012, an ad hoc group of unsecured creditors consisting of (i) Myers, Widders, Gibson, Jones & Schneider, L.L.P.; (ii) Petrawest LTD; and (iii) Rutan & Tucker, LLP, retained PSZ&J to represent the ad hoc group on August 24, 2012. PSZ&J, on behalf of the ad hoc group, prepared a DIP financing objection and was prepared to enter an appearance on behalf of the ad hoc group. On August 27, 2012, an official committee of unsecured creditors consisting of the members of the ad hoc group was appointed in these cases (the "Committee"), and PSZ&J was retained as counsel for the

Committee in these cases as of such date. PSZ&J believes that its work prior to August 27, 2012

provided a substantial benefit to these estates and to the Committee. While PSZ&J is not

presently seeking payment for fees and reimbursement of costs incurred prior to August 27,

2012, PSZ&J reserves all of its rights to file a substantial contribution claim or motion (or

otherwise seek payment of such fees and reimbursement of such costs) at such future date and

time as may be appropriate given the circumstances of the case and upon approval of the

Committee for its services performed and costs incurred on behalf of the ad hoc group prior to

the appointment of the Committee.

3.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.      On or about August 28, 2012, the Court signed the Administrative Order,

authorizing certain professionals and members of the Committee ("Professionals") to submit

monthly applications for interim compensation and reimbursement for expenses, pursuant to the

procedures specified therein. The Administrative Order provides, among other things, that a

Professional may submit monthly fee applications. If no objections are made within twenty-one

(21) days after service of the monthly fee application the Debtors are authorized to pay the

Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the

requested expenses. Beginning with the period ending November 30, 2011, and at four-month

intervals or at such intervals that may be convenient to the Court, each Professional shall file and

serve an interim application for allowance of the amounts sought in its monthly fee applications

for that period. All fees and expenses paid are on an interim basis until final allowance by the

Court.

5.      The retention of PSZ&J, as counsel to the Committee, was approved by this Court's "Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 27, 2012", signed on or about October 17, 2012 (the "Retention Order"). The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

6.      All services for which PSZ&J requests compensation were performed for or on behalf of the Committee.

7.      PSZ&J has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in these cases. PSZ&J has received no retainer in this matter.

### Fee Statements

8.      The fee statements for the Interim Period are attached hereto as <u>Exhibit A</u>. These statements contain daily time logs describing the time spent by each attorney and paraprofessional during the Interim Period. To the best of PSZ&J's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the

4

Administrative Order.  PSZ&J's time reports are initially handwritten by the attorney or

paralegal performing the described services.  The time reports are organized on a daily basis.

PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time

frame on a variety of different matters for a particular client, separate time entries are set forth in

the time reports.  PSZ&J's charges for its professional services are based upon the time, nature,

extent and value of such services and the cost of comparable services other than in a case under

the Bankruptcy Code.  PSZ&J has reduced its charges related to any non-working "travel time"

to fifty percent (50%) of PSZ&J's standard hourly rate.  To the extent it is feasible, PSZ&J

professionals attempt to work during travel.

### Actual and Necessary Expenses

9.     A summary of actual and necessary expenses incurred by PSZ&J for the

Interim Period is attached hereto as part of Exhibit A.  PSZ&J customarily charges $0.10 per

page for photocopying expenses related to cases, such as this one, arising in Delaware.  PSZ&J's

photocopying machines automatically record the number of copies made when the person that is

doing the copying enters the client's account number into a device attached to the photocopier.

PSZ&J summarizes each client's photocopying charges on a daily basis.

10.     PSZ&J charges $1.00 per page for out-going facsimile transmissions.

There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing

facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for

the machines, supplies and extra labor expenses associated with sending telecopies and is

reasonable in relation to the amount charged by outside vendors who provide similar services.

PSZ&J does not charge the Committee for the receipt of faxes in these cases.

11.     With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research.  PSZ&J bills its clients the actual amounts charged by such services, with no premium.  Any volume discount received by PSZ&J is passed on to the client.

12.     PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, PSZ&J believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

13.     The names of the partners and associates of PSZ&J who have rendered professional services in these cases during the Interim Period, and the paralegals and case management assistants of PSZ&J who provided services to these attorneys during the Interim Period, are set forth in the attached Exhibit A.

14.     PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Committee on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below.  PSZ&J's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

<u>**Summary of Services by Project**</u>

15.    The services rendered by PSZ&J during the Interim Period can be grouped

into the categories set forth below.  PSZ&J attempted to place the services provided in the

category that best relates to such services.  However, because certain services may relate to one

or more categories, services pertaining to one category may in fact be included in another

category.  These services performed, by categories, are generally described below, with a more

detailed identification of the actual services provided set forth on the attached <u>Exhibit A</u>.

<u>Exhibit A</u> identifies the attorneys and paraprofessionals who rendered services relating to each

category, along with the number of hours for each individual and the total compensation sought

for each category.

**A.    <u>Asset Disposition</u>**

16.    During the Interim Period, the Firm, among other things, attended to

issues regarding motions to abandon assets.

Fees:  $644.00;        Hours:  0.80

**B.    <u>Bankruptcy Litigation</u>**

17.    During the Interim Period, the Firm, among other things:  (1) attended to

deadline issues; (2) performed research; (3) reviewed and analyzed conversion motions from the

Equity Committee and the Debtors, and the Equity Committee's motion to shorten time;

(4) drafted an opposition to the Equity Committee conversion motion; (5) performed work

regarding a standstill agreement; (6) performed work regarding orders; (7) attended to insurance

issues; and (8) corresponded and conferred regarding litigation issues.

Fees:  $48,854.50;      Hours:  67.90

**C.**    **Case Administration**

18.    During the Interim Period, the Firm, among other things:  (1) maintained document control; (2) reviewed documents and pleadings and forwarded them to appropriate parties; (3) maintained a memorandum of critical dates; and (4) maintained service lists.

Fees: $3,501.00;    Hours: 13.70

**D.**    **Claims Administration and Objections**

19.    During the Interim Period, the Firm, among other things, corresponded and conferred regarding the Luna claim matter.

Fees: $549.00;    Hours: 0.60

**E.**    **Compensation of Professionals**

20.    This category related to issues regarding compensation of the Firm. During the Interim Period, the Firm, among other things:  (1) performed work regarding its January and February 2013 monthly fee applications; and (2) monitored the status and timing of fee applications.

Fees: $2,571.50;    Hours: 5.80

**F.**    **Compensation of Professionals--Others**

21.    This category related to issues regarding compensation of professionals, other than the Firm.  During the Interim Period, the Firm, among other things:  (1) reviewed and analyzed the Gamble fee invoices, and potential objection issues; (2) performed work regarding a motion to modify compensation procedures; and (3) corresponded and conferred regarding fee issues.

Fees: $4,953.50;    Hours: 7.70

**G.    Financing**

22.    This category related to issues regarding issues relating to Debtor in Possession financing and Pillsbury invoices.

