IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRI-VALLEY CORPORATION, et al.,[1] | ) | Case No. 12-12291 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 22nd day of April, 2013, I caused a copy of the following documents to be served on the individuals on the attached service list in the manner indicated:

**Notice of Filing of Fee Application;**

**Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors, for the Period from August 27, 2012 through March 25, 2013; Exhibits A through D; and**

**[Proposed] Order Granting Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors, for the Period from August 27, 2012 through March 25, 2013.**

/s/ James E. O'Neill
James E. O'Neill (Bar No. 4042)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Tri-Valley Corporation (5250), Tri-Valley Oil & Gas Co. (7433), Select Resources Corporation, Inc. (0386), and TVC Opus I Drilling Program L.P. (0334). The Debtors' corporate headquarters and the mailing address for each Debtor is 4927 Calloway Drive, Bakersfield, CA 93312.

Tri-Valley – Fee Application Service List
Case No. 12-12291
Document No. 183741
03 - Hand Delivery
04 - First Class Mail

**Hand Delivery**
(Co-Counsel to the Debtors)
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19899

**Hand Delivery**
(UST)
Tiiara Patton, Esquire
The Office of the United States Trustee
for the District of Delaware
844 North King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801

**Hand Delivery**
(Chapter 7 Trustee)
Jeoffrey L. Burtch, Esquire
Cooch and Taylor P.A.
1000 West Street, 10th Floor
Wilmington, DE 19899

**First Class Mail**
(Debtors)
Maston N. Cunningham
Tri-Valley Corporation
P.O. Box 20429
Bakersfield, CA 93390

**First Class Mail**
(Co-Counsel to the Debtors)
Charles A. Dale, III, Esquire
Mackenzie L. Shea, Esquire
K&L Gates LLP
One Lincoln Street
Boston, MA 02111-2950

**First Class Mail**
(Counsel to the Postpetition Lender)
Carol M. Burke
Pillsbury, Winthrop, Shaw, Pittman, LLP
Two Houston Center
909 Fannin Street, Suite 2000
Houston, TX 77010-1018

**First Class Mail**
(Chapter 7 Trustee)
Charles Stanziale, Jr.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102