IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRI-VALLEY CORPORATION, et al.,[1] | ) | Case No. 12-12291 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I, James E. O'Neill, hereby certify that on the 22nd day of April, 2013, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**Notice of Filing of Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors, for the Period from August 27, 2012 through March 25, 2013.**

James E. O'Neill (Bar No. 4042)

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Tri-Valley Corporation (5250), Tri-Valley Oil & Gas Co. (7433), Select Resources Corporation, Inc. (0386), and TVC Opus I Drilling Program L.P. (0334). The Debtors' corporate headquarters and the mailing address for each Debtor is 4927 Calloway Drive, Bakersfield, CA 93312.

Tri-Valley 2002 Service List
Case No. 12-12291
Document No. 182626v2
02 – INTEROFFICE MAIL
12 – HAND DELIVERY
33 – FIRST CLASS MAIL

*INTEROFFICE MAIL*
Ira D. Kharasch, Esquire
Pachulski, Stang, Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

*INTEROFFICE MAIL*
Jeffrey N. Pomerantz, Esquire
Pachulski, Stang, Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

*INTEROFFICE*
*(Counsel To The Official Committee of Unsecured Creditors)*
Ira D. Kharasch, Esquire
Jeffrey N. Pomerantz, Esquire
Shirley S. Cho, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Sant Amonica Boulevard, 13th Floor
Los Angeles, CA 90067-4100

*INTEROFFICE*
*(Counsel To The Official Committee of Unsecured Creditors)*
Alan J. Kornfeld, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067-4100

*HAND DELIVERY*
Office of the United States Trustee
ATTN: Tiiara Patton
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

*HAND DELIVERY*
Delaware Dept. of Justice
Attn: Bankruptcy Dept.
820 N. French St. 6th Floor
Wilmington, DE 19801

*HAND DELIVERY*
U.S. Attorney's Office
Charles M. Oberly, III, Esquire
1007 North Orange Street, Suite 700
Wilmington, DE 19899

*HAND DELIVERY*
*(Counsel To Pleasant Valley Ranch, LLC)*
Joseph H. Huston, Jr., Esquire
Maria Aprile Swczuk, Esqire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel To Gary D. Borgna)*
Norman L. Pernick, Esquire
Patrick J. Reilley, Esquire
Cole, Schotz, Meisel, Forman & Leonard, PA
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel To George T. Gamble 1991 Trust)*
Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market St, Suite 1000
P.O. Box 1351
Wilmington, De 19899

*HAND DELIVERY*
*(Counsel To Robert Miller, George Bean, Peter Huggins, Todd Garrett & Peter Marguglio)*
Kathleen M. Miller
Smith, Katzenstein & Jenkins, LLP
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899

***HAND DELIVERY***
*(Counsel To Naftex)*
Elihu E. Allinson, III, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

***HAND DELIVERY***
*(Counsel To Official Committee of Equity Security Holders)*
Don A. Beskrone, Esquire
Gregory A. Taylor, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
Holders of TVC Opus I Drilling Program L.P.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899-1150

***HAND DELIVERY***
*(Counsel To Luna & Glushon)*
Michael D. Debaecke, Esquire
Stanley B. Tarr, Esquire
Victoria A. Guilfoyle, Esquire
Blank Rome, LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801-4226

***HAND DELIVERY***
*(Counsel To Western Oilfields Supply, LLC)*
Katharine L. Mayer, Esquire
Mccarter & English,, LLP
Rennaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

***HAND DELIVERY***
*(Counsel To Lynn Blystone & Behrooz Sarafraz)*
Frederick B. Rosner, Esquire
Scott J. Leonhardt, Esquire
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801

***FIRST CLASS MAIL***
*(Debtor)*
Mr. Maston N. Cunningham
Tri-Valley Corporation
PO Box 20429
Bakersfield, CA 93390

***FIRST CLASS MAIL***
Delaware Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

***FIRST CLASS MAIL***
Delaware Secretary of Treasury
820 Silver Lake Blvd
Dover, DE 19904

***FIRST CLASS MAIL***
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

***FIRST CLASS MAIL***
Securities & Exchange Commission
New York Regional Office
George S. Canellos, Regional Director
3 World Financial Center, Suite 400
New York, NY 10281-1022

***FIRST CLASS MAIL***
Securities & Exchange Commission
Secretary of the Treasury
100 F Street, NE
Washington, DC 20549

***FIRST CLASS MAIL***
*(Counsel To Tri-Valley Corporation, Et Al.)*
Charles A. Dale, III, Esquire
Mackenzie L. Shea, Esquire
K&L Gates, LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111

***FIRST CLASS MAIL***
*(Counsel To Tri-Valley Corporation, Et Al.)*
Jared S. Hawk, Esquire
K&L Gates, LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222

***FIRST CLASS MAIL***
*(Counsel To Tri-Valley Corporation, Et Al.)*
Luke G. Anderson, Esquire
Nathaniel S. Currall, Esquire
K&L Gates, LLP
1 Park Plaza, Twelfth Floor
Irvine, CA 92614

