**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Tri-Valley Corporation,<br><br>Debtor(s). | Case No. 12-12291 (MFW)<br><br>Chapter 7 |

**NOTICE OF CHANGE FROM NO ASSET**
**TO ASSET AND REQUEST TO THE CLERK TO**
**FIX BAR DATE TO FILE CLAIMS AGAINST THE ESTATE**

Charles A. Stanziale, Jr., the Chapter 7 Trustee in the above-captioned matter, after due inquiry, having discovered assets hereby gives Notice that this is an Asset case. The Trustee also requests the Clerk to fix a bar date to file claims against the estate.

Dated: May 24, 2013

By: /s/ *Charles A. Stanziale, Jr.*
Charles A. Stanziale, Jr.
Chapter 7 Trustee
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
cstanziale@mccarter.com

ME1 15710498v.1