# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRI-VALLEY CORPORATION, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 12-12291 (MFW)<br><br>(Jointly Administered) |
| CHARLES A. STANZIALE, JR., as Chapter 7 Trustee of Tri-Valley Corporation,<br><br>Plaintiff,<br><br>v.<br><br>F. LYNN BLYSTONE, PAUL W. BATEMAN, EDWARD M. GABRIEL, G. THOMAS GAMBLE, LOREN MILLER, DENNIS P. LOCKHART, MILTON J. CARLSON, C. CHASE HOFFMAN, HAROLD J. NOYES, and JAMES S. MAYER,<br><br>Defendants. | Adv. Pro. No. 13-51212 (MFW) |

**NOTICE OF AGENDA REGARDING MATTERS SCHEDULED FOR HEARING AND STATUS CONFERENCE ON DECEMBER 18, 2013 AT 2:00 P.M.**

**\*AS NO MATTERS ARE GOING FORWARD THIS HEARING IS CANCELLED\***

**CONTINUED MATTERS:**

CHARLES A. STANZIALE, JR., as Chapter 7 Trustee of Tri-Valley Corporation v. F. Lynn Blystone, Paul Bateman, Henry Lowenstine, G. Thomas Gamble, Loren Miller, Dennis P. Lockhart, Milton Carlson, Chase Hoffman, Harold Noyes, James Mayer, [Adv. Pro. No. 13-51212 (MFW)]

1. Complaint by Charles A. Stanziale Jr. against F. Lynn Blystone, Paul Bateman, Henry Lowenstine, G. Thomas Gamble, Loren Miller, Dennis P. Lockhart, Milton Carlson, Chase Hoffman, Harold Noyes, James Mayer [Docket No. 1; filed June 28, 2012]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax-identification number, are Tri-Valley Corporation (5250), Tri-Valley Oil & Gas Co. (7433), and Select Resources Corporation, Inc. (0386), and TVC Opus I Drilling Program L.P. (0334). The Debtors' corporate headquarters and the mailing address for each Debtor is 4927 Calloway Drive, Bakersfield, CA 93312.

| | |
|---|---|
| <u>Answer Deadline</u>: | August 1, 2013 [extended to October 2, 2013] |
| <u>Answer(s) Received</u>: | |

      a. Answer to Complaint filed by C. Chase Hoffman [Docket No. 13; filed October 2, 2013]

<u>Related Document(s)</u>:

      b. Summons and Notice of Pretrial Conference [Docket No. 3; filed July 2, 2012]

      c. Certification of Counsel Regarding Stipulation Extending Time for Defendants to Respond to Complaint [Docket No. 4; filed July 25, 2013]

      d. Order Approving Stipulation Extending Deadline for Defendants to Respond to Complaint [Docket No. 5; filed July 26, 2013]

      e. Alias Summons and Notice of Pretrial Conference towards Defendant, Loren J. Miller [Docket No. 8; filed July 31, 2013] [Answer Due Date September 5, 2013]

      f. Voluntary Stipulation of Dismissal Solely as to Defendant Harold J. Noyes [Docket No. 10; filed September 17, 2013]

      g. Certification of Counsel Regarding Stipulation Staying Adversary Proceedings [Docket No. 11; filed September 27, 2013]

      h. Order Approving Stipulation Staying Adversary Proceedings [Docket No. 12; filed October 2, 2013]

      i. Stipulation of Dismissal with Regards to Defendant C. Chase Hoffman [Docket No. 16; filed December 13, 2013]

<u>Status</u>: Pursuant to the Stipulation of Dismissal, this matter is resolved as to Defendant C. Chase Hoffman. Pursuant to the Order Approving Stipulation Staying Adversary Proceedings, this adversary is stayed as to all remaining defendants.

Dated: December 16, 2013  
      Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: */s/ William F. Taylor, Jr.*  
William F. Taylor, Jr. (DE #2936)  
Kate R. Buck (DE #5140)  
405 N. King Street, 8th Floor  
Wilmington, DE 19801  
Telephone 302.984.6300

ME1 16903806v.1

        wtaylor@mccarter.com
        kbuck@mccarter.com

*- and -*

Charles A. Stanziale, Jr.
Jeffrey T. Testa
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444

*Counsel for Charles A. Stanziale, Jr. the Chapter 7 Trustee for Tri-Valley Corporation, et al.*

ME1 16903806v.1