# EXHIBIT A

**STATUS A**

Cases where service is incomplete and the following defendant(s) have not been served:

- None -

**STATUS B**

Cases where service is complete, Answers are still due:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| **DMJ Gas-Marketing Consultants LLC** | **14-50446** | **Answer deadline has been extended.** |
| Joseph Kandle | 14-50622 | Answer deadline has been extended. |
| James Kromer (Fraudulent Transfer) | 14-50623 | Answer deadline has been extended. |
| F. Lynn Blystone (Fraudulent Transfer) | 14-50625 | Answer deadline has been extended. |
| Deloitte & Touche, LLP (Special Conflict Counsel) | 14-50626 | Answer deadline has been extended. |
| NFP Property & Casualty Service, Inc. (Special Conflict Counsel) | 14-50629 | Answer deadline has been extended. |
| Oil Well Service Company (Special Conflict Counsel) | 14-50630 | Answer deadline has been extended. |
| Southern California Edison (Special Conflict Counsel) | 14-50632 | Answer deadline has been extended. |
| FTI Consulting, Inc. (Special Conflicts Counsel) | 14-50628 | Answer deadline has been extended. |

**STATUS C**

Cases where service is complete, no answer has been filed, motion or request for Default Judgment to be filed.

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Adkins Pump Service | 14-50438 | Counsel is preparing request for default judgment. |
| Alliance Funding Group, Inc. | 14-50441 | Counsel is preparing request for default judgment. |
| Anterra Energy Services | 14-50442 | Counsel is preparing request for default judgment. |
| ARRC Technology, Inc. | 14-50443 | Counsel is preparing request for default judgment. |
| Excalibur Well Services Corp. | 14-50449 | Counsel is preparing request for default judgment. |
| Pacific Process Systems, Inc. | 14-50457 | Counsel is preparing request for default judgment. |
| Pacific States Electrical & Instrumentation Company | 14-50458 | Counsel is preparing request for default judgment. |
| Randy's Trucking, Inc. | 14-50459 | Counsel is preparing request for default judgment. |
| Southern California Gas Company (Special Conflicts Counsel) | 14-50633 | Counsel is preparing request for default judgment. |
| Weatherford, Inc. (Special Conflicts Counsel) | 14-50634 | Counsel is preparing request for default judgment. |

ME1 18983620v.1

## STATUS D

The following cases have settled and payment is pending and/or received:

| Defendant Name | Adversary Number | Status |
| --- | --- | --- |
| Advanced Combustion & Process Controls, LLC | 14-50439 | 9019 Motion filed. |
| Ahern Rentals, Inc. | 14-50440 | 9019 Motion filed. |
| Bakersfield Pipe & Supply, Inc. | 14-50444 | 9019 Motion filed. |
| Cannon, Inc. | 14-50445 | 9019 Motion filed. |
| Driltek, Inc. | 14-50447 | 9019 Motion filed. |
| Nalco Company | 14-50456 | 9019 Motion filed. |
| Ventura Mechanical, Inc. | 14-50460 | 9019 Motion filed. |

ME1 18983620v.1

## STATUS E

The following cases has been resolved/settled, Notice/Stipulation of Dismissal filed.

| Defendant Name | Adversary Number | Status |
|---|---|---|
| First Insurance Funding Corp. | 14-50450 | Notice of Dismissal filed. |
| J. Thomas Hunsucker, Trustee of Family Trust | 14-50452 | Notice of Dismissal filed. |
| Rain for Rent Santa Paula Corp. | 14-50631 | Notice of Dismissal filed. |

ME1 18983620v.1

**STATUS F**

Cases where service is complete, answer has been filed.

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Flyres Energy LLC | 14-50451 | An Answer has been filed. |
| Jan N. Snellenbarger | 14-50453 | An Answer has been filed. |
| Key Energy Services, LLC | 14-50454 | An Answer has been filed. |
| Luna & Glushon, Inc. | 14-50455 | An Answer has been filed. |
| Wayne Long & Company | 14-50462 | An Answer has been filed. |
| James G. Bush | 14-50624 | An Answer has been filed. |
| Baker Hughes, Inc. | 14-50627 | An Answer has been filed. |

## STATUS G

Cases where a Mediator has been selected or appointed.

- None -

**STATUS H**

Cases that are ready for trial.

- None -

ME1 18983620v.1

**STATUS I**

Cases where there are dispositive motions pending.

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Estate of Lawrence R. Stafford | 14-50448 | Motion to Dismiss has been filed by Defendant. |

**<u>STATUS J</u>**

Cases which are stayed by the filing of another bankruptcy action affecting a party in this matter.

- None -

ME1 18983620v.1

**<u>STATUS K</u>**

Cases in which an Appeal is pending.

- None -