# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| Tri-Valley Corporation, *et al.*,[1] | : | |
| | : | Case No. 12-12291 (MFW) |
| Debtors. | : | |
| | : | |
| CHARLES A. STANZIALE, JR., in his capacity as the Chapter 7 Trustee of Tri-Valley Corporation, *et al.*, | : : : | |
| | : | |
| Plaintiff. | : | |
| | : | |
| v. | : | |
| | : | |
| Adkins Pump Service, | : | Adv. Pro. No. 14-50438 (MFW) |
| Advanced Combustion & Process Controls, LLC, | : : | Adv. Pro. No. 14-50439 (MFW) |
| Ahern Rentals, Inc., | : | Adv. Pro. No. 14-50440 (MFW) |
| Alliance Funding Group, Inc., | : | Adv. Pro. No. 14-50441 (MFW) |
| Anterra Energy Services, Inc., | : | Adv. Pro. No. 14-50442 (MFW) |
| ARRC Technology, Inc., | : | Adv. Pro. No. 14-50443 (MFW) |
| Bakersfield Pipe & Supply, Inc., | : | Adv. Pro. No. 14-50444 (MFW) |
| Cannon, Inc., | : | Adv. Pro. No. 14-50445 (MFW) |
| DMJ Gas-Marketing Consultants LLC, | : | Adv. Pro. No. 14-50446 (MFW) |
| Driltek, Inc., | : | Adv. Pro. No. 14-50447 (MFW) |
| Estate of Lawrence R. Stafford, | : | Adv. Pro. No. 14-50448 (MFW) |
| Excalibur Well Services Corp., | : | Adv. Pro. No. 14-50449 (MFW) |
| First Insurance Funding Corp., | : | Adv. Pro. No. 14-50450 (MFW) |
| Flyres Energy LLC, | : | Adv. Pro. No. 14-50451 (MFW) |
| Hunsucker, J. Thomas, Trustee of Family Trust | : : | Adv. Pro. No. 14-50452 (MFW) |
| Snellenbarger, Jan, | : | Adv. Pro. No. 14-50453 (MFW) |
| Key Energy Services, LLC, | : | Adv. Pro. No. 14-50454 (MFW) |
| Luna & Glushon, Inc., | : | Adv. Pro. No. 14-50455 (MFW) |
| Nalco Company, | : | Adv. Pro. No. 14-50456 (MFW) |
| Pacific Process Systems, Inc., | : | Adv. Pro. No. 14-50457 (MFW) |
| Pacific States Electrical & Instrumentation Company, | : : | Adv. Pro. No. 14-50457 (MFW) |
| Randy's Trucking, Inc., | : | Adv. Pro. No. 14-50458 (MFW) |
| Ventura Mechanical, Inc., | : | Adv. Pro. No. 14-50459 (MFW) |

---

[1] The Debtors in these cases are: Tri-Valley Corporation, Tri-Valley Oil & Gas, Co., and Select Resources Corporation, Inc.

| | |
|---|---|
| Wayne Long & Company, | : Adv. Pro. No. 14-50460 (MFW) |
| Kandle, Joseph, | : Adv. Pro. No. 14-50462 (MFW) |
| Kromer, James, | : Adv. Pro. No. 14-50622 (MFW) |
| Bush, James, G., | : Adv. Pro. No. 14-50623 (MFW) |
| Blystone, F. Lynn, | : Adv. Pro. No. 14-50624 (MFW) |
| Deloitte & Touche, LLP, | : Adv. Pro. No. 14-50625 (MFW) |
| Baker Hughes, Inc., | : Adv. Pro. No. 14-50626 (MFW) |
| FTI Consulting, Inc., | : Adv. Pro. No. 14-50627 (MFW) |
| NFP Property & Casualty Service, Inc., | : Adv. Pro. No. 14-50628 (MFW) |
| Oil Well Service Company, | : Adv. Pro. No. 14-50629 (MFW) |
| Rain for Rent Santa Paula Corp., | : Adv. Pro. No. 14-50630 (MFW) |
| Southern California Edison, | : Adv. Pro. No. 14-50631 (MFW) |
| Southern California Gas Company, | : Adv. Pro. No. 14-50632 (MFW) |
| Weatherford, Inc. | : Adv. Pro. No. 14-50633 (MFW) |
| | : Adv. Pro. No. 14-50634 (MFW) |
| Defendants. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
PRE-TRIAL CONFERENCE ON DECEMBER 3, 2014 AT 2:00 P.M.**

**CONTINUED PRE-TRIAL SCHEDULING CONFERENCES:**

1. Pre-Trial Conference for *Charles A. Stanziale as Chapter 7 Trustee of Tri-Valley Corporation, et al.*, v. Defendants Listed on Attached **Exhibit A**

    Status: At the Court's direction this matter is being continued to January 7, 2015 at 2:00 p.m.

Dated: December 1, 2014
Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: */s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (DE #2936)
Kate R. Buck (DE #5140)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
Facsimile (302) 984-6399
wtaylor@mccarter.com
kbuck@mccarter.com

 - and -

Charles A. Stanziale, Jr., Esq.
Donald J. Crecca, Esq.
Four Gateway Center
100 Mulberry Street

2

Newark, NJ 07102
Telephone: (973) 622-4444

*Attorneys for the Chapter 7 Trustee*

*-  and  -*

**CIARDI CIARDI & ASTIN**

*/s/ Joseph J. McMahon, Jr.*
Daniel K. Astin (DE #4068)
John D. McLaughlin, Jr. (De #4123)
Joseph J. McMahon, Jr. (DE #4819)
1204 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
jmcmahon@ciardilaw.com

*Proposed Special Conflicts Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee*