**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : |
| | : Chapter 7 |
| Tri-Valley Corporation, *et al.*,[1] | : |
| | : Case No. 12-12291 (MFW) |
| Debtors. | : |
| | : |
| CHARLES A. STANZIALE, JR., in his capacity as the Chapter 7 Trustee of Tri-Valley Corporation, *et al.*, | : |
| | : |
| Plaintiff. | : |
| | : |
| v. | : |
| | : |
| Adkins Pump Service, | : Adv. Pro. No. 14-50438 (MFW) |
| Advanced Combustion & Process Controls, LLC, | : Adv. Pro. No. 14-50439 (MFW) |
| Ahern Rentals, Inc., | : Adv. Pro. No. 14-50440 (MFW) |
| Alliance Funding Group, Inc., | : Adv. Pro. No. 14-50441 (MFW) |
| Anterra Energy Services, Inc., | : Adv. Pro. No. 14-50442 (MFW) |
| ARRC Technology, Inc., | : Adv. Pro. No. 14-50443 (MFW) |
| Bakersfield Pipe & Supply, Inc., | : Adv. Pro. No. 14-50444 (MFW) |
| Cannon, Inc., | : Adv. Pro. No. 14-50445 (MFW) |
| DMJ Gas-Marketing Consultants LLC, | : Adv. Pro. No. 14-50446 (MFW) |
| Driltek, Inc., | : Adv. Pro. No. 14-50447 (MFW) |
| Estate of Lawrence R. Stafford, | : Adv. Pro. No. 14-50448 (MFW) |
| Excalibur Well Services Corp., | : Adv. Pro. No. 14-50449 (MFW) |
| First Insurance Funding Corp., | : Adv. Pro. No. 14-50450 (MFW) |
| Flyres Energy LLC, | : Adv. Pro. No. 14-50451 (MFW) |
| Hunsucker, J. Thomas, Trustee of Family Trust | : Adv. Pro. No. 14-50452 (MFW) |
| Snellenbarger, Jan, | : Adv. Pro. No. 14-50453 (MFW) |
| Key Energy Services, LLC, | : Adv. Pro. No. 14-50454 (MFW) |
| Luna & Glushon, Inc., | : Adv. Pro. No. 14-50455 (MFW) |
| Nalco Company, | : Adv. Pro. No. 14-50456 (MFW) |
| Pacific Process Systems, Inc., | : Adv. Pro. No. 14-50457 (MFW) |
| Pacific States Electrical & Instrumentation Company, | : Adv. Pro. No. 14-50457 (MFW) |
| Randy's Trucking, Inc., | : Adv. Pro. No. 14-50458 (MFW) |
| Ventura Mechanical, Inc., | : Adv. Pro. No. 14-50459 (MFW) |

---

[1] The Debtors in these cases are: Tri-Valley Corporation, Tri-Valley Oil & Gas, Co., and Select Resources Corporation, Inc.

ME1 19605104v.1

| | |
|---|---|
| Wayne Long & Company, | : Adv. Pro. No. 14-50460 (MFW) |
| Kandle, Joseph, | : Adv. Pro. No. 14-50462 (MFW) |
| Kromer, James, | : Adv. Pro. No. 14-50622 (MFW) |
| Bush, James, G., | : Adv. Pro. No. 14-50623 (MFW) |
| Blystone, F. Lynn, | : Adv. Pro. No. 14-50624 (MFW) |
| Deloitte & Touche, LLP, | : Adv. Pro. No. 14-50625 (MFW) |
| Baker Hughes, Inc., | : Adv. Pro. No. 14-50626 (MFW) |
| FTI Consulting, Inc., | : Adv. Pro. No. 14-50627 (MFW) |
| NFP Property & Casualty Service, Inc., | : Adv. Pro. No. 14-50628 (MFW) |
| Oil Well Service Company, | : Adv. Pro. No. 14-50629 (MFW) |
| Rain for Rent Santa Paula Corp., | : Adv. Pro. No. 14-50630 (MFW) |
| Southern California Edison, | : Adv. Pro. No. 14-50631 (MFW) |
| Southern California Gas Company, | : Adv. Pro. No. 14-50632 (MFW) |
| Weatherford, Inc. | : Adv. Pro. No. 14-50633 (MFW) |
| | : Adv. Pro. No. 14-50634 (MFW) |
| Defendants. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### PRE-TRIAL CONFERENCE ON JANUARY 7, 2014 AT 2:00 P.M.

### *AS NO MATTERS ARE BEING HEARD THIS HEARING IS CANCELLED*

### CONTINUED PRE-TRIAL SCHEDULING CONFERENCES:

1. Pre-Trial Conference for *Charles A. Stanziale as Chapter 7 Trustee of Tri-Valley Corporation, et al.*, v. Defendants Listed on Attached **Exhibit A**

   Status: This matter is continued to February 4, 2015 at 2:00 p.m. Prior to this continued hearing date, the Trustee will circulate a proposed scheduling order to the above defendants. To the extent that the defendants consent to entry of the proposed scheduling order prior to the continued date, the order will be submitted under certification of counsel.

| | |
|---|---|
| Dated: December 30, 2014<br>Wilmington, Delaware | **McCARTER & ENGLISH, LLP**<br><br>*/s/ William F. Taylor, Jr.*<br>William F. Taylor, Jr. (DE #2936)<br>Kate R. Buck (DE #5140)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone (302) 984-6300<br>Facsimile (302) 984-6399<br>wtaylor@mccarter.com<br>kbuck@mccarter.com<br><br>- *and* - |

2

Charles A. Stanziale, Jr., Esq.
Donald J. Crecca, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444

*Attorneys for the Chapter 7 Trustee*

*- and -*

**CIARDI CIARDI & ASTIN**

*/s/ Joseph J. McMahon, Jr.*
Daniel K. Astin (DE #4068)
John D. McLaughlin, Jr. (De #4123)
Joseph J. McMahon, Jr. (DE #4819)
1204 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
jmcmahon@ciardilaw.com

*Special Conflicts Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee*