# **EXHIBIT A**

**STATUS A**

Cases where service is incomplete and the following defendant(s) have not been served:

- None -

## STATUS B

Cases where service is complete, Answers are still due:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Anterra Energy Services | 14-50442 | Answer deadline was extended. |
| Joseph Kandle | 14-50622 | Answer deadline was extended/matter is stayed pursuant to Court-approved stipulation |
| James Kromer (Fraudulent Transfer) | 14-50623 | Answer deadline was extended. |
| F. Lynn Blystone (Fraudulent Transfer) | 14-50625 | Answer deadline was extended. |
| Deloitte & Touche, LLP (Special Conflict Counsel) | 14-50626 | Answer deadline was extended. |
| Weatherford, Inc. (Special Conflicts Counsel) | 14-50634 | Answer deadline was extended. |

**STATUS C**

Cases where service is complete, no answer has been filed, motion or request for Default Judgment to be filed.

| Defendant Name | Adversary Number | Status |
| --- | --- | --- |
| Alliance Funding Group, Inc. | 14-50441 | Counsel is preparing request for default judgment. |
| ARRC Technology, Inc. | 14-50443 | Default Judgment has been entered. |
| Pacific Process Systems, Inc. | 14-50457 | Default Judgment has been entered. |
| Pacific States Electrical & Instrumentation Company | 14-50458 | Default Judgment has been entered. |
| Randy's Trucking, Inc. | 14-50459 | Default Judgment has been entered. |
| Southern California Gas Company (Special Conflicts Counsel) | 14-50633 | Counsel is preparing request for default judgment. |

**STATUS D**

The following cases have settled and payment is pending and/or received:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Bakersfield Pipe & Supply, Inc. | 14-50444 | 9019 Motion Approved |
| Cannon, Inc. | 14-50445 | 9019 Motion Approved |
| Nalco Company | 14-50456 | 9019 Motion Approved |
| Ventura Mechanical, Inc. | 14-50460 | 9019 Motion Approved |

**STATUS E**

The following cases has been resolved/settled, Notice/Stipulation of Dismissal filed.

| Defendant Name | Adversary Number | Status |
| --- | --- | --- |
| Adkins Pump Service | 14-50438 | Notice of Dismissal filed. |
| Advanced Combustion & Process Controls, LLC | 14-50439 | Stipulation of Dismissal filed. |
| Ahern Rentals, Inc. | 14-50440 | Stipulation of Dismissal filed. |
| Driltek, Inc. | 14-50447 | Stipulation of Dismissal filed. |
| Estate of Lawrence R. Stafford | 14-50448 | Stipulation of Dismissal filed. |
| Excalibur Well Services Corp. | 14-50449 | Notice of Dismissal filed |
| First Insurance Funding Corp. | 14-50450 | Notice of Dismissal filed. |
| J. Thomas Hunsucker, Trustee of Family Trust | 14-50452 | Notice of Dismissal filed. |
| Jan N. Snellenbarger | 14-50453 | Stipulation of Dismissal filed. |
| Rain for Rent Santa Paula Corp. | 14-50631 | Notice of Dismissal filed. |

## STATUS F

Cases where service is complete, answer has been filed.

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Flyres Energy LLC | 14-50451 | An Answer has been filed. |
| Key Energy Services, LLC | 14-50454 | An Answer has been filed. |
| Luna & Glushon, Inc. | 14-50455 | An Answer has been filed. |
| James G. Bush | 14-50624 | An Answer has been filed. |
| Baker Hughes, Inc. | 14-50627 | An Answer has been filed. |
| FTI Consulting, Inc. (Special Conflicts Counsel) | 14-50628 | An Answer has been filed. |
| NFP Property & Casualty Service, Inc. (Special Conflict Counsel) | 14-50629 | An Answer has been filed. |
| Oil Well Service Company (Special Conflict Counsel) | 14-50630 | An Answer has been filed. |
| Southern California Edison (Special Conflict Counsel) | 14-50632 | An Answer has been filed. |

**STATUS G**

Cases where a Mediator has been selected or appointed.

| Wayne Long & Company | 14-50462 | Bradford J. Sandler, Esquire is Appointed as the Mediator in this Adversary Proceeding. |

**STATUS H**

Cases that are ready for trial.

- None -

**STATUS I**

Cases where there are dispositive motions pending.

| Defendant Name | Adversary Number | Status |
| --- | --- | --- |
| DMJ Gas-Marketing Consultants LLC | 14-50446 | DMJ Gas Marketing Consultants, LLC filed a Motion to Dismiss the Complaint. A notice of Completion of Briefing has been filed. |
| Baker Hughes, Inc. | 14-50627 | Baker Hughes, Inc. has filed a Motion for Summary Judgment. |

2

**STATUS J**

Cases which are stayed by the filing of another bankruptcy action affecting a party in this matter.

- None -

ME1 19605104v.1

**STATUS K**

Cases in which an Appeal is pending.

- None -

ME1 19605104v.1