# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRI-VALLEY CORPORATION, et al.,<br><br>Debtors. | Chapter 7<br><br>Case No. 12-12291 (MFW)<br>(Jointly Administered)<br><br>**Hearing Date: TBD**<br>**Obj. Deadline: February 27, 2015 @ 4:00 p.m.** |
| In re:<br><br>TVC OPUS I DRILLING PROGRAM L.P.,<br><br>Debtors. | Chapter 7<br><br>Case No. 12-12294 (MFW) |
| CHARLES A. STANZIALE, as Chapter 7 Trustee of TRI-VALLEY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>F. LYNN BLYSTONE, et al.,<br><br>Defendants. | Case No. 12-12291 (MFW)<br><br>Adv. Proc. No. 13-51212 (MFW) |
| JEOFFREY L. BURTCH as Chapter 7 Trustee of TVC OPUS I DRILLING PROGRAM, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>F. LYNN BLYSTONE, et al.,<br><br>Defendants. | Case No. 12-12291 (MFW)<br><br>Adv. Proc. No. 13-51214 (MFW) |

ME1 19740307v.1

| | |
|---|---|
| CHARLES A. STANZIALE, as Chapter 7 Trustee of Tri-Valley Corporation, Tri-Valley Oil & Gas Co. and Select Resources Corp., Inc.,<br><br>   Plaintiff,<br><br> v.<br><br>G. THOMAS GAMBLE and G. THOMAS GAMBLE, as trustee of GEORGE T. GAMBLE 1991 TRUST,<br><br>   Defendants. | Case No. 12-12291 (MFW)<br><br>Adv. No. 13-51312 (MFW) |
| JEOFFREY L. BURTCH, in his capacity as Chapter 7 Trustee for the ESTATE OF TVC OPUS I DRILLING PROGRAM, L.P.,<br><br>   Plaintiff,<br><br> v.<br><br>G. THOMAS GAMBLE and G. THOMAS GAMBLE, as trustee of GEORGE T. GAMBLE 1991 TRUST,<br><br>   Defendants. | Case No. 12-12291 (MFW)<br><br>Adv. No. 13-51316 (MFW) |
| OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF TVC OPUS I DRILLING PROGRAM L.P. and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRI-VALLEY CORPORATION, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>G. THOMAS GAMBLE and G. THOMAS GAMBLE, as trustee of GEORGE T. GAMBLE 1991 TRUST,<br>   Defendants. | Case No. 12-12291 (MFW)<br><br>Adv. No. 12-50994 (MFW) |

ME1 19740307v.1

| | |
|---|---|
| CHARLES A. STANZIALE, as Chapter 7 Trustee of Tri-Valley Corporation, Tri-Valley Oil & Gas Co. and Select Resources Corp., Inc., <br><br>    Plaintiff, <br><br> v. <br><br>F. LYNN BLYSTONE, <br><br>    Defendant. | Case No. 12-12291 (MFW) <br><br> Adv. No. 14-50625 (MFW) |
| CHARLES A. STANZIALE, as Chapter 7 Trustee of Tri-Valley Corporation, Tri-Valley Oil & Gas Co. and Select Resources Corp., Inc., <br><br>    Plaintiff, <br><br> v. <br><br>JAMES KROMER, <br><br>    Defendant. | Case No. 12-12291 (MFW) <br><br> Adv. No. 14-50623 (MFW) |
| CHARLES A. STANZIALE, as Chapter 7 Trustee of Tri-Valley Corporation, Tri-Valley Oil & Gas Co. and Select Resources Corp., Inc., <br><br>    Plaintiff, <br><br> v. <br><br>JAMES G. BUSH, <br><br>    Defendant. | Case No. 12-12291 (MFW) <br><br> Adv. No. 14-50624 (MFW) |
| CHARLES A. STANZIALE, as Chapter 7 Trustee of Tri-Valley Corporation, Tri-Valley Oil & Gas Co. and Select Resources Corp., Inc., <br><br>    Plaintiff, <br><br> v. <br>JOSEPH KANDLE, <br><br>    Defendant. | Case No. 12-12291 (MFW) <br><br> Adv. No. 14-50622 (MFW) |

**NOTICE OF TRUSTEES' MOTION FOR APPROVAL OF (A) GLOBAL SETTLEMENT OF LITIGATION AND DISPUTES INVOLVING FORMER DIRECTORS AND OFFICERS OF TRI-VALLEY CORP. AND (B) AGREEMENT ON HOW TO ALLOCATE SETTLEMENT PROCEEDS AMONG THE TRUSTEES AND CLASS ACTION PLAINTIFFS PURSUANT TO FED. R. BANKR. P. 9019**

**PLEASE TAKE NOTICE** that Charles A. Stanziale, Jr. (the "TVC Trustee"), in his capacity as the Chapter 7 Trustee of the estates of Tri-Valley Corporation, et al. (the "TVC Debtors"), by and through his counsel, McCarter & English LLP, and Jeoffrey L. Burtch (the "Opus Trustee"), in his capacity as the Chapter 7 Trustee of the estate of TVC Opus I Drilling Program, L.P. ("Opus" and collectively with the TVC Debtors, the "Debtors"), by and through his counsel in the above-captioned cases filed the *Motion for Approval of (a) Global Settlement of Litigation and Disputes Involving Former Directors and Officers of Tri-Valley Corp. and (b) Agreement on How to Allocate Settlement Proceeds Among the Trustees and Class Action Plaintiffs Pursuant to Fed. R. Bankr. P. 9019* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You are being served a copy of the Motion in conjunction with this Notice.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by the undersigned counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee, **on or before February 27, 2015 at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that if an objection is filed, a hearing on the Motion may be held before the Honorable Mary F. Walrath in the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801, **AT A DATE TO BE DETERMINED.**

ME1 19740307v.1

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order without further notice or hearing.

Dated: January 28, 2015
       Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: */s/ Kate Roggio Buck*
William F. Taylor, Jr. (DE #2936)
Kate R. Buck (DE #5140)
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone 302.984.6300
wtaylor@mccarter.com
kbuck@mccarter.com

 - and -

Charles A. Stanziale, Jr., Esq.
Clement J. Farley, Esq.
Jeffrey T. Testa, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444

*Attorneys for Charles A. Stanziale, Jr., Chapter 7 Trustee of the estates of Tri-Valley Corporation, et al.*

- and -

**COZEN O'CONNOR**

By: */s/ Mark E. Felger*
Mark E. Felger (DE #3919)
Barry M. Klayman (DE#3676)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Fax: (302) 295-2013
mfelger@cozen.com
bklayman@cozen.com

*Attorneys for Jeoffrey L. Burtch, Chapter 7 Trustee for the estate of TVC Opus I Drilling Program, L.P*