# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 7 |
| Tri-Valley Corporation, *et al.*,[1] | : |
| | : Case No. 12-12291 (MFW) |
| Debtors. | : |
| | : **Related Docket No. 915** |
| CHARLES A. STANZIALE, JR., in his capacity as the Chapter 7 Trustee of Tri-Valley Corporation, *et al.*, | : |
| Plaintiff. | : |
| v. | : |
| Anterra Energy Services, Inc., | : Adv. Pro. No. 14-50442 (MFW) |
| Key Energy Services, LLC, | : Adv. Pro. No. 14-50454 (MFW) |
| Pacific States Electrical & Instrumentation Company, | : Adv. Pro. No. 14-50458 (MFW) |
| Defendants. | : |

## ORDER GRANTING TRUSTEE'S THIRD MOTION FOR APPROVAL OF SETTLEMENTS OF AVOIDANCE ACTIONS PURSUANT TO FED. R. BANKR. P. 9019

Upon consideration of the motion filed by Charles A. Stanziale, Jr., (the "Trustee"), the Chapter 7 Trustee of the estates of Tri-valley Corporation, et al (the "Debtors"), through his attorneys, for approval pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 105, of the Trustee's Settlements[2] with Anterra Energy Services, Inc. ("Anterra"), Key Energy Services, LLC ("Key Energy"), and Pacific States Electrical & Instrumentation Company ("Pacific States Electrical" collectively referred to with Anterra and Key Energy as the "Settling Parties") (the "Settlements"). and the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and that this matter is a core

---

[1] The Debtors in these cases are: Tri-Valley Corporation, Tri-Valley Oil & Gas, Co., and Select Resources Corporation, Inc.

[2] Capitalized terms used herein shall have the meaning given in the Motion unless otherwise noted.

ME1 19814698v.1

proceeding as that term is defined in 28 U.S.C. § 157(b)(2); and the Court further finding that notice of the motion and the hearing on the motion was served on counsel to the Settling Parties, and all persons and entities who have requested notice pursuant to Bankruptcy Rule 2002 more than twenty (20) days prior to the hearing on the motion, which notice is adequate and appropriate under the circumstances and no other or further notice is necessary or required under the circumstances; and the Court further finding that good and sufficient cause exists for granting the relief requested in the motion; therefore, after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The motion is granted in its entirety;

2. The Settlements are approved;

3. The Trustee is authorized and empowered to take such actions as may be reasonably necessary to implement and effectuate the terms of the Settlements; and

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order and the Settlements approved herein.

Dated: \_\_\_Feb. 23\_\_\_, 2015
Wilmington, DE

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

ME1 19814698v.1