IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRI-VALLEY CORPORATION, *et al.*,<br><br>　　　　　　　Debtors. | Chapter 7<br><br>Case No. 12-12291 (MFW)<br><br>(Jointly Administered)<br><br>**Related Docket Nos.: 916, 933, 957** |
| In re<br><br>TVC OPUS I DRILLING PROGRAM L.P.,<br><br>　　　　　　　Debtor. | Chapter 7<br><br>Case No. 12-12294 (MFW)<br><br>**Related Docket Nos.: 97, 100, 106** |

## SCHEDULING ORDER RE: RULE 9019 GLOBAL SETTLEMENT MOTION

Following the status conference on April 22, 2015 on the contested matter (the "Contested Matter") in the above-captioned bankruptcy cases related to the *Motion for Approval of (A) Global Settlement of Litigation and Disputes Involving Former Directors and Officers of Tri-Valley Corp. and (B) Agreement on How to Allocate Settlement Proceeds Among the Trustees and Class Action Plaintiffs Pursuant to Fed. R. Bankr. P. 9019* [Docket Nos. 916; 97] (the "Settlement Motion") filed by the chapter 7 trustees (the trustees being collectively referred to as the "Trustees") for the estates of Tri-Valley Corporation, *et al.* and TVC Opus I Drilling Program L.P., and the limited objection [Docket No. 933; 100] (the "Objection") to the relief requested in the Settlement Motion filed by K&L Gates LLP ("K&L Gates"),

**IT IS HEREBY ORDERED THAT:**

1. Any reply by the Trustees to the Objection shall be filed with the Court and served upon counsel to K&L Gates by no later than **May 22, 2015 at 4:00 p.m. (ET)**.

#33528786 v2

2.	The Court shall hold a hearing on the Contested Matter on **June 3, 2015 at 2:00 p.m. (ET).**

Dated: April 23, 2015
Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE