# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRI-VALLEY CORPORATION, et al.,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 12-12291 (MFW) <br> (Jointly Administered) <br><br> **Related Docket Nos. 916, 933, 952, 963, 964 & 965** |
| In re: <br><br> TVC OPUS I DRILLING PROGRAM L.P., <br><br> Debtors. | Chapter 7 <br><br> Case No. 12-12294 (MFW) <br><br> **Related Docket Nos. 97, 100, 103, 109, 110 & 111** |
| CHARLES A. STANZIALE, as Chapter 7 Trustee of TRI-VALLEY CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> F. LYNN BLYSTONE, et al., <br><br> Defendants. | Case No. 12-12291 (MFW) <br><br> Adv. Proc. No. 13-51212 (MFW) |
| JEOFFREY L. BURTCH as Chapter 7 Trustee of TVC OPUS I DRILLING PROGRAM, L.P., <br><br> Plaintiff, <br><br> v. <br><br> F. LYNN BLYSTONE, et al., <br><br> Defendants. | Case No. 12-12291 (MFW) <br><br> Adv. Proc. No. 13-51214 (MFW) |
| CHARLES A. STANZIALE, as Chapter 7 Trustee of Tri-Valley Corporation, Tri-Valley Oil & Gas Co. and Select Resources Corp., Inc., <br><br> Plaintiff, | Case No. 12-12291 (MFW) <br><br> Adv. No. 13-51312 (MFW) |

---

[1] The Debtors in these cases are: Tri-Valley Corporation, Tri-Valley Oil & Gas, Co., and Select Resources Corporation, Inc.

| | |
|---|---|
| v.<br><br>G. THOMAS GAMBLE and G. THOMAS GAMBLE, as trustee of GEORGE T. GAMBLE 1991 TRUST,<br><br>        Defendants. | |
| JEOFFREY L. BURTCH, in his capacity as Chapter 7 Trustee for the ESTATE OF TVC OPUS I DRILLING PROGRAM, L.P.,<br><br>        Plaintiff,<br><br>v.<br><br>G. THOMAS GAMBLE and G. THOMAS GAMBLE, as trustee of GEORGE T. GAMBLE 1991 TRUST,<br><br>        Defendants. | Case No. 12-12291 (MFW)<br><br>Adv. No. 13-51316 (MFW) |
| OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF TVC OPUS I DRILLING PROGRAM L.P. and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRI-VALLEY CORPORATION, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>G. THOMAS GAMBLE and G. THOMAS GAMBLE, as trustee of GEORGE T. GAMBLE 1991 TRUST,<br><br>        Defendants. | Case No. 12-12291 (MFW)<br><br>Adv. No. 12-50994 (MFW) |
| CHARLES A. STANZIALE, as Chapter 7 Trustee of Tri-Valley Corporation, Tri-Valley Oil & Gas Co. and Select Resources Corp., Inc.,<br><br>        Plaintiff, | Case No. 12-12291 (MFW)<br><br>Adv. No. 14-50625 (MFW) |

| | |
|---|---|
| v.<br><br>F. LYNN BLYSTONE,<br><br>        Defendant. | |
| CHARLES A. STANZIALE, as Chapter 7 Trustee of Tri-Valley Corporation, Tri-Valley Oil & Gas Co. and Select Resources Corp., Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES KROMER,<br><br>        Defendant. | Case No. 12-12291 (MFW)<br><br>Adv. No. 14-50623 (MFW) |
| CHARLES A. STANZIALE, as Chapter 7 Trustee of Tri-Valley Corporation, Tri-Valley Oil & Gas Co. and Select Resources Corp., Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES G. BUSH,<br><br>        Defendant. | Case No. 12-12291 (MFW)<br><br>Adv. No. 14-50624 (MFW) |
| CHARLES A. STANZIALE, as Chapter 7 Trustee of Tri-Valley Corporation, Tri-Valley Oil & Gas Co. and Select Resources Corp., Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>JOSEPH KANDLE,<br><br>        Defendant. | Case No. 12-12291 (MFW)<br><br>Adv. No. 14-50622 (MFW) |

## SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 3, 2015 AT 2:00 P.M.[3]

## *AT THE COURT'S DIRECTION THIS HEARING IS BEING CONTINUED*

---

[2] Amended items appear in bold.