Fees: $1,781.50;        Hours: 2.50

**H.    General Business Advice**

23.    During the Interim Period, the Firm, among other things: (1) attended to case status issues and possible next steps; (2) attended to potential Plan of Reorganization and conversion issues; (3) attended to issues regarding a waterfall analysis; (4) attended to negotiations issues; and (5) corresponded and conferred regarding general business advice issues.

Fees: $4,512.50;        Hours: 5.10

**I.    General Creditors Committee**

24.    This category related to general Committee issues.  During the Interim Period, the Firm, among other things: (1) performed work regarding a meeting agenda; (2) prepared for and attended a conference call with the Committee regarding general case issues and conversion issues; and (3) corresponded and conferred with Committee members and others regarding case status.

Fees: $4,446.50;        Hours: 5.10

**J.    Travel**

25.    During the Interim Period, the Firm incurred non-working time while traveling on case matters.  Such time is billed at one-half the normal rate.

Fees: $4,575.00;        Hours: 10.00

## Valuation of Services

26.     Attorneys and paraprofessionals of PSZ&J expended a total 119.20 hours

in connection with their representation of the Committee during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ira D. Kharasch | Partner 1987; Member of CA Bar since 1982 | $915.00 $457.50 | 29.00 10.00 | $26,535.00 $ 4,575.00 |
| Alan J. Kornfeld | Partner 1996; Member of CA Bar since 1987 | $895.00 | 0.40 | $    358.00 |
| James E. O'Neill | Partner 2005; Member of PA Bar since 1985; Member of DE Bar since 2001 | $695.00 | 17.00 | $11,815.00 |
| Joshua M. Fried | Partner 2006; Member of CA Bar since 1995; Member of NY Bar since 1999 | $695.00 | 31.30 | $21,753.50 |
| Shirley S. Cho | Of Counsel 2009; Member of CA Bar since 1997; Member of NY Bar since 2002 | $695.00 | 4.70 | $ 3,266.50 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $595.00 | 2.90 | $ 1,725.50 |
| Margaret L. McGee | Paralegal 2007 | $295.00 | 14.70 | $ 4,336.50 |
| Cheryl A. Knotts | Paralegal 2000 | $290.00 | 2.00 | $    580.00 |
| Kati L. Suk | Paralegal 2009 | $235.00 | 1.00 | $    235.00 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $195.00 | 4.00 | $    780.00 |
| Charles J. Bouzoukis | Case Management Assistant 2001 | $195.00 | 0.80 | $    156.00 |
| Beatrice M. Koveleski | Case Management Assistant 2009 | $195.00 | 1.40 | $    273.00 |

Grand Total:    $    76,389.00
Total Hours:    119.20
Blended Rate:   $     640.85

27.     The nature of work performed by these persons is fully set forth in

Exhibit A attached hereto.  These are PSZ&J's normal hourly rates for work of this character.

The reasonable value of the services rendered by PSZ&J for the Committee during the Interim

Period is $76,389.00.

28.    In accordance with the factors enumerated in section 330 of the

Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and

reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent

of the services rendered, (d) the value of such services, and (e) the costs of comparable services

other than in a case under the Bankruptcy Code.  Moreover, PSZ&J has reviewed the

requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this

Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that, for the period March 1, 2013

through March 25, 2013, an interim allowance be made to PSZ&J for compensation in the

amount of $76,389.00 and actual and necessary expenses in the amount of $952.47 for a total

allowance of $77,341.47 and payment of $61,111.20 (80% of the allowed fees) and

reimbursement of $952.47 (100% of the allowed expenses) be authorized for a total payment of

$62,063.67, and for such other and further relief as this Court may deem just and proper.

Dated:  April ⬜, 2013            PACHULSKI STANG ZIEHL & JONES LLP

_Laura Davis Jones_ (DE Bar No.2436)
Ira D. Kharasch (*admitted pro hac vice*)
Jeffrey N. Pomerantz (*admitted pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
Shirley S. Cho (*admitted pro hac vice*)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Email:  ikharasch@pszjlaw.com
         jpomerantz@pszjlaw.com
         joneill@pszjlaw.com
         scho@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

## VERIFICATION

STATE OF DELAWARE   :
                      :
COUNTY OF NEW CASTLE  :

         Laura Davis Jones, after being duly sworn according to law, deposes and says:

         a)      I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

         b)      I am familiar with many of the legal services rendered by Pachulski Stang Ziehl & Jones LLP as counsel to the Committee.

         c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about August 28, 2012, and submit that the Application substantially complies with such Rule and Order.

                                                               Laura Davis Jones

SWORN AND SUBSCRIBED
before me this 17 day of _____, 2013.

                         K A JOHN BOWER
                         NOTARY PUBLIC
                         STATE OF DELAWARE
Notary Public         My commission expires Nov. 13, 2014
My Commission Expires:

# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

919 North Market Street
17th Floor
Wilmington, DE 19801

March 25, 2013

Invoice Number 102360        84996  00002        IDK

Mr. Maston N. Cunningham
Tri-Valley Corporation
P.O. Box 20429
Bakersfield, CA  93390

| | |
|---|---:|
| Balance forward as of last invoice, dated:  March 25, 2013 | $128,658.95 |
| A/R Adjustments | -$39,748.53 |
| Net balance forward | $88,910.42 |

Re:  Official Committee

## Statement of Professional Services Rendered Through        03/25/2013

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **Asset Disposition [B130]** | | | | | |
| 03/08/13 | SSC | Draft summary of lien motion. | 0.30 | 695.00 | $208.50 |
| 03/18/13 | IDK | Review and consider debtor's two motions to abandon assets including Wells, and reject Miller tolling agreement, including oppositions to same. | 0.40 | 915.00 | $366.00 |
| 03/21/13 | SSC | Correspond with Committee re follow up call. | 0.10 | 695.00 | $69.50 |
| | **Task Code Total** | | **0.80** | | **$644.00** |
| **Bankruptcy Litigation [L430]** | | | | | |
| 03/05/13 | JEO | Email exchange with Lynzy McGee regarding upcoming deadlines. | 0.30 | 695.00 | $208.50 |
| 03/05/13 | MLM | Research re: 365(d)(4) deadline; correspondence with J. O'Neill re: same | 0.20 | 295.00 | $59.00 |
| 03/06/13 | IDK | E-mails with equity committee re problem in standstill re key typo. | 0.10 | 915.00 | $91.50 |
| 03/06/13 | IDK | E-mails with attorneys re debtor's motion to convert case and review briefly. | 0.40 | 915.00 | $366.00 |
| 03/06/13 | JEO | Review motion to convert cases and email to team regarding same. | 0.50 | 695.00 | $347.50 |
| 03/06/13 | JEO | Telephone call to Counsel for Equity Committee regarding conversions. | 0.20 | 695.00 | $139.00 |