***FIRST CLASS MAIL***
*(Counsel To Pleasant Valley Ranch, LLC)*
Laura K. Mcavoy, Esquire
David A. Ossentjuk, Esquire
Musick Peeler & Garrett, LLP
2801 Townsgate Road, Suite 200
Westlake Village, CA 91361

***FIRST CLASS MAIL***
*(Counsel To Naftex Development LLC,Et Al.)*
John W. Kim, Esquire
Nossaman, LLP
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017

***FIRST CLASS MAIL***
*(Counsel To Pleasant Valley Ranch, LLC)*
Todd C. Ringstad, Esquire
Ringstad & Sanders, LLP
2030 Main Street, Suite 1200
Irvine, CA 92612

***FIRST CLASS MAIL***
*(Counsel To Mary Ann Stafford, Ttee-Fighting Dragon Trust)*
Richard J. Reynolds, Esquire
Turner Reynolds Greco & O'hara
16485 Laguna Canyon Road, Suite 250
Irvine, CA 92618

***FIRST CLASS MAIL***
*(Counsel To Naftex)*
John W. Kim, Esquire
Nossaman, LLP
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017

***FIRST CLASS MAIL***
*(Counsel To George T. Gamble 1999 Trust)*
Carol M. Burke, Esquire
Pillsbury Winthrop Shaw Pittman, LLP
Two Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1018

***FIRST CLASS MAIL***
*(Counsel To George T. Gamble 1991 Trust)*
Catherine D. Meyer, Esquire
Pillsbury Winthrop Shaw Pittman, LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

***FIRST CLASS MAIL***
*(Counsel To George T. Gamble 1991 Trust)*
Andrew M. Troop, Esquire
David S. Forsh, Esquire
Kerry A. Brennan, Esquire
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, NY 10036-4039

***FIRST CLASS MAIL***
George T. Gamble 1991 Trust
C/O George T. Gamble, Trustee
P.O. Box 128
Oakville, CA 94562

***FIRST CLASS MAIL***
*(Counsel To Opus Special Committee)*
Derek Dundas, Esquire
Rutan & Tucker, LLP
611 Anton Blvd #1400
P.O. Box 1950
Costa Mesa, CA 92628-1950

***FIRST CLASS MAIL***
*(Opus Special Committee)*
George Bean
11393 S.W. Riverwood Road
Portland, OR 97219-8446

***FIRST CLASS MAIL***
*(Opus Special Committee)*
Peter Huggins
Phoenix Energy
2094 185th St # 19
Fairfield, IA 52556

***FIRST CLASS MAIL***
*(Opus Special Committee)*
Peter Marguglio
4 Mariposa Court
Tuburon, CA 94920-2017

***FIRST CLASS MAIL***
*(Opus Special Committee)*
Robert Miller
101 W. 11th Street, Suite 600
Durango, CO 81301

***FIRST CLASS MAIL***
*(Opus Special Committee)*
Robert Miller
534 Main Avenue
Durango, CO 81301

***FIRST CLASS MAIL***
*(Opus Special Committee)*
Todd Garrett
11 Via Paraiso Way
Tiburon, CA 94920

***FIRST CLASS MAIL***
TW Telecom Inc.
Linda Boyle
10475 Park Meadows Drive, #400
Littleton, CO 80124

***FIRST CLASS MAIL***
*(Counsel To Chartis Specialty Insurance Co.)*
Susan N.K. Gummow, Esquire
Foran Glennon Parandech Ponzi & Rudolff, P.C.
222 N. Lasalle Street, Suite 1400
Chicago, IL 60601

***FIRST CLASS MAIL***
*(Counsel To Lynn Blystone & Behrooz Sarafraz)*
Brian Miller, Esquire
Akerman Senterfitt, LLP
One Southeast Third Ave., 25th Floor
Miami, FL 33131

***FIRST CLASS MAIL***
*(Counsel To Lynn Blystone & Behrooz Sarafraz)*
Susan F. Balaschak, Esquire
Nicholas J. Louisa, Esquire
Akerman Senterfitt,, LLP
335 Madison Avenue - 26th Floor
New York, NY 10017

***FIRST CLASS MAIL***
*(Counsel To Key Energy Services, LLC)*
Carl Dore, Jr., Esquire
William B. Harris, Esquire
Dore Mahoney Law Group, P.C.
17171 Park Row, Suite 160
Houston, TX 77084

***FIRST CLASS MAIL***
*(Counsel To Plains Marketing, L.P.)*
Patricia Williams Prewitt, Esquire
Law Office of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, TX 77868

***FIRST CLASS MAIL***
*(Counsel To Baker Hughes, Inc.)*
Robert H. Brumfield, III, Esquire
Law Offices of Brumfield & Hagan,, LLP
2031 F Street
Bakersfield, CA 93301

***FIRST CLASS MAIL***
Neil Herskowkitz
Riverside Claims
PO Box 626
Planetarium Station
New York, NY 10024