[3] Please take notice that, any party who wishes to participate in the teleconference must register with CourtCall by telephone (866-582-6878) or by facsimile (866- 533-2946).

**MATTERS BEING CONTINUED:**

1. Motion for Approval of (a) Global Settlement of Litigation and Disputes Involving Former Directors and Officers of Tri-Valley Corp. and (b) Agreement on How to Allocate Settlement Proceeds Among the Trustees and Class Action Plaintiffs Pursuant to Fed. R. Bankr. P. 9019 [Docket No. 916; filed January 28, 2015]

   Response Deadline:        February 27, 2015 @ 4:00 P.M.

   Related Document(s):

   a. Affidavit of Service of Jared F. Schierbaum, McCarter & English, regarding Motion for Approval of (a) Global Settlement of Litigation and Disputes Involving Former Directors and Officers of Tri-Valley Corp. and (b) Agreement on How to Allocate Settlement Proceeds Among the Trustees and Class Action Plaintiffs Pursuant to Fed. R. Bankr. P. 9019 [Docket No. 917; filed January 30, 2015]

   b. Certification of Counsel in Connection with Status Conference [Docket No. 951; filed April 17, 2015]

   c. Certification of Counsel Regarding Scheduling Order Re: Rule 9019 Global Settlement Motion [Docket No. 957; filed April 23, 2015]

   d. Scheduling Order Re: Rule 9019 Global Settlement Motion [Docket No. 958; filed April 23, 2015]

   e. Joint Pretrial Stipulation Between K&L Gates LLP and TVC Trustee and Opus Trustee [Docket No. 964; filed May 28, 2015]

   f. Request for Judicial Notice [Docket No. 965; filed May 29, 2015]

   Response(s) Received:

   g. Limited Objection of K&L Gates LLP to Trustees' Motion for Approval of (A) Global Settlement of Litigation and Disputes Involving Former Directors and Officers of Tri-Valley Corp. and (B) Agreement on How to Allocate Settlement Proceeds Among the Trustees and Class Action Plaintiffs Pursuant to Fed. R. Bankr. P. 9019 [Docket No. 933; filed February 27, 2015]

   h. Response of Chapter 7 Trustee to Certification of Counsel by

      David B. Stratton in Connection with Status Conference [Docket No. 952; filed April 21, 2015]

  i.  Reply Of Chapter 7 Trustees to Limited Objection of K&L Gates LLP to Trustees' Motion for Approval of Global Settlement of Litigation and Disputes Involving Former Directors and Officers of Tri-Valley Corp. and Agreement on How to Allocate Settlement Proceeds Among the Trustees and Class Action Plaintiffs Pursuant to Fed. R. Bankr. P. 9019 [Docket No. 963; filed May 22, 2015]

**Status:** **This matter is being continued to August 12, 2015 at 2:00 p.m.**

Dated: June 3, 2015
Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By: */s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (DE #2936)
Kate R. Buck (DE #5140)
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-630
wtaylor@mccarter.com
kbuck@mccarter.com

 - *and* -

Charles A. Stanziale, Jr., Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
*Attorneys for the Chapter 7 Trustee*

- and –

**COZEN O'CONNOR**

*/s/ Mark E. Felger*
Mark E. Felger (DE No. 3919)
Barry M. Klayman (DE No. 3676)
1201 N. Market St., Ste. 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
mfelger@cozen.com
bklayman@cozen.com
*Counsel for Jeoffrey L. Burtch, the Chapter 7 Trustee for TVC Opus I Drilling Program, L.P.*

5

ME1 20432828v.1