**Invoice number  102360**        84996   00002                                    **Page  2**

| | | | | | |
|---|---|---|---|---|---|
| 03/06/13 | JEO | Email to Wayne Wertz regarding conversion motion and motion to modify interim compensation. | 0.20 | 695.00 | $139.00 |
| 03/06/13 | SSC | Review motion to convert case. | 0.10 | 695.00 | $69.50 |
| 03/06/13 | SSC | Telephone conference with J. O'Neill re motion to convert case. | 0.10 | 695.00 | $69.50 |
| 03/07/13 | JEO | Email to team regarding denial of motion to shorten on motion to modify interim compensation. | 0.20 | 695.00 | $139.00 |
| 03/08/13 | IDK | E-mails with attorneys for parties re stipulation to modify standstill re typo, including with Jamie. | 0.20 | 915.00 | $183.00 |
| 03/08/13 | JEO | Email regarding revision to standstill agreement. | 0.40 | 695.00 | $278.00 |
| 03/08/13 | SSC | Meet and confer with I. Kharash re call needed. | 0.10 | 695.00 | $69.50 |
| 03/10/13 | JEO | Email to Ira D. Kharasch and Shirley Cho regarding Gamble fee issues. | 0.50 | 695.00 | $347.50 |
| 03/11/13 | JEO | Email to Equity Committee regarding issues of Gamble Bill. | 0.20 | 695.00 | $139.00 |
| 03/11/13 | JEO | Review issues regarding DIP and telephone call with Shirley Cho and Ira Kharasch regarding same. | 0.50 | 695.00 | $347.50 |
| 03/11/13 | JEO | Email to Gamble's counsel regarding extension. | 0.30 | 695.00 | $208.50 |
| 03/11/13 | JEO | Review Amended Standstill Stipulation.  Email of UST regarding GS fees. | 0.40 | 695.00 | $278.00 |
| 03/12/13 | IDK | Telephone conferences and e-mails with J. Fried re Equity Motion to convert case and related background of case and need for opposition. | 0.50 | 915.00 | $457.50 |
| 03/12/13 | JMF | Review first day declaration and background materials re conversion motions. | 3.30 | 695.00 | $2,293.50 |
| 03/13/13 | IDK | Review and consider both Equity Committee and debtor's respective motions to convert and equity's motion to shorten time and potential opposition (.4); E-mails with J. O'Neill and others re same and need to oppose shortening time, and later re Court's order approving shortening time (.4); E-mails with J. Fried re same and waterfall analysis for same (.2). | 1.00 | 915.00 | $915.00 |
| 03/13/13 | JEO | Review motion to shorten and motion to convert. | 0.90 | 695.00 | $625.50 |
| 03/13/13 | JMF | Telephone call with I. Kharasch and S. Dale re motions to convert. | 0.80 | 695.00 | $556.00 |
| 03/13/13 | JMF | Telephone call with J. O'Neill re 3/19 hearing. | 0.20 | 695.00 | $139.00 |
| 03/13/13 | JMF | Review motions to convert and background materials re same. | 1.80 | 695.00 | $1,251.00 |
| 03/13/13 | JMF | Draft opposition to Equity Community motion to convert cases. | 3.20 | 695.00 | $2,224.00 |
| 03/13/13 | MLM | Review and circulate order shortening time regarding motion to convert case | 0.10 | 295.00 | $29.50 |
| 03/13/13 | SSC | Correspond with J. Fried re filing. | 0.20 | 695.00 | $139.00 |
| 03/14/13 | IDK | Telephone conference and e-mail with A. Kornfeld re hearing on conversion next week and coordinate transportation to same (.2); E-mails with S. Cho and J. Fried re conversion issues and issues re equity committee and ad hoc (.1); E-mails with Chad, equity committee re Chad's mark up of conversion order and Debtor's view and need for call (.2); E-mails and telephone conferences with J. Fried re same and review | 0.70 | 915.00 | $640.50 |

**Invoice number 102360**          84996  00002                                    **Page 3**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | mark-up (.2). | | | |
| 03/14/13 | IDK | E-mails with J. Fried re Hobie's issues on EC conversion motion and deadline to sue insurance company. | 0.20 | 915.00 | $183.00 |
| 03/14/13 | JEO | Research issue of special committee members and send email to team. | 0.60 | 695.00 | $417.00 |
| 03/14/13 | JMF | Draft opposition to Equity Committee Conversion motion. | 5.20 | 695.00 | $3,614.00 |
| 03/14/13 | KLS | Review/revise opposition to Equity Committee conversion motion. | 0.50 | 235.00 | $117.50 |
| 03/14/13 | MLM | Coordinate telephonic appearances for 3/19 hearing | 0.10 | 295.00 | $29.50 |
| 03/14/13 | MLM | Draft and circulate pro hac vice motion for J. Fried | 0.20 | 295.00 | $59.00 |
| 03/14/13 | MLM | Research and correspondence with S. Cho re: appointment of Equity Committee | 0.10 | 295.00 | $29.50 |
| 03/14/13 | SSC | Analysis re information needed for opposition to equity committee's motion to shorten time. | 0.20 | 695.00 | $139.00 |
| 03/14/13 | SSC | Meet and confer with I. Kharasch re status of motion to shorten time. | 0.20 | 695.00 | $139.00 |
| 03/15/13 | IDK | E-mails with Equity Committee and debtor re revisions to order and issue of debtor board approval. | 0.10 | 915.00 | $91.50 |
| 03/15/13 | IDK | Review and consider draft opposition to equity committee conversion motion, including memo to J. Fried re my list of changes (.6); Telephone conference and e-mails with J. Fried re same and new facts re D&O carrier (.2). | 0.80 | 915.00 | $732.00 |
| 03/15/13 | IDK | E-mails with J. Fried, others re further issues re equity committee motion and Ashby fee issues (.2); E-mails with J. O'Neill re need to determine present expiration of standstill and his answer (.2); E-mails with Chad re insurance company letter re Gamble (.1); Attend conference call with K. Brenner, Gamble counsel, on insurance and litigation issues and standstill (1.0). | 1.50 | 915.00 | $1,372.50 |
| 03/15/13 | IDK | E-mails and telephone conference with J. Fried re his revised objection re conversion motion and need for further revisions, including review of same (.3); E-mails with Chad and Josh re further information on equity committee fees (.2); Telephone conference with Gamble counsel on insurance update and issues re standstill (.2). | 0.70 | 915.00 | $640.50 |
| 03/15/13 | JEO | Review and sign Josh Fried pro hac. | 0.40 | 695.00 | $278.00 |
| 03/15/13 | JEO | Review hearing Agenda for 3/19 hearing. | 0.30 | 695.00 | $208.50 |
| 03/15/13 | JEO | Email exchange with Ira D. Kharasch regarding standstill deadline. | 0.50 | 695.00 | $347.50 |
| 03/15/13 | JEO | Telephone call with K. Brennan and Ira D. Kharasch. | 0.40 | 695.00 | $278.00 |
| 03/15/13 | CJB | Prepare hearing binders for hearing on 3/19/13. | 0.80 | 195.00 | $156.00 |
| 03/15/13 | JMF | Telephone call with K. Bennan, J. O'Neill and I. Kharasch re Opus claims issues. | 1.00 | 695.00 | $695.00 |
| 03/15/13 | JMF | Telephone call with I. Kharasch re 3/19 hearing. | 0.30 | 695.00 | $208.50 |
| 03/15/13 | JMF | Draft opposition to Equity Committee conversion motion. | 3.20 | 695.00 | $2,224.00 |
| 03/15/13 | KLS | Review/revise Opposition to Equity Committee conversion motion. | 0.50 | 235.00 | $117.50 |

**Invoice number 102360**        84996  00002                               **Page 4**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/15/13 | MLM | Circulate 3/19 hearing agenda | 0.10 | 295.00 | $29.50 |
| 03/15/13 | MLM | Review 3/19 agenda and coordinate binder production regarding same | 0.10 | 295.00 | $29.50 |
| 03/15/13 | MLM | Review 3/19 hearing binders | 0.10 | 295.00 | $29.50 |
| 03/15/13 | MLM | Correspondence re: pro hac vice motion for J. Fried; coordinate filing of same | 0.20 | 295.00 | $59.00 |
| 03/15/13 | MLM | Circulate pro hac vice order for J. Fried and coordinate service of same | 0.20 | 295.00 | $59.00 |
| 03/16/13 | IDK | E-mails with Gamble counsel re its extension on standstill and second challenge period (.1); E-mails with Josh re same and our opposition to conversion motion (.2). | 0.30 | 915.00 | $274.50 |
| 03/16/13 | JMF | Review standstill order and background documents re Debtor's conversion motion. | 0.60 | 695.00 | $417.00 |
| 03/17/13 | IDK | E-mails with K. Brenner, Gamble counsel, and Josh re Kerry's revisions to our opposition to conversion motion and revise same (.2); E-mails and telephone conference with J. Fried re his revised opposition, consider same, and need to further revise re new stipulation with Gamble and clarification of deadlines (.4); E-mails with J. O'Neill and J. Fried re timing of filing opposition and basis (.1). | 0.70 | 915.00 | $640.50 |
| 03/17/13 | IDK | Review further revised opposition to motion to convert (.2); E-mails with attorneys re same (.1). | 0.30 | 915.00 | $274.50 |
| 03/17/13 | JEO | Review and finalize Committee's objection to Equity Committee's Motion to Convert. | 2.00 | 695.00 | $1,390.00 |
| 03/17/13 | JMF | Draft opposition to Equity Conversion motion. | 3.40 | 695.00 | $2,363.00 |
| 03/18/13 | IDK | E-mails with J. O'Neill re coordination on tomorrow's hearing re conversion (.2); Review all relevant pleadings re same and prepare notes for oral argument (1.3); E-mails and memo to Committee re our opposition and tomorrow's hearing (.3); E-mails with Gamble counsel re timing of its opposition to conversion motion (.2). | 2.00 | 915.00 | $1,830.00 |
| 03/18/13 | IDK | E-mails with Gamble re potential settlement meeting and dates with insurance company. | 0.20 | 915.00 | $183.00 |
| 03/18/13 | JEO | Review Gamble's Objection to Conversion Motion. | 0.50 | 695.00 | $347.50 |
| 03/18/13 | JEO | Emails with Team regarding conversion hearing. | 0.80 | 695.00 | $556.00 |
| 03/18/13 | JMF | Review Gamble opposition. | 0.40 | 695.00 | $278.00 |
| 03/18/13 | JMF | Review Debtor conversion motion. | 0.30 | 695.00 | $208.50 |
| 03/18/13 | JMF | Review order re proposed conversion. | 0.30 | 695.00 | $208.50 |
| 03/19/13 | IDK | Prep for hearing today on conversion including review of Gamble opposition (.9); E-mails and telephone conferences with A. Landis re need for status and attend conference call with debtor's professionals and Hobie Truesdell re debtor's position on upcoming hearing (.4); Attend court hearing re same (1.4); Meet with financial advisor and J. O'Neill re next steps re order on conversion and chapter 7 (.4); E-mails with attorneys re same (.2). | 3.30 | 915.00 | $3,019.50 |
| 03/19/13 | JEO | Prepare for and attend Conversion hearing. | 2.50 | 695.00 | $1,737.50 |
| 03/19/13 | JEO | Follow-up meeting with A. Kharasch regarding hearing | 0.50 | 695.00 | $347.50 |

**Invoice number 102360**          84996  00002                                        **Page 5**

| | | | | | |
|---|---|---|---|---|---|
| | | outcome. | | | |
| 03/19/13 | JMF | Draft indemnification inserts to A+M and CIBC orders. | 0.40 | 695.00 | $278.00 |
| 03/19/13 | JMF | Review pleadings and prepare re conversion motion hearing. | 0.80 | 695.00 | $556.00 |
| 03/19/13 | JMF | Attend (telephonically) hearing on motion to convert case. | 1.30 | 695.00 | $903.50 |
| 03/19/13 | MLM | Review and circulate 3/19 amended agenda | 0.10 | 295.00 | $29.50 |
| 03/19/13 | MLM | Correspondence re: 3/19 hearing | 0.10 | 295.00 | $29.50 |
| 03/20/13 | JEO | Emails with Ira D. Kharasch regarding conversion. | 0.20 | 695.00 | $139.00 |
| 03/21/13 | IDK | E-mails and telephone conference with S. Cho re need to get feedback from Debtor and equity committee on timing of draft conversion orders. | 0.20 | 915.00 | $183.00 |
| 03/21/13 | SSC | Correspond with Debtors' counsel re form of conversion order. | 0.10 | 695.00 | $69.50 |
| 03/22/13 | IDK | E-mails with Shea and Morton re timing as to why we will get draft conversion order and why delay and need to confirm Court's requirement of our sign-off (.2); E-mails with J. O'Neill and J. Fried re court's comments on hearing re sign-off and division of cash and UST (.3); E-mails with Shea re payment schedule (.1). | 0.60 | 915.00 | $549.00 |
| 03/22/13 | IDK | E-mails with Committee re need for call and decisions on whether to object to form of conversion order (.3); E-mails with J. O'Neill and debtor and equity committee re our feedback on same (.1). | 0.50 | 915.00 | $457.50 |
| 03/22/13 | IDK | E-mails with Chad re our problems with conversion order and split of funds (.2); Memo to J. Fried summarizing our grounds for objecting to form of conversion order re split of funds (.3); Further e-mails with equity committee re its timing on filing same (.1); Review draft of our opposition to form of conversion order (.1). | 0.70 | 915.00 | $640.50 |
| 03/22/13 | JEO | Work on conversion order | 0.60 | 695.00 | $417.00 |
| 03/22/13 | JMF | Review issues and proposed order-converting case and draft opposition to entry of Debtor's order re same. | 2.80 | 695.00 | $1,946.00 |
| 03/22/13 | MLM | Make edits to conversion order; correspondence regarding same | 0.20 | 295.00 | $59.00 |
| 03/24/13 | IDK | E-mails with J. O'Neill and J. Fried re status of alternative order. | 0.20 | 915.00 | $183.00 |
| 03/24/13 | JMF | Review Equity Committee order and objection to same. | 0.30 | 695.00 | $208.50 |
| 03/25/13 | IDK | E-mails with J. O'Neill and J. Fried re equity committee filing of their version of conversion order today and our version of order (.2); E-mails and telephone conferences with Committee members re whether to object to equity committee form of order (.5); E-mails with J. Fried and J. O'Neill re result of same and what court said re splitting funds (.2); E-mails with attorneys re Court's signed orders and deadlines (.1). | 1.00 | 915.00 | $915.00 |
| 03/25/13 | JEO | Work on Certification of Counsel and revised form of conversion order. | 1.20 | 695.00 | $834.00 |
| 03/25/13 | JEO | Emails with Ira D. Kharasch and Josh Fried regarding Timing/submission of alternate order converting case to Chapter 7. | 0.60 | 695.00 | $417.00 |

**Invoice number 102360**      84996   00002      **Page 6**

| | | | | | |
|---|---|---|---|---|---|
| 03/25/13 | JMF | Telephone call with J. O'Neill re objection to Equity Committee order. | 0.20 | 695.00 | $139.00 |
| 03/25/13 | JMF | Review proposed order and objection to Equity Committee order. | 0.80 | 695.00 | $556.00 |
| 03/25/13 | MLM | Circulate certification of counsel re: conversion order | 0.10 | 295.00 | $29.50 |
| 03/25/13 | MLM | Finalize and coordinate filing of objection/certification of counsel regarding conversion; correspondence regarding same | 0.50 | 295.00 | $147.50 |
| 03/25/13 | MLM | Review and circulate conversion order as entered; correspondence regarding same | 0.20 | 295.00 | $59.00 |
| | | **Task Code Total** | **67.90** | | **$48,854.50** |

**Case Administration [B110]**

| | | | | | |
|---|---|---|---|---|---|
| 02/04/13 | SLP | Maintain docket control. | 3.50 | 195.00 | $682.50 |
| 03/01/13 | CAK | Review documents and organize to file. | 0.10 | 290.00 | $29.00 |
| 03/01/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 295.00 | $59.00 |
| 03/01/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings; circulate same | 0.30 | 295.00 | $88.50 |
| 03/01/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 03/04/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 03/04/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.20 | 295.00 | $59.00 |
| 03/04/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 03/05/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 295.00 | $59.00 |
| 03/05/13 | MLM | Coordinate updates to 2002 service lists | 0.10 | 295.00 | $29.50 |
| 03/05/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 295.00 | $29.50 |
| 03/05/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 03/06/13 | MLM | Correspondence re: Debtors' change of address | 0.10 | 295.00 | $29.50 |
| 03/06/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 295.00 | $29.50 |
| 03/06/13 | MLM | Coordinate updates to 2002 service lists | 0.10 | 295.00 | $29.50 |
| 03/06/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.20 | 295.00 | $59.00 |
| 03/06/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 03/07/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 03/07/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings; circulate same | 0.50 | 295.00 | $147.50 |
| 03/07/13 | BMK | Prepared daily memo narrative and coordinated client | 0.10 | 195.00 | $19.50 |

**Invoice number  102360**        84996  00002                                    **Page  7**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | distribution. | | | |
| 03/11/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 03/11/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.60 | 295.00 | $177.00 |
| 03/11/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 03/12/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 295.00 | $59.00 |
| 03/12/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 295.00 | $29.50 |
| 03/12/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 03/13/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 03/13/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.50 | 295.00 | $147.50 |
| 03/13/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 03/14/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 295.00 | $29.50 |
| 03/14/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 295.00 | $29.50 |
| 03/14/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 03/15/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 295.00 | $118.00 |
| 03/15/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings; circulate same | 0.70 | 295.00 | $206.50 |
| 03/15/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 03/18/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.50 | 295.00 | $147.50 |
| 03/18/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 295.00 | $29.50 |
| 03/18/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 195.00 | $39.00 |
| 03/19/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 03/19/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 295.00 | $59.00 |
| 03/19/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.80 | 295.00 | $236.00 |
| 03/19/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 03/20/13 | SLP | Maintain docket control. | 0.20 | 195.00 | $39.00 |
| 03/20/13 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 295.00 | $29.50 |
| 03/20/13 | MLM | Research and update critical dates memorandum with respect to recently filed pleadings | 0.10 | 295.00 | $29.50 |
| 03/20/13 | BMK | Prepared daily memo narrative and coordinated client | 0.10 | 195.00 | $19.50 |

**Invoice number  102360**          84996   00002                                    **Page  8**

distribution.

| | | | | |
|---|---|---|---|---|
| | **Task Code Total** | | 13.70 | $3,501.00 |

**Claims Admin/Objections[B310]**

| | | | | | |
|---|---|---|---|---|---|
| 03/14/13 | IDK | E-mails with Kravitz re issues on negotiations with Luna and timing. | 0.20 | 915.00 | $183.00 |
| 03/15/13 | IDK | E-mails and telephone conference with counsel to Luna re issues on debtor's settlement offer and Luna claim. | 0.40 | 915.00 | $366.00 |
| | **Task Code Total** | | 0.60 | | $549.00 |

**Compensation Prof. [B160]**

| | | | | | |
|---|---|---|---|---|---|
| 03/03/13 | WLR | Draft 3rd quarterly fee application | 0.70 | 595.00 | $416.50 |
| 03/15/13 | WLR | Review Feb. 2013 fee application | 1.00 | 595.00 | $595.00 |
| 03/16/13 | WLR | Review and revise Feb. 2013 fee application | 1.20 | 595.00 | $714.00 |
| 03/18/13 | CAK | Review and update February fee application | 0.40 | 290.00 | $116.00 |
| 03/18/13 | CAK | Coordinate posting, filing and service of February fee application | 0.20 | 290.00 | $58.00 |
| 03/18/13 | MLM | Finalize and coordinate filing of PSZ&J's February 2013 fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 295.00 | $147.50 |
| 03/21/13 | CAK | Begin updating spreadsheet in preparation of Final Fee Application | 1.30 | 290.00 | $377.00 |
| 03/22/13 | MLM | Draft and prepare certificate of no objection re: PSZ&J's January 2013 fee application for filing and service | 0.30 | 295.00 | $88.50 |
| 03/25/13 | MLM | Finalize and coordinate filing and service of certificate of no objection re: PSZ&J's January 2013 fee application | 0.20 | 295.00 | $59.00 |
| | **Task Code Total** | | 5.80 | | $2,571.50 |

**Comp. of Prof./Others**

| | | | | | |
|---|---|---|---|---|---|
| 03/06/13 | IDK | E-mails with J. O'Neill re debtor's motion to modify interim compensation procedures and review briefly | 0.30 | 915.00 | $274.50 |
| 03/06/13 | IDK | E-mails with J. O'Neill re Gamble 300k invoice and need to object. | 0.20 | 915.00 | $183.00 |
| 03/06/13 | JEO | Review email regarding motion to modify compensation procedures and email to team regarding same. | 0.50 | 695.00 | $347.50 |
| 03/06/13 | JEO | Review Gamble's Jan 2013 invoice for legal fees and email to team regarding same. | 0.40 | 695.00 | $278.00 |
| 03/06/13 | MLM | Update fee application service list regarding Debtors' change of address | 0.10 | 295.00 | $29.50 |

**Invoice number  102360**          84996  00002                                    **Page  9**

| | | | | | |
|---|---|---|---|---|---|
| 03/06/13 | MLM | Review revised interim compensation motion | 0.20 | 295.00 | $59.00 |
| 03/07/13 | IDK | E-mails re Court's denial of motion to modify interim compensation. | 0.10 | 915.00 | $91.50 |
| 03/08/13 | IDK | Numerous e-mails with S. Cho and J. O'Neill re Gamble's 300K invoice for legal fees and need to determine potential objection and get extension for same, and general issues re legitimacy of same (.4); Review and consider language in DIP order and credit agreement re same and indemnity obligations (.3); Memo to S. Cho and J. O'Neill re summary of argument that Gamble cannot be reimbursed for fees re the challenge litigation (.4); E-mails with A. Kornfeld re same (.1). | 1.20 | 915.00 | $1,098.00 |
| 03/11/13 | AJK | Analysis of Gamble fee issue. | 0.40 | 895.00 | $358.00 |
| 03/11/13 | IDK | Numerous e-mails with S. Cho and J. O'Neill re issues on Gamble invoice and need for call (.3); Telephone conference with J. O'Neill and S. Cho re same on next steps (.2); Review e-mails with J. O'Neill and Gamble counsel re extension request and with equity counsel re same and our theories re Gamble indemnity (.2). | 0.70 | 915.00 | $640.50 |
| 03/11/13 | MLM | Research re: Gavin's December 2012 fee application; correspondence re: same | 0.10 | 295.00 | $29.50 |
| 03/11/13 | MLM | Correspondence to J. Sacher (Gavin) re: time detail for Gavin's December 2012 fee application | 0.10 | 295.00 | $29.50 |
| 03/12/13 | JEO | Review Gavin fee info and send to UST. | 0.20 | 695.00 | $139.00 |
| 03/12/13 | MLM | Prepare and coordinate filing of supplement to Gavin's December 2012 fee application (.2); prepare and coordinate service of same (.2); correspondence re: same (.1) | 0.50 | 295.00 | $147.50 |
| 03/13/13 | MLM | Draft certificate of no objection re: Gavin/Solmonese's December 2012 fee application and prepare same for filing and service | 0.30 | 295.00 | $88.50 |
| 03/13/13 | MLM | Draft certificate of no objection re: Gavin/Solmonese's January 2013 fee application and prepare same for filing and service | 0.30 | 295.00 | $88.50 |
| 03/14/13 | IDK | E-mails with attorneys re status of next steps on Gamble invoice and EC input and further extension. | 0.20 | 915.00 | $183.00 |
| 03/14/13 | MLM | Finalize and coordinate filing and service of certificate of no objection re: Gavin/Solmonese's December 2012 fee application | 0.20 | 295.00 | $59.00 |
| 03/14/13 | MLM | Finalize and coordinate filing and service of certificate of no objection re: Gavin/Solmonese's January 2013 fee application | 0.20 | 295.00 | $59.00 |
| 03/15/13 | IDK | Telephone J. O'Neill re Gamble invoice objection and timing and feedback from equity committee (.1); E-mails with J. O'Neill re same and Gamble's extension (.1). | 0.20 | 915.00 | $183.00 |
| 03/15/13 | MLM | Research and correspondence re: Equity Committee professional fee applications | 0.30 | 295.00 | $88.50 |
| 03/20/13 | JEO | Review and finalize Gavin Feb 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 03/20/13 | MLM | Finalize and coordinate filing of Gavin/Solmonese's February 2013 fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 295.00 | $147.50 |

**Invoice number  102360**       84996   00002                                **Page  10**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/20/13 | MLM | Correspondence with J. Sacher re: Gavin/Solmonese's February fee application | 0.10 | 295.00 | $29.50 |
| 03/21/13 | IDK | E-mails with attorneys re timing of applications re conversion. | 0.20 | 915.00 | $183.00 |
| | | **Task Code Total** | **7.70** | | **$4,953.50** |

**Financing [B230]**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/09/13 | SSC | Review and analysis re Pillsbury January invoice. | 0.50 | 695.00 | $347.50 |
| 03/09/13 | SSC | Correspond with I. Kharasch re Pillsbury invoice. | 0.20 | 695.00 | $139.00 |
| 03/09/13 | SSC | Draft response re Pillsbury invoice. | 0.30 | 695.00 | $208.50 |
| 03/10/13 | SSC | Analysis re DIP lender invoice. | 0.70 | 695.00 | $486.50 |
| 03/11/13 | SSC | Telephone conference with J. O'Neill re DIP invoice. | 0.20 | 695.00 | $139.00 |
| 03/11/13 | SSC | Telephone conference with J. O'Neill and I. Kharasch re DIP invoice. | 0.30 | 695.00 | $208.50 |
| 03/11/13 | SSC | Telephone conference with J. O'Neill re DIP invoice. | 0.10 | 695.00 | $69.50 |
| 03/19/13 | IDK | E-mails with team re lender's consent to continue DIP hearing and objection deadline. | 0.20 | 915.00 | $183.00 |
| | | **Task Code Total** | **2.50** | | **$1,781.50** |

**General Business Advice [B410]**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/12/13 | IDK | Telephone conferences with Adam Landis re general case status and next possible steps (.2); E-mails with Chad re waterfall update (.1). | 0.30 | 915.00 | $274.50 |
| 03/13/13 | IDK | Numerous e-mails with debtor's counsels re need call on case and conversion motion and coordinate of same (.3); Attend conference call with C. Dale and J. Fried re C. Dale's view of case and assets and potential plan (.8); Telephone J. Fried re same after call (.1); E-mails with J. Fried re my points of views for arguments in opposition to equity committee motions to shorten time and convert and relevant case background (.5). | 1.70 | 915.00 | $1,555.50 |
| 03/14/13 | IDK | E-mails with Chad re need for updated waterfall analysis (.2); E-mails with Greg T. re coordination of call re case (.1). | 0.30 | 915.00 | $274.50 |
| 03/15/13 | IDK | Telephone conference with Equity Committee counsel re their plan negotiations with Hobie and debtor and conversion motion and consider. | 0.50 | 915.00 | $457.50 |
| 03/15/13 | JMF | Review waterfall analysis and intercompany claims issues re plan. | 0.70 | 695.00 | $486.50 |
| 03/18/13 | IDK | Consider case options, including potential plan structure and potential chapter 11 Trustee for Opus and disbanding GC (.4); E-mails with Chad re potential separate plan for TVC and TVOG. | 0.50 | 915.00 | $457.50 |
| 03/19/13 | IDK | E-mails with J. O'Neill re chapter 7 issues and A. Landis suggestion re Kravitz. | 0.20 | 915.00 | $183.00 |
| 03/20/13 | IDK | E-mails and telephone conferences with J. O'Neill and | 0.40 | 915.00 | $366.00 |

**Invoice number  102360**        84996   00002                                    **Page  11**

| | | | | | |
|---|---|---|---|---|---|
| | | A. Landis re conversion issues and election of trustee. | | | |
| 03/20/13 | IDK | Office conferences with Kravitz and Sandler re election on 7 issues. | 0.50 | 915.00 | $457.50 |
| | **Task Code Total** | | **5.10** | | **$4,512.50** |

**General Creditors Comm. [B150]**

| | | | | | |
|---|---|---|---|---|---|
| 03/08/13 | IDK | E-mails and telephone conference with Wayne re general case status and next steps (.6); Office conference with S. Cho re same and need to coordinate committee call and agenda and issues re payment of liens (.3); E-mails with E. Feingold re same (.2). | 1.10 | 915.00 | $1,006.50 |
| 03/08/13 | IDK | E-mails with Wayne, S. Cho and Committee re potential dates and times for call. | 0.20 | 915.00 | $183.00 |
| 03/08/13 | SSC | Correspond with Committee members re call needed. | 0.10 | 695.00 | $69.50 |
| 03/10/13 | SSC | Correspond with Committee re call. | 0.10 | 695.00 | $69.50 |
| 03/14/13 | IDK | E-mails and telephone conference with S. Cho and Committee re issues for upcoming committee call and documents to distribute (.2); Prepare agenda for call with committee along with recommendation re conversion motion (.4); Attend call with Committee and FAs on general case issues and conversion issues and next steps (1.0); E-mails with J. Fried and J. O'Neill re result of call and timing of opposition (.1). | 1.70 | 915.00 | $1,555.50 |
| 03/14/13 | SSC | Correspond with Committee re Committee meeting. | 0.10 | 695.00 | $69.50 |
| 03/14/13 | SSC | Attend portions of committee call. | 0.50 | 695.00 | $347.50 |
| 03/16/13 | IDK | E-mails with Jerry R. re waterfall analysis (.2); E-mails with S. Cho re same and getting it to Committee (.1). | 0.30 | 915.00 | $274.50 |
| 03/16/13 | SSC | Correspond with Committee re waterfall. | 0.10 | 695.00 | $69.50 |
| 03/19/13 | IDK | E-mails with Wayne and S. Cho re next steps and scheduling call with Committee. | 0.20 | 915.00 | $183.00 |
| 03/21/13 | IDK | Attend conference call with Committee re result of 3/19 hearing and chapter 7 process and issues for trustee to resolve (.6). | 0.60 | 915.00 | $549.00 |
| 03/21/13 | SSC | Attend portions of committee call. | 0.10 | 695.00 | $69.50 |
| | **Task Code Total** | | **5.10** | | **$4,446.50** |

**Travel**

| | | | | | |
|---|---|---|---|---|---|
| 03/18/13 | IDK | Non-working travel from Los Angeles to Delaware for 3/19 hearing on conversion (billed at 1/2 normal rate) | 5.00 | 457.50 | $2,287.50 |
| 03/19/13 | IDK | Non-working travel from DE to Los Angeles from conversion hearing (billed at 1/2 regular rate) | 5.00 | 457.50 | $2,287.50 |
| | **Task Code Total** | | **10.00** | | **$4,575.00** |

|  |  |  |
|---|---|---|
| **Total professional services:** | 119.20 | **$76,389.00** |

**Invoice number 102360**        84996   00002                                    **Page  12**

### *Costs Advanced:*

| | | | |
|---|---|---|---|
| 01/29/2013 | AT | Auto Travel Expense [E109] Eagle Transportation Service, Inv. 3215222, JFK/Marriott NY, IDK | $226.34 |
| 03/01/2013 | DC | 84996.00002 Digital Legal Charges for 03-01-13 | $6.83 |
| 03/01/2013 | DC | 84996.00002 Digital Legal Charges for 03-01-13 | $18.00 |
| 03/01/2013 | RE | ( 261 @0.10 PER PG) | $26.10 |
| 03/01/2013 | RE | ( 127 @0.10 PER PG) | $12.70 |
| 03/01/2013 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | $2.80 |
| 03/04/2013 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 03/04/2013 | RE | ( 5 @0.10 PER PG) | $0.50 |
| 03/05/2013 | RE | ( 16 @0.10 PER PG) | $1.60 |
| 03/07/2013 | RE | ( 39 @0.10 PER PG) | $3.90 |
| 03/07/2013 | RE | ( 8 @0.10 PER PG) | $0.80 |
| 03/07/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 03/07/2013 | RE | ( 64 @0.10 PER PG) | $6.40 |
| 03/11/2013 | RE | ( 152 @0.10 PER PG) | $15.20 |
| 03/12/2013 | DC | Delivery/ Courier Service [E107] Tristate | $10.00 |
| 03/12/2013 | PO | 84996.00002 :Postage Charges for 03-12-13 | $3.96 |
| 03/12/2013 | RE | ( 47 @0.10 PER PG) | $4.70 |
| 03/12/2013 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 03/12/2013 | RE | ( 14 @0.10 PER PG) | $1.40 |
| 03/12/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | $0.70 |
| 03/12/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 03/12/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 03/13/2013 | RE | ( 14 @0.10 PER PG) | $1.40 |
| 03/13/2013 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | $1.90 |
| 03/13/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 03/13/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 03/13/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 03/14/2013 | DC | 84996.00002 Digital Legal Charges for 03-14-13 | $10.00 |
| 03/14/2013 | PO | 84996.00002 :Postage Charges for 03-14-13 | $3.36 |
| 03/14/2013 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 03/14/2013 | RE | ( 68 @0.10 PER PG) | $6.80 |
| 03/14/2013 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 03/14/2013 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | $0.80 |
| 03/14/2013 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | $1.00 |
| 03/14/2013 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | $0.80 |
| 03/14/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 03/14/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 03/15/2013 | DC | 84996.00002 Digital Legal Charges for 03-15-13 | $5.00 |
| 03/15/2013 | PO | 84996.00002 :Postage Charges for 03-15-13 | $30.36 |

**Invoice number  102360**          84996  00002                              **Page  13**

| Date | Type | Description | Amount |
|---|---|---|---|
| 03/15/2013 | RE | ( 91 @0.10 PER PG) | $9.10 |
| 03/15/2013 | RE | ( 9 @0.10 PER PG) | $0.90 |
| 03/15/2013 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 03/15/2013 | RE | ( 130 @0.10 PER PG) | $13.00 |
| 03/15/2013 | RE | ( 63 @0.10 PER PG) | $6.30 |
| 03/15/2013 | RE | ( 50 @0.10 PER PG) | $5.00 |
| 03/15/2013 | RE | Reproduction Expense. [E101] 10 pgs, WLR | $1.00 |
| 03/15/2013 | RE | Reproduction Expense. [E101] 15 pgs, WLR | $1.50 |
| 03/15/2013 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | $1.00 |
| 03/15/2013 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | $1.00 |
| 03/15/2013 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | $1.00 |
| 03/15/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 03/15/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 03/16/2013 | RE | Reproduction Expense. [E101] 30 pgs, WLR | $3.00 |
| 03/16/2013 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | $4.20 |
| 03/16/2013 | RE2 | SCAN/COPY ( 72 @0.10 PER PG) | $7.20 |
| 03/17/2013 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | $1.10 |
| 03/17/2013 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | $1.00 |
| 03/18/2013 | DC | 84996.00002 Digital Legal Charges for 03-18-13 | $5.00 |
| 03/18/2013 | PO | 84996.00002 :Postage Charges for 03-18-13 | $5.76 |
| 03/18/2013 | RE | ( 32 @0.10 PER PG) | $3.20 |
| 03/18/2013 | RE | ( 148 @0.10 PER PG) | $14.80 |
| 03/18/2013 | RE | ( 92 @0.10 PER PG) | $9.20 |
| 03/18/2013 | RE | ( 11 @0.10 PER PG) | $1.10 |
| 03/18/2013 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 03/18/2013 | RE | ( 428 @0.10 PER PG) | $42.80 |
| 03/18/2013 | RE | ( 32 @0.10 PER PG) | $3.20 |
| 03/18/2013 | RE | ( 14 @0.10 PER PG) | $1.40 |
| 03/18/2013 | RE | ( 18 @0.10 PER PG) | $1.80 |
| 03/18/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 03/18/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | $0.70 |
| 03/18/2013 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | $5.20 |
| 03/18/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 03/18/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 03/18/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 03/18/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 03/18/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 03/18/2013 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | $1.40 |
| 03/18/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | $0.60 |
| 03/19/2013 | RE | ( 397 @0.10 PER PG) | $39.70 |
| 03/19/2013 | RE | ( 11 @0.10 PER PG) | $1.10 |
| 03/19/2013 | RE | ( 7 @0.10 PER PG) | $0.70 |
| 03/19/2013 | RE | ( 49 @0.10 PER PG) | $4.90 |

**Invoice number  102360**　　　84996  00002　　　　　　　　　　　**Page  14**

| | | | |
|---|---|---|---|
| 03/19/2013 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | $1.10 |
| 03/20/2013 | DC | 84996.00002 Digital Legal Charges for 03-20-13 | $10.65 |
| 03/20/2013 | DC | 84996.00002 Digital Legal Charges for 03-20-13 | $10.00 |
| 03/20/2013 | DC | 84996.00002 Digital Legal Charges for 03-20-13 | $7.25 |
| 03/20/2013 | PO | 84996.00002 :Postage Charges for 03-20-13 | $5.16 |
| 03/20/2013 | RE | ( 119 @0.10 PER PG) | $11.90 |
| 03/20/2013 | RE | ( 250 @0.10 PER PG) | $25.00 |
| 03/20/2013 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | $2.00 |
| 03/20/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 03/20/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 03/20/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 03/21/2013 | DC | 84996.00002 Digital Legal Charges for 03-21-13 | $108.00 |
| 03/21/2013 | DC | 84996.00002 Digital Legal Charges for 03-21-13 | $13.32 |
| 03/22/2013 | DC | 84996.00002 Digital Legal Charges for 03-22-13 | $10.00 |
| 03/22/2013 | DC | 84996.00002 Digital Legal Charges for 03-22-13 | $26.64 |
| 03/22/2013 | DC | 84996.00002 Digital Legal Charges for 03-22-13 | $7.78 |
| 03/25/2013 | DC | 84996.00002 Digital Legal Charges for 03-25-13 | $5.00 |
| 03/25/2013 | PAC | Pacer - Court Research | $90.50 |
| 03/25/2013 | PO | 84996.00002 :Postage Charges for 03-25-13 | $3.36 |
| 03/25/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 03/25/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 03/25/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 03/25/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 03/25/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 03/25/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 03/25/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 03/25/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 03/25/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |

Total Expenses:　　　　　　　　　　　　　**$952.47**

## Summary:

| | |
|---|---|
| Total professional services | $76,389.00 |
| Total expenses | $952.47 |
| Net current charges | $77,341.47 |
| | |
| Net balance forward | $88,910.42 |
| **Total balance now due** | **$166,251.89** |

| | | | | |
|---|---|---|---|---|
| AJK | Kornfeld, Alan J. | 0.40 | 895.00 | $358.00 |

**Invoice number  102360**      84996   00002                    **Page  15**

| | | | | |
|-----|-----------------------|-------|--------|-------------|
| BMK | Koveleski, Beatrice M. | 1.40 | 195.00 | $273.00 |
| CAK | Knotts, Cheryl A. | 2.00 | 290.00 | $580.00 |
| CJB | Bouzoukis, Charles J. | 0.80 | 195.00 | $156.00 |
| IDK | Kharasch, Ira D. | 10.00 | 457.50 | $4,575.00 |
| IDK | Kharasch, Ira D. | 29.00 | 915.00 | $26,535.00 |
| JEO | O'Neill, James E. | 17.00 | 695.00 | $11,815.00 |
| JMF | Fried, Joshua M. | 31.30 | 695.00 | $21,753.50 |
| KLS | Suk, Kati L. | 1.00 | 235.00 | $235.00 |
| MLM | McGee, Margaret L. | 14.70 | 295.00 | $4,336.50 |
| SLP | Pitman, L. Sheryle | 4.00 | 195.00 | $780.00 |
| SSC | Cho, Shirley S. | 4.70 | 695.00 | $3,266.50 |
| WLR | Ramseyer, William L. | 2.90 | 595.00 | $1,725.50 |
| | | 119.20 | | $76,389.00 |

## Task Code Summary

| | | Hours | Amount |
|-----|------------------------------|--------|-------------|
| AD | Asset Disposition [B130] | 0.80 | $644.00 |
| BL | Bankruptcy Litigation [L430] | 67.90 | $48,854.50 |
| CA | Case Administration [B110] | 13.70 | $3,501.00 |
| CO | Claims Admin/Objections[B310] | 0.60 | $549.00 |
| CP | Compensation Prof. [B160] | 5.80 | $2,571.50 |
| CPO | Comp. of Prof./Others | 7.70 | $4,953.50 |
| FN | Financing [B230] | 2.50 | $1,781.50 |
| GB | General Business Advice [B410] | 5.10 | $4,512.50 |
| GC | General Creditors Comm. [B150] | 5.10 | $4,446.50 |
| TR | Travel | 10.00 | $4,575.00 |
| | | 119.20 | $76,389.00 |

**Invoice number  102360**          84996   00002                                    **Page   16**

## Expense Code Summary

| | |
|---|---:|
| Auto Travel Expense [E109] | $226.34 |
| Delivery/Courier Service | $253.47 |
| Pacer - Court Research | $90.50 |
| Postage [E108] | $51.96 |
| Reproduction Expense [E101] | $289.30 |
| Reproduction/ Scan Copy | $40.90 |
| | $952.47 |